IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-TWT |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Local Patent Rule 6.3, the Joint Preliminary Report and Discovery Plan, and the Initial Patent Scheduling Order (Dkt. No. 19), Plaintiff Wonderland Nurserygoods Co., Ltd. ("Wonderland") and Defendant Kids II, Inc. ("Kids II") (collectively, "the parties") hereby submit their Joint Claim Construction Statement ("Statement").

### I.   AGREED CLAIM CONSTRUCTIONS

There are three (3) patents-in-suit: U.S. Patent No. 7,770,245 ("the '245 Patent"); U.S. Patent No. 6,954,949 ("the '949 Patent"); and U.S. Patent RE43,919 ("the '919 Patent") (collectively, "the Patents-in-Suit"). Pursuant to Local Patent Rule 6.3(b)(1), the parties agree that the term "rod unit" in the '949 Patent means

"an assembly capable of being put into a generally straight or bar-like configuration." The parties have been unable to reach an agreement on the construction of any of the remaining disputed claim terms at this time. To the extent the parties are able to reach an agreement on any of the disputed claim terms, they will supplement this statement.

## II. DISPUTED CLAIM CONSTRUCTIONS

After exchanging preliminary proposed claim constructions and meeting and conferring in an attempt to narrow the issues as to the Patents-in-Suit, the following fourteen (14) claim terms remain in dispute:

### A. '245 Patent

| Claim Term | Kid II's Proposed Construction | Wonderland's Proposed Construction |
|---|---|---|
| **mounted on** | Plain meaning, no construction is needed.<br><br>In the event construction is needed: "directly attached to" | "attached to" |
| **plurality of side panels** | "all of the side walls of the bassinet" | "at least two of the side walls of the bassinet" |
| **located above the folding device** | "located at a higher position directly over the folding device" | "situated at a position over the folding device" |
| **located right above the folding device** | "located at a lower position directly over the folding device" | "situated at a position directly over the folding device" |
| **cover** | "flap" | "an overlay that closes an opening" |

| Claim Term | Kid II's Proposed Construction | Wonderland's Proposed Construction |
|---|---|---|
| **first using state** | "state in which the entire bottom panel is at a higher position relative to the bottom of the frame body" | "a first position in which the bassinet may hold a sleeping baby" |
| **second using state** | "state in which the entire bottom panel is at a lower position relative to the bottom of the frame body" | "a second position in which the bassinet may hold a sleeping baby" |

### B. '949 Patent

| Claim Term | Kid II's Proposed Construction | Wonderland's Proposed Construction |
|---|---|---|
| **column(s)** | "vertical load bearing support(s)" | "a rigid, relatively slender, upright support" |
| **first corner component(s)** | No construction proposed. This claim term is indefinite under 35 U.S.C. § 112. | "a distinct part of an assembly at a place at which two converging surfaces meet" |
| **second corner component(s)** | No construction proposed. This claim term is indefinite under 35 U.S.C. § 112. | "a distinct part of an assembly at a place at which two converging surfaces meet" |
| **the two second columns** | No construction proposed. This claim term is indefinite under 35 U.S.C. § 112. | "two of the plurality of second columns; a second column is the outer column of a double column arrangement at a corner of the playpen" |
| **the two first columns** | No construction proposed. This claim term is indefinite under 35 U.S.C. § 112. | "two of the plurality of first columns; the first column is the inner column of a double column arrangement at a corner of the playpen" |
| **a distance between** | No construction proposed. This claim term is indefinite under 35 U.S.C. § 112. | "the amount of space separating" |

3

### C. '919 Patent

| Claim Term | Kid II's Proposed Construction | Wonderland's Proposed Construction |
|---|---|---|
| **attachment structure** | "a device that makes a physical connection to the inside surface of the support tubes" | "a device that holds something in a position" |

### III. INTRINSIC AND EXTRINSIC SUPPORT FOR DISPUTED CONSTRUCTIONS

Pursuant to Local Patent Rule 6.3(b)(2), attached hereto as Exhibit A is a chart showing each party's proposed construction of each disputed claim term, phrase, or clause, together with (i) an identification of all references from the specification or prosecution history that support that construction, and (ii) an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim. Also attached hereto are the following exhibits: Exhibits B-1, B-2 and B-3 - Wonderland's Intrinsic Evidence - the Patents-in-Suit; Exhibit C - Wonderland's Extrinsic Evidence - selected dictionary definitions.

The parties expressly reserve the right to rely on any intrinsic and extrinsic evidence identified by either party, and any evidence obtained, or that may be obtained, through claim construction discovery. Each party expressly reserves the

right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by the other parties, further discussions between the parties, and/or in response to information received through claim construction discovery.

### IV.   CLAIM CONSTRUCTION HEARING

Pursuant to Local Patent Rule 6.3(b)(3), the parties agree that four (4) hours would be appropriate for the claim construction hearing. The parties further agree that the time permitted by the Court should be divided equally between the two parties.

### V.   EXPERT WITNESSES AT CLAIM CONTRUCTION HEARING

#### A. Wonderland's Expert Witnesses

Wonderland states that, at present, it does not expect to call any witnesses at the claim construction hearing.  In the event that Kids II elects to call an expert witness, based upon an election and the opportunity to depose such a witness in advance of any hearing, Wonderland reserves the right to amend this Joint Claim Construction Statement to call a rebuttal expert witness.

#### B. Kids II's Expert Witnesses

Kids II states that, at present, it does not expect to call any expert witnesses at the claim construction hearing.  In the event that Wonderland elects to call an

expert witness, based upon an election and the opportunity to depose such a witness in advance of any hearing, Kids II reserves the right to amend this Joint Claim Construction Statement to call a rebuttal expert witness.

Respectfully submitted this 1st day of November, 2013.

| /s/ David I. Roche | /s/ Scott P. Amy |
|---|---|
| David I. Roche | N. Andrew Crain |
| (admitted *pro hac vice*) | Georgia Bar No. 193081 |
| Daniel A. Tallitsch | Scott P. Amy |
| (admitted *pro hac vice*) | Georgia Bar No. 141416 |
| BAKER & MCKENZIE LLP | THOMAS \| HORSTEMEYER LLP |
| 300 E. Randolph Street, Suite 5000 | 400 Interstate North Parkway SE |
| Chicago, IL 60601 | Atlanta, GA 30339 |
| Phone: (312) 861-8000 | Phone: (770) 933-9500 |
| Fax: (312) 861-2899 | Fax: (770) 951-0933 |
| david.roche@bakermckenzie.com | andrew.crain@thomashorstemeyer.com |
| daniel.tallitsch@bakermckenzie.com | scott.amy@thomashorstemeyer.com |
| | |
| Shattuck (Tucker) Ely | Joseph W. Staley |
| Georgia Bar No. 246944 | Georgia Bar No. 142571 |
| FELLOWS LABRIOLA LLP | KIDS II, INC. |
| 225 Peachtree Street NE | 3333 Piedmont Road NE #1800 |
| Suite 2300, South Tower | Atlanta, GA 30305 |
| Atlanta, GA 30303 | Phone: (770) 751-0442 |
| Phone: (404) 586-9200 | Fax: (770) 751-0543 |
| Fax: (404) 586-9201 | joe.staley@kidsii.com |
| | |
| *Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.* | *Attorneys for Defendant Kids II, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>　　Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>　　Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of November, 2013, I electronically filed the foregoing JOINT CLAIM CONSTRUCTION STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: November 1, 2013

　　　　　　　　　　　　　　　　　/s/ David I. Roche
　　　　　　　　　　　　　　　　　DAVID I. ROCHE

7