IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | Case: 13-cv-01114-TWT |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4A and 26.3A, counsel for Plaintiff hereby certify that on May 23, 2014 they served *Wonderland's Second Set of Interrogatories to Kids II* and *Wonderland's Second Set of Requests for Production to Kids II* upon counsel for Defendant by hand delivery, addressed as follows:

N. Andrew Crain, Esq.
Scott P. Amy, Esq.
Thomas Horstemeyer LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA  30339

Counsel for Plaintiff further certify that on May 30, 2014 they served *Wonderland's Third Set of Requests for Production to Kids II* upon counsel for Defendant by hand delivery, addressed as follows:

1

N. Andrew Crain, Esq.
Scott P. Amy, Esq.
Thomas Horstemeyer LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA  30339

Respectfully submitted, this 17th day of June, 2014.

|  |  |
|---|---|
|  | s/Shattuck Ely |
|  | David I. Roche (admitted *pro hac vice*) |
| Local Counsel: | David.Roche@bakermckenzie.com |
| Shattuck Ely, Esquire | Baker & McKenzie LLP |
| GA Bar No. 246944 | 300 E. Randolph Street, Suite 5000 |
| tely@fellab.com | Chicago, IL 60601 |
| 225 Peachtree Street, NE | Telephone:   312-861-8000 |
| Suite 2300, South Tower | Facsimile:    312-861-2899 |
| Atlanta, Georgia 30303 |  |
| 404-586-9200 (tel.) |  |
| 404-586-9201 (fax) | ATTORNEYS FOR PLAINTIFF, WONDERLAND NURSERYGOODS CO., LTD. |

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

>N. Andrew Crain, Esq.
>Scott P. Amy, Esq.
>Thomas Horstemeyer LLP
>400 Interstate North Parkway SE
>Suite 1500
>Atlanta, GA  30339

This 17th day of June, 2014.

>s/Shattuck Ely
>Shattuck Ely