**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> KIDS II, INC., <br><br> Defendant. | Civil Action No: <br><br> 1:13-CV-1114-TWT |

**ORDER GRANTING DEFENDANT KIDS II, INC.'S
EMERGENCY MOTION FOR EXTENSION OF TIME
FOR DISCOVERY AFTER CLAIM CONSTRUCTION**

Defendant Kids II, Inc. ("Kids II") Emergency Motion for Extension of Time for Discovery After Claim Construction having come before the Court, and the Court having considered same, and for good cause shown, hereby GRANTS Kids II's motion.

It is therefore ORDERED that the period for fact discovery after claim construction in this case is extended by twenty-eight (28) days through and including Monday, August 4, 2014.

This 26th day of June, 2014.

                                    /s/Thomas W. Thrash
                                    Hon. Thomas W. Thrash, Jr.
                                    United States District Judge