**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> KIDS II, INC., <br><br> Defendant. | Civil Action No.: <br><br> 1:13-CV-1114-TWT |

### DEFENDANT KIDS II, INC.'S NOTICE OF MANUAL FILING

Defendant Kids II, Inc. ("Kids II") hereby gives notice of the manual filing under seal of the following documents:

- Exhibit D – Excerpts from the transcript of the deposition of Brad Bickley, dated June 19, 2014.

- Exhibit E – Excerpts from the transcript of the deposition of Rinna Lin, dated July 1, 2014.

- Exhibit F – Excerpts from the transcript of the deposition of Arden Chen, dated July 2, 2014.

Respectfully submitted this 4th day of August, 2014.

          */s/* Scott P. Amy

          N. Andrew Crain
          Georgia Bar No. 193081
          Eric Maurer
          Georgia Bar No. 478199
          Scott P. Amy
          Georgia Bar No. 141416
          Jason Perilla
          Georgia Bar No. 676557
          THOMAS | HORSTEMEYER LLP
          400 Interstate North Parkway SE
          Suite 1500
          Atlanta, Georgia 30339
          Phone: (770) 933-9500
          Fax: (770) 951-0933
          andrew.crain@thomashorstemeyer.com
          eric.maurer@thomashorstemyer.com
          scott.amy@thomashorstemeyer.com

          Joseph W. Staley
          Georgia Bar No. 142571
          KIDS II, INC.
          3333 Piedmont Road NE #1800
          Atlanta, GA 30305
          Phone: (770) 751-0442
          Fax: (770) 751-0543
          joe.staley@kidsii.com

          *Attorneys for Defendant Kids II, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD. <br><br> Plaintiff, <br><br> v. <br><br> KIDS II, INC. <br><br> Defendant. | CIVIL ACTION NO: <br><br> 1:13-CV-1114-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed the foregoing DEFENDANT KIDS II, INC.'S NOTICE OF MANUAL FILING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 4th day of August, 2014.

/s/ Scott P. Amy
SCOTT P. AMY