RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 20 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> KIDS II, INC., <br><br> Defendant. | Civil Action No.: <br><br> 1:13-CV-1114-TWT |

### ORDER GRANTING KIDS II, INC.'S
### MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Kids II, Inc.'s Motion for Leave to File Under Seal Additional Attachments (Exhibits J-K) in Support of Its Motion to Compel the Production of Documents By Graco Children's Products, Inc., and the Testimony of Kerry Strzelecki [Dkt. No. 97]. Having considered Kids II's Motion, IT IS HEREBY ORDERED that the following documents shall, at this time, be sealed and not publicly accessible on ECF:

- Exhibit J – Excerpts from the transcript of the deposition of Kerry Strzelecki; and

- Exhibit K – Exhibit 34 to the deposition of Kerry Strzelecki.

SO ORDERED, this 21 day of August, 2014.

*Thomas W. Thrash*
Hon. Thomas W. Thrash, Jr.
Judge, United States District Court