IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

**WONDERLAND NURSERYGOODS CO., LTD.'S MOTION TO
SEAL CERTAIN MOTION FOR SUMMARY JUDGMENT FILINGS**

Plaintiff Wonderland Nurserygoods Co. Ltd. , pursuant to the Protective Order [Doc. 21] entered in this matter on June 28, 2013, respectfully moves this Court to seal the following filings, showing the Court the following reasons for the Confidentiality of each:

a.     Filings related to Wonderland Nurserygoods Co. Ltd.'s Motion for Summary Judgment of no Invalidity Under 35 U.S.C. § 102(g) Based on an Alleged Prior Invention by Damon Troutman:

| Document Title | Page/Line Range | Reason for Confidentiality Designation |
|---|---|---|
| Wonderland Nurserygoods Co. Ltd.'s Memorandum in Support of its Motion for Summary Judgment of no Invalidity Under 35 U.S.C. § 102(g) Based on an Alleged Prior Invention by | I, 2-3, 7-22 | This document contains disclosures and discussion of material that has been designated confidential by non party Kolcraft because it relates to development of |

| Damon Troutman | | a prototype of a product |
|---|---|---|
| Wonderland Nurserygoods Co. Ltd.'s Statement of Material Facts in Support of its Motion for Summary Judgment of no Invalidity Under 35 U.S.C. § 102(g) Based on an Alleged Prior Invention by Damon Troutman | 3-12 | This document contains descriptions of material that has been designated confidential by non party Kolcraft because it relates to development of a prototype of a product |
| Exhibit 2: Sept. 11, 2003 Prototype Photo (Troutman Dep. Ex. 2) | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of a prototype of a product |
| Exhibit 4: Excerpts from Deposition of D. Troutman | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of its products |
| Exhibit 5: Excerpts from Deposition of R. Wang | Entire document | This deposition transcript contains details about development work of Plaintiff Wonderland of a non-public and confidential nature. |
| Exhibit 6: Nov. 25, 2003 Prototype Photo (Troutman Dep. Ex. 6) | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of a prototype of a product |
| Exhibit 7: Dec. 8, 2003 Prototype Photo (Troutman Dep. Ex. 7) | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of a prototype of a product |

| | | |
|---|---|---|
| Exhibit 8:  Troutman Assembly Instructions (Troutman Dep. Ex. 8) | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of a product |
| Exhibit 9:  KOL000303-304 including enlarged photo (Troutman Dep. Ex. 9) | Entire document | This document has been designated confidential by non party Kolcraft |
| Exhibit 10:  Photo of playard prototype from Chinese Supplier (Troutman Dep. Ex. 10) | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of a prototype of a product |
| Exhibit 11:  Photo of playard prototype with fabric (Troutman Dep. Ex. 11) | Entire document | This document has been designated confidential by non party Kolcraft because it relates to development of a prototype of a product |
| Exhibit 12  Email and photo of Chen November 17, 2003 Prototype | Entire document | This document has been designated confidential by non party Chen because it relates to development of a prototype of a product |

b. Filings related to Wonderland's Motion for Summary Judgment of Infringement of U.S. Patent No. REA43,919:

| Document Title | Page/Line Range | Reason for Confidentiality Designation |
|---|---|---|
| Brief Exhibit C - Excerpts of the Deposition of Stephen Burns | Entire Document | This transcript has been designated confidential by Defendant Kids II, presumably because it relates to development work of a non-public nature. |
| Brief Exhibit H – Excerpts of the Deposition of William Singhose | Entire Document | This transcript has been designated confidential by Defendant Kids II, presumably because it relates to development work of a non-public nature. |

c. Filings related to Wonderland's Motion for Summary Judgment of Noninfringement of U.S. Patent No. 6,954,949:

| Document Title | Page/Line Range | Reason for Confidentiality Designation |
|---|---|---|
| Brief Exhibit B - Excerpts of the Deposition of Stephen Burns | Entire Document | This transcript has been designated confidential by Defendant Kids II, presumably because it relates to development work of a non-public nature. |
| Brief Exhibit C - Exhibit 6 to the Deposition of Stephen Burns | Entire Document | This document has been designated as Highly Confidential by Defendant, Kids II, Inc. |

| | | |
|---|---|---|
| Brief Exhibit D – Excerpts of the Deposition of Peter Jackson | Entire Document | This transcript has been designated confidential by Defendant Kids II, presumably because it relates to development work of a non-public nature. |
| Brief Exhibit E - – Excerpts of the Deposition of William Singhose | Entire Document | This transcript has been designated confidential by Defendant Kids II, presumably because it relates to development work of a non-public nature. |

July 16, 2015

/s/Shattuck Ely
Shattuck Ely
GA Bar No. 246944
tely@fellab.com
225 Peachtree Street, NE
Suite 2300, South Tower
Atlanta, Georgia 30303
Phone: (404) 586-9200
Fax: (404) 586-9201

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)
David.Roche@bakermckenzie.com
Baker & McKenzie LLP
300 E. Randolph Street, Suite 5000
Chicago, IL 60601
Phone: (312) 861-8608
Fax: (312) 698-2363

*Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1D

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

Signed: July 16, 2015

/s/ David I. Roche

/s/Shattuck Ely

## CERTIFICATE OF SERVICE

This is to certify that on this day, July 16, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorneys of record:

N. Andrew Crain, Esq.
Scott P. Amy, Esq.
Thomas Horstemeyer LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339

Joseph W. Staley, Esq.
Kids II, Inc.
3333 Piedmont Road, NE, #1800
Atlanta, GA 30305
email: joe.staley@kidsii.com

/s/ David I. Roche

/s/ Shattuck Ely