IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>　　　Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>　　　Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

## WONDERLAND'S MOTION FOR SUMMARY JUDGMENT OF NO ANTICIPATION OF U.S. PATENT NO. RE43,919

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Plaintiff Wonderland Nurserygoods Co., Ltd. ("Wonderland") files this Motion for Summary Judgment that the Asserted Claims of U.S. Patent RE43,919 (the "'919 patent") are not anticipated pursuant to 35 U.S.C. § 102 based on alleged prior art identified by Defendant.  In support of its Motion, Wonderland files concurrently herewith a concise Statement of Material Facts, its Memorandum of Law in Support of its Motion, and the Declaration of David I Roche in Support of its Motion.

Wonderland is entitled to summary judgment of no anticipation as a matter of law, because there is no genuine dispute that all of the alleged prior art

references previously identified by Defendant lack at least one limitation of each

asserted claim, as discussed in Wonderland's Memorandum of Law and Statements

of Fact.  A proposed Order is attached to this Motion.


July 16, 2015

                                    /s/ David I. Roche_____
                                    David I. Roche (admitted *pro hac vice*)
Shattuck Ely                        David.Roche@bakermckenzie.com
GA Bar No. 246944                   Baker & McKenzie LLP
tely@fellab.com                     300 E. Randolph Street, Suite 5000
225 Peachtree Street, NE            Chicago, IL 60601
Suite 2300, South Tower             Phone: (312) 861-8608
Atlanta, Georgia 30303              Fax: (312) 698-2363
Phone: (404) 586-9200
Fax: (404) 586-9201                 *Attorneys for Plaintiff Wonderland*
                                    *Nurserygoods Co., Ltd.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1D

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

Signed: July 16, 2015

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)
David.Roche@bakermckenzie.com
Baker & McKenzie LLP
*Attorneys for Plaintiff Wonderland
Nurserygoods Co., Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that on this day, July 16, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorneys of record:

> N. Andrew Crain, Esq.
> Scott P. Amy, Esq.
> Thomas Horstemeyer LLP
> 400 Interstate North Parkway SE
> Suite 1500
> Atlanta, GA 30339

I further certify that I have this day served a true and correct copy of the foregoing by email to:

> Joseph W. Staley, Esq.
> Kids II, Inc.
> 3333 Piedmont Road, NE, #1800
> Atlanta, GA 30305
> email: joe.staley@kidsii.com

> /s/ David I. Roche
> David I. Roche (admitted *pro hac vice*)
> David.Roche@bakermckenzie.com
> Baker & McKenzie LLP
> *Attorneys for Plaintiff Wonderland*
> *Nurserygoods Co., Ltd.*