IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>　　　Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>　　　Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

## DECLARATION OF DAVID ROCHE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C. § 102(g) BASED ON AN ALLEGED PRIOR INVENTION BY DAMON TROUTMAN

I, David I. Roche, declare as follows:

I am an attorney admitted to practice law in the State of Illinois. I am also admitted *pro hac vice* representing Wonderland Nurserygoods Co. Ltd. in this case. I am making this declaration in support of Wonderland's Motion for summary judgment that the claims of US Patent RE 43, 919 is not invalid under under 35 U.S.C. § 102(g) based on an alleged prior invention by Damon Troutman. The matters set forth in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto. Items listed in **BOLD** font are being filed UNDER SEAL.

Exhibit 1 is a true and correct copy of U.S. Patent No. 7,568,242 issued August 4, 2009 based on an application flied February 23, 2005, and which was marked as Exhibit 1 in the Deposition of Damon Troutman taken August 7, 2014.

**Exhibit 2 is a true and correct copy of Exhibit 2 from the Deposition of Damon Troutman taken August 7, 2014.**

Exhibit 3 is a true and correct copy of US Patent RE 43,919 (the '919 patent-in-suit).

**Exhibit 4 is a true and correct copy of excerpts of the transcript of the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 5 is a true and correct copy of excerpts of the transcript of the Deposition of Renee Wang, Wonderland Executive Vice President of Engineering taken starting at December 18, 2014 6:00 p.m., Atlanta time, and 7:00 a.m. December 19, 2014, Taipei time.**

**Exhibit 6 is a true and correct copy of Exhibit 6 from the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 7 is a true and correct copy of Exhibit 7 from the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 8 is a true and correct copy of Exhibit 8 from the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 9 is a true and correct copy of Exhibit 9 from the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 10 is a true and correct copy of Exhibit 10 from the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 11 is a true and correct copy of  Exhibit 11 from the Deposition of Damon Troutman taken August 7, 2014.**

**Exhibit 12 is a true and correct copy of Exhibit 17 from the Deposition of Renee Wang taken starting at December 18, 2014 6:00 p.m., Atlanta time, and 7:00 a.m. December 19, 2014, Taipei time.**

Exhibit 13 is a true and correct copy of a certified copy of Wonderland's priority application for the '919 patent, i.e., Chinese Application No. 2004200018045, filed on January 2, 2004, as submitted during the prosecution of the parent application that resulted in the '919 patent.

Exhibit 14 is a true and correct copy of KIDS II, INC.'S PRELIMINARY INVALIDITY CONTENTIONS, August 23, 2014

**Exhibit 15 a true and correct copy of excerpts from the Initial Invalidity Report of William Singhose, PhD, date August 26, 2014**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Thursday, July 16, 2015, in Chicago, Illinois.

-3-

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)