IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

**DEFENDANT KIDS II, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF U.S. PATENT NO. RE43,919 UNDER 35 U.S.C. § 251**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Defendant Kids II, Inc. ("Kids II") files this Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of U.S Patent No. RE43,919 ("the '919 Patent") under 35 U.S.C. § 251. In support of its Motion, Kids II files concurrently herewith its Statement of Undisputed Material Facts in Support of its Motion, its Memorandum of Law in Support of its Motion, and the Declaration of Scott P. Amy in Support of its Motion.

Because the specification of the original U.S. Patent No. 6,859,957 ("the '957 Patent") does not "clearly and unequivocally disclose" the newly claimed, broader inventions of the asserted claims as separate inventions, the asserted

claims of the '919 patent are invalid pursuant to 35 U.S.C. § 251.  Specifically, the invention disclosed in the specification of the '957 Patent is limited to a playard having: (i) receiving holes in the upright tubes defined by tube walls of the upright tubes; (ii) positioning posts inserted into the receiving holes; (iii) a fabric member clamped between each of the upright tubes and corresponding positioning posts; (iv) slits that extend along the length of the tube walls; and (v) a fabric member extending outward through the slits in the upright tubes.  None of these specific features, much less all five, are required by the newly-claimed inventions set forth in the asserted claims.  As a result, each of the asserted claims of the '919 Patent are broader in scope and coverage than the structure disclosed in the specification of the '957 Patent and violate 35 U.S.C. § 251.

  Accordingly, Kids II is entitled to summary judgment as a matter of law that the asserted claims of the '919 Patent are invalid.  Kids II respectfully requests that the Court grant its Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of U.S Patent No. RE43,919 under 35 U.S.C. § 251.  A Proposed Order is attached to this Motion.

Respectfully submitted this 16th day of July, 2015.

/s/ Scott P. Amy
N. Andrew Crain
Georgia Bar No. 193081
Dan R. Gresham
Georgia Bar No. 310280
Eric Maurer
Georgia Bar No. 478199
Scott P. Amy
Georgia Bar No. 141416
Jason Perilla
Georgia Bar No. 676557
THOMAS | HORSTEMEYER LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, Georgia 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
scott.amy@thomashorstemeyer.com
jason.perilla@thomashorstemeyer.com

Joseph W. Staley
Georgia Bar No. 142571
KIDS II, INC.
3333 Piedmont Road NE #1800
Atlanta, GA 30305
Phone: (770) 751-0442
Fax: (770) 751-0543
joe.staley@kidsii.com

*Attorneys for Defendant Kids II, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing KIDS II'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF U.S. PATENT NO. RE43,919 UNDER 35 U.S.C. § 251 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 16th day of July, 2015.

/s/ Scott P. Amy
Scott P. Amy