**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

**DECLARATION OF SCOTT P. AMY IN SUPPORT OF
KIDS II'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF INVALIDITY OF THE ASSERTED CLAIMS OF
<u>U.S. PATENT NO. RE43,919 UNDER 35 U.S.C. § 251</u>**

I, SCOTT P. AMY, declare as follows:

1. I am an attorney at the law firm of Thomas Horstemeyer LLP, counsel for Defendants Kids II, Inc. in the above-captioned case. I have knowledge of the facts stated in this declaration, and make this declaration in support of Kids II's Motion for Partial Summary Judgment of Invalidity of the Asserted Claims of U.S. Patent No. RE43,919 under 35 U.S.C. § 251.

2. Attached as Exhibit 1 is a true and correct copy of Wonderland's Complaint dated April 4, 2013.

3. Attached as Exhibit 2 is a true and correct copy Wonderland's Infringement Contentions dated July 24, 2013.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. RE43,919 ("the '919 Patent").

5. Attached as Exhibit 4 is a true and correct copy of the Supplemental Declaration in Support of Broadening Reissue by Shun-Min Chen dated November 14, 2012.

6. Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,859,957 ("the '957 Patent").

7. Attached as Exhibit 6 is a true and correct copy of The Notice of Allowability dated August 27, 2004.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition of Jerry Drobinski taken on March 26, 2015.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this 16th day of July, 2015 in Atlanta, Georgia.

Dated: July 16, 2015        /s/ Scott P. Amy
                            Scott P. Amy