Exhibit 7

Case 1:13-cv-01114-ELR Document 157-11 Filed 07/16/15 Page 2 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                               Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

No. 1:13-CV-1114-TWT

WONDERLAND NURSERYGOODS CO., LTD.,)
                                  )
                                  )
                                  )
        Plaintiffs,               )
                                  )
vs.                               )
                                  )
KIDS II, INC.,                    )
                                  )
        Defendant.                )

VIDEOTAPE DEPOSITION OF JERRY DROBINSKI

March 26, 2015

Tucson, Arizona

. . . . . . . . . . . . . . . . . . . . . . . . .

Transcript Prepared by Nancy P. Richmond

Certified Reporter No. 50864

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                Page 2

```
 1              A P P E A R A N C E S
 2                    * * * * *
 3  For the Plaintiff:
 4       Baker & McKenzie LLP
 5       300 East Randolph Street
 6       Suite 5000
 7       Chicago, IL  60601
 8       By David I. Roche, Esq.
 9       (312) 861-8608
10       david.roche@bakermckenzie.com
11
12  For the Plaintiff:
13       Finnegan, Henderson, Farabow, Garrett & Dunner,
14       LLP
15       303 Peachtree Street, NE
16       Atlanta, GA  30308-3263
17       By Roger D. Taylor, Esq.
18       (404) 653-6400
19       roger.taylor@finnegan.com
20
21
22
23
24
25
```

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 3

```
 1   For the Defendant:
 2        Thomas Horstemeyer
 3        400 Interstate North Parkway SE
 4        Suite 1500
 5        Atlanta, GA   30339
 6        By Scott P. Amy, Esq., and Jason M. Padilla,
 7        Esq.
 8        (770) 933-9500
 9        scott.amy@thomashorstemeyer.com
10
11   For the Defendant:
12        Kids II
13        3333 Piedmont Road
14        Suite 1800
15        Atlanta, Georgia 30305
16        By Joseph W. Staley, Esq.
17        (770) 751-0442
18        joe.staley@kidsii.com
19
20   Also Present:
21        William Singhose
22
23
24
25
```

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 4

1                BE IT REMEMBERED that pursuant to notice,
2    the deposition of JERRY DROBINSKI was taken at the
3    Omni Tucson Resort in the City of Tucson, County of
4    Pima, State of Arizona, before Nancy P. Richmond, a
5    Certified Court Reporter, in and for the State of
6    Arizona, on the 26th day of March, 2015, commencing
7    at the hour of 9:06 a.m. on said day, in a certain
8    cause now pending before the U.S. District Court,
9    District of Georgia, Atlanta Division.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 1:13-cv-01114-ELR Document 157-11 Filed 07/16/15 Page 6 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 176

```
 1  extending outward through a slit.  My question was,
 2  are any of these features required by claim fifteen
 3  of the '919 patent?
 4       A.   I believe that the slit or the -- excuse
 5  me -- on the right side in the '919, the positioning
 6  posts are lodged inside the upright tubes, and
 7  there -- and which is basically the same as having a
 8  slit extend to the same length.  And the -- and the
 9  fabric member is in that slit, and the positioning
10  posts are in that slit -- or inside of the tube
11  behind that slit, excuse me.
12       Q.   So you think that the positioning posts
13  being lodged inside the upright tube is the same
14  thing as there being a positioning post inserted
15  respectively into said receiving holes in said
16  upright tubes?
17       A.   Yes.
18       Q.   Does claim fifteen require any clamping?
19       A.   Doesn't -- it doesn't specify clamping.
20       Q.   And you mentioned the slit that is in
21  claim one.  Do you think that the language
22  wherein -- in claim fifteen, wherein the positioning
23  posts are lodged inside the upright tubes is limited
24  to a slit?
25       A.   No.
```

Case 1:13-cv-01114-ELR   Document 157-11   Filed 07/16/15   Page 7 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 177

```
 1      Q.   So it's broader?
 2      A.   Yes.
 3      Q.   So it doesn't require a slit, does it?
 4      A.   No.
 5      Q.   And if there's no requirement of a slit in
 6  claim fifteen, can there be any requirement that
 7  fabric extend outward through a slit in that claim?
 8      A.   Would you repeat that question for me,
 9  please?
10
11           (The record was read as above reported.)
12
13      A.   In the last paragraph of that, the claim
14  says, "Positioning posts are lodged inside the
15  upright tubes.  The side panels extending between
16  upright tubes substantially out of contact with the
17  outside surface."  The fact that they're extending
18  between tubes indicates that they're clamped in that
19  position.  That's the only way to hold them in
20  there.  They're either clamped or -- or slid into
21  the slot.
22      Q.   So is it your opinion that claim fifteen
23  requires clamping, based on the answer you just gave
24  me?
25      A.   Clamping or lodging or whatever --
```

Case 1:13-cv-01114-ELR  Document 157-11  Filed 07/16/15  Page 8 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 178

```
 1  whatever terminology you want to add to it.
 2       Q.   Clamping and lodging the same thing in
 3  your mind?
 4       A.   They could be, yes.
 5       Q.   Are they?
 6       A.   They could be, yes.  They could be
 7  interpreted that way.
 8       Q.   Is that how you would interpret them?
 9       A.   I have, yeah.
10       Q.   Okay.  Is the recess the same thing as a
11  slit?
12       A.   It could function the same way, yes.
13       Q.   Have you interpreted a recess to be the
14  same thing as a slit --
15       A.   Yes.
16       Q.   -- in this case?  All right.  Turning to
17  page six, this is a comparison, once again, of claim
18  one of the '957 patent with claim twenty of the '919
19  patent.  Is there any requirement in claim twenty of
20  a slit?
21       A.   No.
22       Q.   Is there any requirement in claim twenty
23  that there be positioning posts?
24       A.   There's a requirement in claim twenty for
25  an attachment structure configured to mount and
```

Case 1:13-cv-01114-ELR   Document 157-11   Filed 07/16/15   Page 9 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 179

```
 1   secure the edge portions of the enclosure member
 2   along the support tubes, which is equivalent to the
 3   positioning posts in claim one.
 4        Q.   Do you believe that claim twenty is
 5   limited to positioning posts?
 6        A.   You mean claim one?
 7        Q.   No.  Claim twenty.
 8        A.   No.
 9        Q.   Is there any requirement in claim twenty
10   of clamping?
11        A.   The fact that the side panels in the same
12   case as the previous question -- or previous claim,
13   rather, the side panels extend generally between two
14   support tubes substantially out of contact with
15   outfacing surfaces, they can't do that unless
16   they're clamped or fixed in some manner.
17        Q.   So is it your opinion that claim twenty
18   requires clamping?
19        A.   It could.  It could be one way to do it,
20   yes.
21        Q.   Does it require clamping?
22        A.   It requires some method of clamping or
23   fastening or holding or again whatever term you want
24   to use.
25        Q.   What term would you use to describe what
```

Case 1:13-cv-01114-ELR Document 157-11 Filed 07/16/15 Page 10 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 180

1  it requires?
2      A.   Clamping.
3      Q.   Does claim twenty require the attachment
4  structure to be inside the support tubes?
5      A.   No.
6      Q.   Does it require the attachment structure
7  to be lodged inside the support tubes?
8      A.   No.
9      Q.   You think that locating a positioning post
10 or an attachment structure inside a support tube is
11 something different from locating it outside?
12     A.   Functionally, they could -- functionally,
13 would produce the same result.  But, I mean, from
14 a -- from a -- that's really what you're aiming for.
15 Functionally, you're getting to the same result and
16 exposing the outside wall of the -- of the outer
17 tube.
18     Q.   From a design perspective, is locating
19 something inside another object the same as locating
20 that same object outside?
21     A.   Depending on the configuration and the --
22 the geometry of what's -- what the receiving part
23 is, you could, in fact, say that the positioning
24 post was inside, if it were in a -- in a recess on
25 the outside of the tube.

Case 1:13-cv-01114-ELR   Document 157-11   Filed 07/16/15   Page 11 of 11

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 267

```
 1              C E R T I F I C A T I O N

 2                    *   *   *   *   *

 3

 4          BE IT KNOWN that the foregoing deposition

 5   was taken before me, Nancy P. Richmond, Certified

 6   Court Reporter No. 50864 for the State of Arizona,

 7   and by virtue thereof authorized to administer an

 8   oath; that the witness, JERRY DROBINSKI, before

 9   testifying was first duly sworn by me; that the

10   questions propounded by counsel and the answers of

11   the witness thereto were taken down by me in

12   shorthand and thereafter transcribed under my

13   direction; that a review of the transcript by the

14   witness was reserved; that the foregoing pages

15   contain a full, true, and accurate transcript of all

16   proceedings and testimony had, all to the best of my

17   skill and ability.

18          I FURTHER CERTIFY that I am not related to

19   nor employed by any of the parties hereto and have

20   no interest in the outcome thereof.

21          DATED at Tucson, Arizona, this 6th day of

22   April, 2015.

23                    [signature: Nancy A. Richmond]

24          _____
                       NANCY P. RICHMOND
25            CERTIFIED COURT REPORTER NO. 50864
```