Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

WONDERLAND
NURSERYGOODS CO., LTD.

      Plaintiff,

v.

KIDS II, INC.

      Defendant.

CIVIL ACTION NO:

1:13-CV-1114-TWT

## KIDS II, INC.'S SUPPLEMENTAL INVALIDITY CONTENTIONS

Pursuant to Local Patent Rule 4.3 and 4.5, Defendant Kids II, Inc. ("Kids II") serves these Supplemental Invalidity Contentions on Plaintiff Wonderland Nurserygoods Co., Ltd. ("Wonderland").   Kids II's Supplemental Invalidity Contentions are based on information reasonably available at this time, and in response to the claims of U.S. Patent Nos. 7,770,245 ("the '245 Patent"), 6,954,949 ("the '949 Patent"), and RE43,949 ("the '949 Patent") (collectively, "the Patents-in-Suit") asserted by Wonderland in its Infringement Contentions dated July 24, 2013.[1]   However, nothing herein or in the attached exhibits should be

---

[1] Specifically, the claims asserted by Wonderland in its Infringement Contentions are: (i) Claims 1, 4, 6, 9, 10, 11, 12, 16, 17, 19, and 20 of the '245 Patent; (ii)

1

considered an admission that the Accused Products identified in Wonderland's Infringement Contentions satisfies any valid claim of the Patents-in-Suit.

Because the parties are still engaged in fact discovery and Kids II's investigation and analysis of the prior art is ongoing, Kids II expressly reserves the right to amend, alter, clarify, modify, and/or supplement these disclosures, review these disclosures, or identify and rely on additional prior art as information becomes available through additional discovery in this lawsuit. At present, the parties still have outstanding written discovery, party depositions, and non-party depositions to complete prior to the close of fact discovery in the case. Thus, Kids II may uncover additional prior art through investigation, analysis, and discovery. Further, prior art not included in these disclosures, whether or not known to Kids II, may become relevant depending on earliest priority date to which one or more of the Asserted Claims of the Patents-in-Suit may be entitled.

Kids II's claim charts cite to particular teachings and disclosures of the prior art as applied to features of the Asserted Claims. However, persons having ordinary skill in the art generally view an item of prior art in the context of other publications, literature, products, and their experience and understanding. As such,

---

Claim 1 of the '949 Patent; and (iii) Claims 15, 19, 20, 21, 27, 28, and 29 of the '919 Patent (collectively, "the Asserted Claims").

the cited portions in Kids II's claim charts are merely exemplary and are not intended to be exhaustive, and Kids II reserves the right to rely on uncited portions of the prior art, other publications, and testimony, including expert testimony, to establish that the prior art discloses the limitations of the Asserted Claims.  Further, the prior art disclosed in the claim charts may disclose the elements of the Asserted Claims explicitly and/or inherently, and/or they may be relied upon to show the state of the art in the relevant time frame.

The combinations of references provided below under 35 U.S.C. § 103 are merely exemplary and are not intended to be exhaustive.  Additional combinations of references identified below are possible, and Kids II reserves the right to rely on any such combination(s) in this litigation.   In particular, Kids II is currently unaware of the extent, if any, to which Wonderland will contend that limitations of the Asserted Claims are not disclosed in the prior art identified by Kids II.  To the extent that an issue arises with any such limitation, Kids II expressly reserves the right to identify other references that would have rendered obvious the addition of the allegedly missing limitation.

Accordingly, Kids II expressly reserves the right to amend, alter, clarify, modify, and/or supplement these Supplemental Invalidity Contentions based on further investigation, analysis, and discovery in a manner consistent with the

Federal Rules of Civil Procedure and the Local Rules of this Court, including the Local Patent Rules.  Kids II notes that subsequent expert reports, interrogatory responses, deposition testimony, produced documents, and other discovery or pleadings may expand and elaborate upon the positions contained in these disclosures as originally drafted or subsequently amended, and Kids II reserves the right to incorporate such by reference.

# I.   PRIOR ART: ANTICIPATION

Pursuant to Local Patent Rule 4.3(a)(1) and (2), and in response to the claims of the Patents-in-Suit asserted by Wonderland in its Infringement Contentions, Kids II lists below the prior art known to Kids II at this time that anticipates the Asserted Claims of the Patents-in-Suit.

## A.   Prior Art Patents under 35 U.S.C. §§ 102(a) and/or (b)

### i.   '245 Patent

Kids II identifies at least the following patents as prior art references that anticipate the Asserted Claims of the '245 Patent:

| Country of Origin, Patent No., Inventor, Date of Issue | Anticipates Asserted Claims |
|---|---|
| U.S. Patent No. 5,615,427 to Huang, issued on April 1, 1997. | 1, 4, 9-12, and 16 |

### ii. '949 Patent

Kids II identifies at least the following patents as prior art references that anticipate the Asserted Claims of the '949 Patent:

| Country of Origin, Patent No., Inventor, Date of Issue | Anticipates Asserted Claims |
|---|---|
| U.S. Patent No. 914,309 to Ross, issued on March 2, 1909. | 1 |
| AU Patent No. 715,883 to Bidwell, issued on February 10, 2000. | 1 |

### iii. '919 Patent

Kids II identifies at least the following patents as prior art references that anticipate the Asserted Claims of the '919 Patent:

| Country of Origin, Patent No., Inventor, Date of Issue | Anticipates Asserted Claims |
|---|---|
| AU Patent No. 715,883 to Bidwell, issued on February 10, 2000. | 15, 19-21, and 27-29 |
| U.S. Patent No. 6,098,217 to Hammil, issued on August 8, 2000. | 15, 19-21, and 27-29 |

## B. Prior Art Products and/or Inventions under 35 U.S.C. §§ 102(a), (b), and/or (g)

### i. '245 Patent

As set forth in Kids II's Response to Wonderland's Infringement Contentions, Kids II asserts that the accused products do not infringe any valid,

Asserted Claim of the '245 Patent.  To the extent that Wonderland maintains its contention that the Accused Products infringe the Asserted Claims of the '245 Patent, Kids II asserts, in the alternative, that at least the following products and/or inventions are prior art references that anticipate the Asserted Claims of the '245 Patent.  Each product and/or invention was at least: (1) known or used in this country before the alleged invention in the Asserted Claims of the '245 Patent; (2) was in public use and/or on sale in this country more than one year before the filing date of the application for the '245 Patent; and/or (3) was invented and not abandoned, suppressed, or concealed prior to the alleged invention of the Asserted Claims of the '245 Patent.

| Country of Origin, Patent No., Identities of Persons Involved, and Circumstances of Making the Invention | Anticipates Asserted Claims |
|---|---|
| U.S. Patent No. 8,201,291 to Burns et al., filed on September 24, 2008, and issued on June 19, 2012, and which claims priority to U.S. Provisional Application No. 60/995,417, filed on September 25, 2007.  Kids II reserves the right to supplement this disclosure (including providing a detailed claim chart) to the extent that Wonderland maintains its contention that the Accused Products infringe the Asserted Claims of the '245 Patent, and upon discovery of the facts and circumstances surrounding the making of this invention before the application that ultimately issued as the '919 Patent. | 1, 4, 6, 9-12, 16, 17, 19, and 20 |

*ii. '919 Patent*

Kids II identifies at least the following products and/or inventions as prior art references that anticipate the Asserted Claims of the '919 Patent.  Each product and/or invention was at least: (1) known or used in this country before the alleged invention in the Asserted Claims of the '919 Patent; (2) was in public use and/or on sale in this country more than one year before the filing date of the application for the '919 Patent; and/or (3) was invented and not abandoned, suppressed, or concealed prior to the alleged invention of the Asserted Claims of the '919 Patent.

| Country of Origin, Patent No., Identities of Persons Involved, and Circumstances of Making the Invention | Anticipates Asserted Claims |
|---|---|
| U.S. Patent No. 7,568,242 to Troutman, filed on February 23, 2005, and issued on August 4, 2009.  Damon Oliver Casati Troutman of Kolcraft Enterprises was involved in the making of this invention.   Kids II reserves the right to supplement this disclosure upon discovery of the facts and circumstances surrounding the making of this invention before the application that ultimately issued as the '919 Patent. | 15, 19-21, and 27-29 |
| FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326)(See WL-K2_007667) | 15, 19-21, and 27-29 |

*ii.     '949 Patent*

Kids II identifies at least the following products and/or inventions as prior art references that anticipate the Asserted Claims of the '949 Patent.  Each product

and/or invention was at least: (1) known or used in this country before the alleged

invention in the Asserted Claims of the '949 Patent; (2) was in public use and/or on

sale in this country more than one year before the filing date of the application for

the '949 Patent; and/or (3) was invented and not abandoned, suppressed, or

concealed prior to the alleged invention of the Asserted Claims of the '949 Patent.

| Country of Origin, Patent No., Identities of Persons Involved, and Circumstances of Making the Invention | Anticipates Asserted Claims |
|---|---|
| U.S. Patent No. 7,568,242 to Troutman, filed on February 23, 2005, and issued on August 4, 2009.  Damon Oliver Casati Troutman of Kolcraft Enterprises was involved in the making of this invention.  Kids II reserves the right to supplement this disclosure upon discovery of the facts and circumstances surrounding the making of this invention before the application that ultimately issued as the '919 Patent. | 1 |

## II.   PRIOR ART: OBVIOUSNESS

### A.   Obviousness Contentions

Pursuant to Local Patent Rule 4.3(a)(1) and (2), and in response to the

claims of the Patents-in-Suit asserted by Wonderland in its Infringement

Contentions, Kids II lists below the prior art references known to Kids II at this

time that render the Asserted Claims of the Patents-in-Suit obvious under 35

U.S.C. § 103.  Kids II reserves the right to rely on one or more of the prior art

references listed below to invalidate the Asserted Claims of the Patents-in-Suit

under 35 U.S.C. § 103.  Exemplary combinations of the prior art references are set forth below, and the claim charts attached hereto identify specifically where, in each prior art reference, each element of each Asserted Claim is found.

A patent is invalid "if the difference between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." 35 U.S.C. § 103(a).  Obviousness is a question of law based on underlying factual inquiries.  *See, e.g., Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007); *see also Richardson-Vicks Inc. v. Upjohn Co.*, 122 F.3d 1476, 1479 (Fed. Cir. 1997).

In *KSR Int'l v. Teleflex, Inc.*, 550 U.S. 398 (2007), the Supreme Court examined the Federal Circuit's obviousness jurisprudence and cautioned against granting patents covering nothing more than a combination of known components:

> Neither the enactment of §103 or the analysis in *Graham* disturbed this Court's earlier instructions concerning the need for *caution in granting a patent based on a combination of elements found in the prior art.*  For over a half century, the Court has held that a "patent for combination which *only unites old elements with no change to their respective functions . . . obviously withdraws what is already known in the field of its monopoly and greatly diminishes the resources available to skillful men.*

*Id.* at 401 (quoting *Great Atlantic & Pacific Tea Co. v. Supermarket Equipment Corp.*, 340 U.S. 147, 152 (1950)) (alteration in KSR) (emphasis added).  Indeed,

KSR discarded "rigid or mandatory formulas" noting that common sense should instead prevail:

> Common sense teaches, however, that familiar items may have obvious uses beyond their primary purposes, and *in many cases a person of ordinary skill will be able to fit teachings of multiple patents together like pieces of a puzzle.*

*Id.* at 420 (emphasis added).

To the extent that applicable law requires evidence of motivation to combine, motivation exists to combine the prior art references listed below with each other. Generally, motivation to combine the prior art references listed below with each other exists within the references themselves, as well as within the knowledge of those of ordinary skill in the art. The references listed below generally identify and address the same or similar types of playards, playpens, bassinets, or cribs as set forth in the Patents-in-Suit, and disclose the same or similar features of combination of features of those devices. If and to the extent Wonderland challenges the correspondence of any of the prior art references listed below with respect to particular elements of the Asserted Claims of the Patents-in-Suit, Kids II reserves the right to supplement these disclosures to identify motivation to combine particular references with one another with additional particularity.

### B.    Prior Art References and Exemplary Combinations

   *i.   '245 Patent*

| Country of Origin, Patent No., Inventor, Date of Issue | Obviates Asserted Claims |
|---|---|
| U.S. Patent No. 5,615,427 to Huang, issued on April 1, 1997. | 1, 4, 6, 9-12, 16, 17, 19, and 20 |
| U.S. Patent No. 7,013,505 to Martin, issued on March 21, 2006. | 1, 4, 6, 9-12, 16, 17, 19, and 20 |
| U.S. Patent No. 5,339,470 to Shamie, issued on August 23, 1994. | 1, 4, 6, 9-12, 16, 17, 19, and 20 |
| U.S. Patent No. 5,349,709 to Cheng, issued on September 27, 1994. | 1, 4, 6, 9-12, 16, 17, 19, and 20 |
| U.S. Patent No. 5,553,336 to Mariol, issued on September 10, 1996. | 1, 4, 6, 9-12, 16, 17, 19, and 20 |
| U.S. Patent No. 5,778,465 to Meyers, issued on July 14, 1998. | 1, 4, 6, 9, 10, 11, 12, 16, 17, 19, and 20 |
| U.S. Patent No. 6,192,535 to Warner, Jr., issued on February 27, 2001. | 1, 4, 6, 9, 10, 11, 12, 16, 17, 19, and 20 |
| U.S. Patent No. 6,578,211 to Tharalson, issued on June 17, 2003. | 1, 4, 6, 9, 10, 11, 12, 16, 17, 19, and 20 |
| U.S. Published Patent Application No. 2003/0177575 to Cheng ("Cheng '575"), issued on September 25, 2003. | 1, 4, 6, 9, 10, 11, 12, 16, 17, 19, and 20 |

The following are exemplary obviousness combinations for the Asserted Claims of the '245 Patent.  Claims 1, 4, 6, 9-12, 16, 17, 19, and 20 of the '245

Patent are rendered obvious by combining one or more of the following prior art references as set forth below:

- Huang in view of Martin;

- Shamie in view of one or more of Huang or Martin;

- Cheng in view of one or more of Huang or Martin;

- Mariol in view of one or more of Huang or Martin;

- Meyers in view of one or more of Huang or Martin;

- Warner, Jr. in view of one or more of Huang or Martin;

- Tharalson in view of one or more of Huang or Martin; and

- Cheng '575 in view of one or more of Huang or Martin.

### ii. '949 Patent

| Country of Origin, Patent No., Inventor, Date of Issue | Obviates Asserted Claims |
|---|---|
| U.S. Patent No. 5,615,427 to Huang, issued April 1, 1997. | 1 |
| U.S. Patent No. 914,309 to Ross, issued March 2, 1909. | 1 |
| AU Patent No. 715,883 to Bidwell, issued February 10, 2000. | 1 |
| U.S. Patent No. 6,317,907 to Wang, issued November 20, 2001. | 1 |
| FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326)(See WL-K2_007667). | 1 |
| U.S. Patent No. 4,985,948 to Mariol, issued January 22, 1991. | 1 |

| | |
|---|---|
| U.S. Patent No. 5,526,542 to Huang ("Huang '542"), issued June 18, 1996. | 1 |
| U.S. Patent No. 6,256,814 to Drobinski, issued July 10, 2001. | 1 |
| U.S. Patent No. 7,043,779 to Mendenhall, issued May 16, 2006. | 1 |
| U.S. Publication No. 2003/0154547 to Hsia, issued August 21, 2003. | 1 |
| U.S. Patent No. 5,450,703 to Fuhrman, issued September 19, 1995. | 1 |
| U.S. Patent No. 5,335,685 to Dahulich, issued August 9, 1994. | 1 |
| U.S. Patent No. 3,103,670 to Landry, issued September 17, 1963. | 1 |
| U.S. Patent No. 3,044,078 to Hamilton, issued July 17, 1962. | 1 |
| U.S. Patent No. 633,353 to Bacon, issued September 19, 1899. | 1 |

The following are exemplary obviousness combinations for the Asserted Claim of the '949 Patent.  Claims 1of the '949 Patent is rendered obvious by combining one or more of the following prior art references as set forth below:

- Huang in view of one or more of Ross or Bidwell;
- Huang in view of Wang;

13

- The FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) in view of one or more of Fuhrman, Dahulich, Landry, Hamilton, Bacon, or Wang;

- Mariol in view of one or more of Fuhrman, Dahulich, Landry, Hamilton, Bacon, or Wang;

- Huang '542 in view of one or more of Fuhrman, Dahulich, Landry, Hamilton, Bacon, or Wang;

- Drobinski in view of one or more of Fuhrman, Dahulich, Landry, Hamilton, Bacon, or Wang;

- Mendenhall in view of one or more of Fuhrman, Dahulich, Landry, Hamilton, Bacon, or Wang; and

- Hsia in view of one or more of Fuhrman, Dahulich, Landry, Hamilton, Bacon, or Wang.

### iii. '919 Patent

| Country of Origin, Patent No., Inventor, Date of Issue | Obviates Asserted Claims |
|---|---|
| Australian Patent No. 715,883 to Bidwell, issued February 10, 2000. | 28 and 29 |
| U.S. Patent No. 6,098,217 to Hammil, issued on August 8, 2000. | 28 and 29 |
| U.S. Patent No. 6,510,570 to Hartenstine, issued January 28, 2003. | 28 and 29 |
| Applicant's Admitted Prior Art ("the AAPA"), as illustrated at FIG. 1 and described at column 1, lines 15-40, of the '919 | 15, 19-21, and 27-29 |

| Patent. | |
|---|---|
| FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326)(See WL-K2_007667) | 15, 19-21, and 27-29 |
| U.S. Patent No. 6,874,177 to Hsia, issued April 5, 2005. | 15, 19-21, and 27-29 |
| U.S. Patent No. 4,985,948 to Mariol, issued January 22, 1991. | 15, 19-21, and 27-29 |
| U.S. Patent No. 4,538,309 to Gunter, issued September 3, 1985. | 15, 19-21, and 27-29 |
| U.S. Patent No. 1,183,819 to Keiser, issued May 16, 1916. | 15, 19-21, and 27-29 |
| U.S. Patent No. 5,752,297 to Ramey, issued May 19, 1998. | 15, 19-21, and 27-29 |
| U.S. Patent No. 5,992,348 to Harding, issued November 30, 1999. | 15, 19-21, and 27-29 |
| U.S. Patent No. 5,140,718 to Toth, issued August 25, 1992. | 15, 19-21, and 27-29 |
| U.S. Patent No. 6,701,586 to Conley, issued March 9, 2004. | 15, 19-21, and 27-29 |
| U.S. Publication No. 2003/0154547 to Hsia ("Hsia '547"), published August 21, 2003. | 15, 19-21, and 27-29 |
| U.S. Patent No. 6,067,676 to Carnahan, issued May 30, 2000. | 15, 19-21, and 27-29 |
| U.S. Patent No. 3,165,760 to Abajian, issued January 19, 1965. | 15, 19-21, and 27-29 |

| | |
|---|---|
| U.S. Patent No. 5,845,349 to Tharalson, issued December 8, 1998. | 15, 19-21, and 27-29 |
| U.S. Patent No. 4,899,496 to Chew, II, issued February 13, 1990. | 15, 19-21, and 27-29 |
| U.S. Patent No. 548,901 to Welch, issued October 29, 1895. | 15, 19-21, and 27-29 |
| U.S. Patent No. 3,358,725 to Bussard, issued December 19, 1967. | 15, 19-21, and 27-29 |
| U.S. Patent No. 3,875,623 to Johnston, issued April 8, 1975. | 15, 19-21, and 27-29 |
| U.S. Patent No. 5,414,873 to Wolf, issued May 16, 1995. | 15, 19-21, and 27-29 |
| U.S. Patent No. 7,090,201 to Brucker, issued August 15, 2006. | 15, 19-21, and 27-29 |
| U.S. Patent No. 4,103,401 to Conley ("Conley '401"), issued August 1, 1978. | 15, 19-21, and 27-29 |
| U.S. Patent No. 5,762,403 to Robinson, issued June 9, 1998. | 15, 19-21, and 27-29 |
| U.S. Patent No. 6,148,488 to Gristock, issued November 21, 2000. | 15, 19-21, and 27-29 |
| U.S. Patent No. 4,878,322 to Ikeda, issued November 7, 1989. | 15, 19-21, and 27-29 |
| U.S. Patent No. 2,790,978 to Tigrett, issued May 7, 1957. | 15, 19-21, and 27-29 |
| U.S. Patent No. 3,064,277 to Gill, issued November 20, | 15, 19-21, and 27- |

16

| | |
|---|---|
| 1962. | 29 |
| U.S. Patent No. 7,100,625 to Valles, issued September 5, 2006. | 15, 19-21, and 27-29 |
| U.S. Patent No. 3,996,650 to Tonn, issued December 14, 1976. | 15, 19-21, and 27-29 |
| U.S. Patent No. 2,986,150 to Torian, issued May 30, 1961. | 15, 19-21, and 27-29 |

The following are exemplary obviousness combinations for the Asserted Claim of the '919 Patent. Claims 15, 19, 20, 21, 27, 28, and 29 of the '919 Patent are rendered obvious by combining one or more of the following prior art references as set forth below:

- Bidwell in view of Hartenstine;
- The AAPA in view of one or more of Keiser, Ramey, Harding, Toth, Conley, or Bidwell;
- Hsia in view of one or more of Keiser, Ramey, Harding, Toth, Conley, or Bidwell;
- Hartenstine in view of one or more of Keiser, Ramey, Harding, Toth, Conley, or Bidwell;
- Mariol in view of one or more of Keiser, Ramey, Harding, Toth, Conley, or Bidwell;
- Gunter in view of one or more of Keiser, Ramey, Harding, Toth, Conley, and Bidwell;

17

- FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) in view of one or more of Welch, Bussard, Johnston, Hammil, Wolf, Brucker, Conley '401, Robinson, Gristock, Ikeda, Tigrett, Gill, Valles, Tonn, or Torian;

- Hsia '547 in view of one or more of Welch, Bussard, Johnston, Hammil, Wolf, Brucker, Conley '401, Robinson, Gristock, Ikeda, Tigrett, Gill, Valles, Tonn, or Torian;

- Carnahan in view of one or more of Welch, Bussard, Johnston, Hammil, Wolf, Brucker, Conley '401, Robinson, Gristock, Ikeda, Tigrett, Gill, Valles, Tonn, or Torian;

- Abajian in view of one or more of Welch, Bussard, Johnston, Hammil, Wolf, Brucker, Conley '401, Robinson, Gristock, Ikeda, Tigrett, Gill, Valles, Tonn, or Torian;

- Tharalson in view of one or more of Welch, Bussard, Johnston, Hammil, Wolf, Brucker, Conley '401, Robinson, Gristock, Ikeda, Tigrett, Gill, Valles, Tonn, or Torian; and

- Chew, II in view of one or more of Welch, Bussard, Johnston, Hammil, Wolf, Brucker, Conley '401, Robinson, Gristock, Ikeda, Tigrett, Gill, Valles, Tonn, or Torian.

The combinations set forth above for the Asserted Claims of the Patents-in-Suit are merely exemplary and the inclusion of these exemplary combinations does not in any way limit Kids II's arguments regarding obviousness under 35 U.S.C. § 103. Because the parties are still engaged in fact discovery and Kids II's investigation and analysis of prior art is ongoing, Kids II expressly reserves the

18

right to supplement these disclosures to identify additional obviousness combinations and references as they are discovered through discovery in this litigation.

## III.   CLAIM CHARTS

Pursuant to Local Patent Rule 4.3(a)(3), Kids II provides the following charts (attached hereto as Exhibits A-C) that identify where each element of each Asserted Claim of the Patents-in-Suit is found in each item of prior art.

## IV.   INVALIDITY UNDER 35 U.S.C. § 112

Pursuant to Local Patent Rule 4.3(a)(4), Kids II asserts that one or more claim terms of the '949 Patent may be indefinite under 35 U.S.C. § 112.  35 U.S.C. § 112, ¶ 2, requires that the specification of a patent "conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention."  "Because claims delineate the patentee's right to exclude, the patent statute requires that the scope of the claims be sufficiently definite to inform the public of the bounds of the protected invention, *i.e.*, what subject matter is covered by the exclusive rights of the patents. Otherwise, competitors cannot avoid infringement, defeating the public notice

function of patent claims." *Halliburton Energy Servs. v. M-I LLC,* 514 F.3d 1244, 1249 (Fed. Cir. 2008).

On June 2, 2014, the Supreme Court in *Nautilus, Inc., v. Biosig Instruments, Inc.*, No. 13-369, 2014 U.S. LEXIS 3818 (U.S. June 2, 2014), rejected the Federal Circuit's controlling "not amenable to construction" or "insolubly ambiguous" standard and lowered the bar for a finding of indefiniteness 35 U.S.C. § 112, ¶ 2. Specifically, the Court held that an inquiry that relies upon the "amenable to construction" or "insolubly ambiguous" formulations lacks the precision § 112, ¶ 2 demands. The Court emphasized that "[t]o tolerate imprecision just short of that rendering a claim 'insolubly ambiguous' would diminish the definiteness requirement's public notice function and foster the innovation-discouraging 'zone of uncertainty' . . . against which this Court has warned." Consequently, the Court lowered the standard for indefiniteness under 35 U.S.C. § 112, ¶ 2, holding that "a patent is invalid for indefiniteness if its claims, read in light of the specification delineating the patent and the prosecution history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention."

When the new standard is applied to the manner in which the terms "a distance between," "the two first columns," and "the two second columns" are used in Claim 1 of the '949 Patent, it is clear that these terms fail to inform, with

20

reasonable certainty, those of skill in the art about the scope of Claim 1. Indeed, depending on which "two second columns" and "two first columns" of a playpen are chosen (*e.g.*, first and second columns on the diagonal, first and second columns down the side, or first and second columns along the end) to determine whether a playpen meets the requirement in Claim 1 that "a distance between the two second columns is larger than that between two first columns," a playpen may fall within or outside the scope of Claim 1. As such, this limitation of Claim 1 of the '949 Patent is simply not "precise enough to afford clear notice of what is claimed, thereby "appris[ing] the public of what is still open to them." As such, Claim 1 is indefinite under *Honeywell* – especially in view of the reduced standard articulated in *Nautilus* – because when the claimed distance between "two second columns" and "two first columns" are both measured, a playpen may fall within or outside the scope of Claim 1. Because the parties are still engaged in fact discovery, Kids II expressly reserves the right to amend, alter, clarify, modify, and/or supplement these disclosures to list additional claim terms that it asserts may be indefinite under 35 U.S.C. § 112.

## V.   PRIOR ART REFERENCES

Pursuant to Local Patent Rule 4.3(b), Kids II has enclosed a CD containing a copy of each item of prior art that comprises a printed publication and that does not

otherwise appear in the file history of the Patents-in-Suit.  To the extent that any item of prior art is not in English, Kids II has provided an English translation of that item of prior art.

Dated this 19th day of June, 2014.

/s/ Jason M. Perilla
N. Andrew Crain
Georgia Bar No. 193081
Eric Maurer
Georgia Bar No. 478199
Scott P. Amy
Georgia Bar No. 141416
Jason Perilla
Georgia Bar No. 676557
THOMAS | HORSTEMEYER LLP
400 Interstate North Parkway SE
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
scott.amy@thomashorstemeyer.com
jason.perilla@thomashorstemeyer.com

Joseph W. Staley
Georgia Bar No. 142571
KIDS II, INC.
3333 Piedmont Road NE #1800
Atlanta, GA 30305
Phone: (770) 751-0442
Fax: (770) 751-0543
joe.staley@kidsii.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WONDERLAND
NURSERYGOODS CO., LTD.

      Plaintiff,

v.

KIDS II, INC.

      Defendant.

CIVIL ACTION NO:

1:13-CV-1114-TWT

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I served the foregoing Kids II, Inc.'s Supplemental Invalidity Contentions via Federal Express and electronic mail on the following counsel of record:

| Shattuck Ely | *tely@fellab.com* |
| David I. Roche | *david.roche@bakermckenzie.com* |
| Daniel A. Tallitsch | *daniel.tallitsch@bakermckenzie.com* |

Dated this 19th day of June, 2014.

      /s/ Jason M. Perilla
      Jason M. Perilla

# EXHIBIT B

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**I.      Claims 15, 19-21, and 27-29 of U.S. Patent No. RE43,919 ("the '919 Patent") are anticipated under 35 U.S.C. § 102(b) by Australian Patent No. 715,883 to *Bidwell***

| U.S. Patent No. RE43,919 | *Bidwell* AU 715,883 |
|---|---|
| 15.  A baby crib comprising: | See Abstract (*i.e.*, "Cot") and FIG. 1 of *Bidwell*. |
| a plurality of upright tubes defining corners of the baby crib, | *Bidwell* describes, at page 1, lines 8-10, that "[m]any cots are produced with an upper peripheral frame, a lower peripheral frame, and vertically extending corner posts."<br><br>See reference 22 in FIG. 1 of *Bidwell* for an "upright tube."<br><br><br><br>*Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26."<br><br>FIGS. 1 and 2 of *Bidwell* illustrate one corner of a cot.  *Bidwell* describes "*corner posts*," however, at page 1, lines 8-10, and it is apparent that the cot described by *Bidwell* includes more than one (*i.e.*, a plurality of) upright tubes.  The retaining members 22 of *Bidwell* comprise "upright tubes" that define corners of the cot. |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See reference (24) in FIG. 1 of *Bidwell*.<br><br><br><br>*Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26.  The hollow interior 26 has a bore wall 28, the radius of curvature of which is no greater than the radius of the outer surface of the corner |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Bidwell* AU 715,883 |
|---|---|
| | post 20." |
| | The retaining members 22 of *Bidwell* may be reasonably considered "upright tubes" that define corners of the cot. Further, each "tube wall" 24 of the retaining members 22 of *Bidwell* comprise an "outer wall" that define corners of the cot. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | *Bidwell* describes, at page 2, line 26, to page 3, line 1, "a fabric sidewall 14 secured over both the upper frame 10 and lower frame 12 and extending therebetween." <br><br> The "fabric sidewalls" 14 of *Bidwell* comprise "a plurality of side panels contiguously connected to one another along edge portions." Because *Bidwell* describes a "cot," it is apparent that a space is enclosed by the fabric sidewalls 14. Based on the similarity in structure of the "baby crib" described by the '919 patent and the "cot" described and illustrated by *Bidwell*, the "cot" of *Bidwell* may be reasonably considered to be suitable "for receiving a baby therein." <br><br>  |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the edge portions of the enclosure member, | At page 3, lines 3-8, *Bidwell* describes that "[e]xtending between the corner fitting 16 and foot 18 and securely attached to each of them is a corner post 20. The fabric sidewall 14 passes over the corner post 20. This is of a form of cot of known construction. The corner post 20 is generally somewhat cylindrical and is normally hollow." <br><br> The "corner posts" 20 of *Bidwell* comprise "positioning posts" at corners of the cot of *Bidwell*. |
| wherein the positioning posts are lodged inside the upright tubes, | At page 3, lines 3-8, *Bidwell* describes that "the material of the retaining member 22 has a degree of elasticity. To be placed over the corner post 20 requires the slot 28 [of the retaining member 22] to be enlarged at one end thereof by flexing the tube wall 24. In this way the slot 28 is increased in size to approximately the diameter of the corner post 20 together with the thickness of the fabric sidewall 14. It *then engages over* the corner post 20 as illustrated in FIG. 2. (Emphasis Added). |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Bidwell* AU 715,883 |
|---|---|
| |  Because *Bidwell* describes that the retaining members 22 "engage over" the corner posts 20 and the fabric sidewall 14, the corner posts 20 and the fabric sidewall 14 of *Bidwell* are "lodged inside" the retaining members 22. |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | At page 3, lines 3-8, *Bidwell* describes that "the slot 28 [of the retaining member 22] is increased in size to approximately the diameter of the corner post 20 together with the thickness of the fabric sidewall 14.  It then engages over the corner post 20 as illustrated in FIG. 2.  At FIG. 2, *Bidwell* illustrates that the fabric sidewalls 14 are "substantially out of contact with" the outer tube wall 24 of the retaining members 22, when *engaging over* the corner post 20 *together with the fabric sidewall* 14.  Thus, *Bidwell* illustrates that the retaining members 22 "engage over" corner posts 20 and the fabric sidewalls 20, while the outer tube wall 24 or "outwardly facing surface" of each of the retaining members 22 is substantially exposed on an outside. |
| 19.  The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | At page 3, lines 5-7, *Bidwell* describes that "[t]he *fabric* sidewall 14 passes over the corner post 20."  (Emphasis added.) |
| | |
| 20. A baby crib comprising: | See Abstract and FIG. 1 of *Bidwell*. |
| a frame structure including a plurality of | *Bidwell* describes, at page 1, lines 8-10, that "[m]any cots are produced with an upper peripheral frame, a lower peripheral frame, |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Bidwell* AU 715,883 |
|---|---|
| support tubes, | and vertically extending corner posts."<br><br>See reference 22 in FIG. 1 of *Bidwell*.<br><br><br><br>*Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26."<br><br>FIGS. 1 and 2 of *Bidwell* illustrate one corner of a cot. *Bidwell* describes, however, "*corner posts*" at page 1, lines 8-10, and it is apparent that the cot described by *Bidwell* includes more than one (*i.e.*, a plurality of) support tubes. The retaining members 22 of *Bidwell* comprise "support tubes." |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See reference 24 in FIG. 1 of *Bidwell*.<br><br><br><br>*Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26. The hollow interior 26 has a bore wall 28, the radius of curvature of which is no greater than the radius of the outer surface of the corner post 20."<br><br>The retaining members 22 of *Bidwell* comprise "support tubes."<br><br>Each "tube wall" 24 of the retaining members 22 of *Bidwell* comprise an "outer wall" that defines an outer contour shape of the retaining |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Bidwell* AU 715,883 |
|---|---|
| | members 22. |
| an enclosure member including a plurality of side panels having edge portions; and | *Bidwell* describes, at page 2, line 26, to page 3, line 1, "a fabric sidewall 14 secured over both the upper frame 10 and lower frame 12 and extending therebetween."<br><br><br><br>The "fabric sidewalls" 14 of *Bidwell* comprise "a plurality of side panels having edge portions."  Further, because *Bidwell* describes a "cot," it is apparent that an "enclosure member" is formed by the fabric sidewalls 14. |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and | At page 3, lines 3-8, *Bidwell* describes that "[e]xtending between the corner fitting 16 and foot 18 and securely attached to each of them is a corner post 20.  The fabric sidewall 14 passes over the corner  post 20. This is of a form of cot of known construction.  The corner post 20 is generally somewhat cylindrical and is normally hollow."<br><br>The "corner posts" 20 of *Bidwell* comprise "an attachment structure" configured to mount and secure edge portions of the fabric sidewalls 14 along the retaining members 22 *Bidwell*. |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | At page 3, lines 3-8, *Bidwell* describes that "the slot 28 [of the retaining member 22] is increased in size to approximately the diameter of the corner post 20 *together with the thickness of the fabric sidewall 14.  It then engages over* the corner post 20 as illustrated in FIG. 2.  (Emphasis Added).<br><br><br><br>At FIG. 2, *Bidwell* illustrates that the fabric sidewalls 14 are |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Bidwell* AU 715,883 |
|---|---|
| | "substantially out of contact with" the outer tube wall 24 of the retaining members 22, when *engaging over* the corner post 20 *together with the fabric sidewall* 14.  Thus, *Bidwell* illustrates that the fabric sidewalls 14 extend generally between the corner posts 20 and the retaining members 22, while the outer tube wall 24 or "outwardly facing surface" of each of the retaining members 22 is substantially exposed on an outside. |
| 21.  The baby crib according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | At page 3, lines 3-8, *Bidwell* describes "[t]o be placed over the corner post 20 requires the slot 28 [of the retaining member 22] to be enlarged at one end thereof by flexing the tube wall 24.  In this way the slot 28 is increased in size to approximately the diameter of the corner post 20 together with the thickness of the fabric sidewall 14.  It then engages over the corner post 20 as illustrated in FIG. 2."<br><br>At FIG. 2, *Bidwell* illustrates that the corner posts 20 clamp the fabric sidewalls 14 inside the retaining members 22. |
| 27.  The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | At page 3, lines 5-7, *Bidwell* describes that "The *fabric* sidewall 14 passes over the corner post 20.  (Emphasis added.) |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | *Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26.  The hollow interior 26 has a bore wall 28, the radius of curvature of which is no greater than the radius of the outer surface of the corner post 20."<br><br>Because *Bidwell* describes that the retaining members 22 include a "cylindrical interior" and "radius of curvature," the retaining members 22 are "curved." |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | *Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26.  The hollow interior 26 has a bore wall 28, the radius of curvature of which is no greater than the radius of the outer surface of the corner post 20."<br><br>Because *Bidwell* describes that the retaining members 22 include a "cylindrical interior" and "radius of curvature," the retaining members 22 are "curved." |

6

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**II.      Claims 15, 19-21, and 27-29 of U.S. Patent No. RE43,919 ("the '919 Patent") are anticipated under 35 U.S.C. § 102(b) by U.S. Patent No. 6,098,217 to *Hammil***

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| 15.   A baby crib comprising: | See Abstract (*i.e.*, "modular playpen") and FIG. 1 of *Hammil*. |
| a plurality of upright tubes defining corners of the baby crib, | *Hammil* describes, at column 3, line 43, "a plurality of vertical uprights 20." At column 3, lines 46-53, *Hammil* further describes that "vertical uprights 20 are positioned a sufficient distance from each other in order to allow for a side panel 30 to fit between them" and "[e]ach upright 20 is a round post comprised of plastic or other suitable material, approximately 2 feet high."<br><br>See also reference 20 in FIG. 1 of *Hammil*.<br><br> |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See also reference 20 in FIG. 1 of *Hammil*.<br><br><br><br>As illustrated in FIG. 1, each of the "vertical uprights 20" of *Hammil* |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| | comprises an "outer wall" that defines an outer contour shape. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | At column 4, lines 5-15, and at FIG. 3, *Hammil* describes and illustrates the inter-connection of side panels 30 with the vertical uprights 20.  Particularly, at column 4, lines 5-15 *Hammil* states that "FIG. 3 shows the inter-connection of a side panel 30 with a vertical upright 20.  The groove 21 running down the length of the vertical upright 20 is approximately ½-inch deep and sized to receive a vertical edge of a side panel 30." <br><br> See also reference 30 in FIG. 3 of *Hammil*. <br><br>  <br> *Fig. 3* |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the edge portions of the enclosure member, | At column 4, lines 5-15, *Hammil* describes the inter-connection of side panels 30 with the vertical uprights 20.  Particularly, at column 4, lines 5-15 *Hammil* states that "FIG. 3 shows the inter-connection of a side panel 30 with a vertical upright 20.  The groove 21 running down the length of the vertical upright 20 is approximately ½-inch deep and sized to receive a vertical edge of a side panel 30." <br><br> At column 4, lines 5-15, *Hammil* states that "[t]he actual inter-connection of the panel and upright can occur in a variety of ways.  One method can be to provide a notch or downward protrusion in the bottom of the edge of the side panel 30.  This protrusion would be inserted into the upright 20 first until the protrusion reaches the |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| | terminus of the groove 21.  The remaining portion of the edge of the panel 30 can then slide into the remaining portion of the groove 21 until the panel 30 is secured therein." <br><br> See also FIG. 4 of *Hammil*. <br><br>  <br> *Fig. 4* <br><br> Each "notch or downward protrusion" on the "edge of the side panel 30," as described by *Hammil*, comprises a "positioning post" provided on the enclosure member at an edge of the enclosure member. |
| wherein the positioning posts are lodged inside the upright tubes, | At column 4, lines 5-15, *Hammil* states that "[t]he actual inter-connection of the panel and upright can occur in a variety of ways.  One method can be to provide a notch or downward protrusion in the bottom of the edge of the side panel 30.  This protrusion would be inserted into the upright 20 first until the protrusion reaches the terminus of the groove 21.  The remaining portion of the edge of the panel 30 can then slide into the remaining portion of the groove 21 until the panel 30 is secured therein." |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See FIG. 4 of *Hammil*. <br><br>  <br> *Fig. 4* |
| 19.  The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | At column 4, lines 49-53, *Hammil* describes that "[e]ach side panel 30 is substantially rectangular or square" and "[i]ts sides are generally of plastic and surround a see-through nylon mesh or netting made of standard nylon material." |
| | |
| 20. A baby crib comprising: | See Abstract (*i.e.*, "modular playpen") and FIG. 1 of *Hammil*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| a frame structure including a plurality of support tubes, | *Hammil* describes, at column 3, line 43, "a plurality of vertical uprights 20." At column 3, lines 46-53, *Hammil* further describes that "vertical uprights 20 are positioned a sufficient distance from each other in order to allow for a side panel 30 to fit between them" and "[e]ach upright 20 is a round post comprised of plastic or other suitable material, approximately 2 feet high."<br><br>See also reference 20 in FIG. 1 of *Hammil*.<br><br> |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See also reference 20 in FIG. 1 of *Hammil*.<br><br><br><br>As illustrated in FIG. 1, each of the "vertical uprights 20" of *Hammil* comprises an "outer wall" that defines an outer contour shape. |
| an enclosure member including a plurality of side panels having edge portions; and | At column 4, lines 5-15, and at FIG. 3, *Hammil* describes and illustrates the inter-connection of side panels 30 with the vertical uprights 20. Particularly, at column 4, lines 5-15 *Hammil* states that "FIG. 3 shows the inter-connection of a side panel 30 with a vertical |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| | upright 20.  The groove 21 running down the length of the vertical upright 20 is approximately ½-inch deep and sized to receive a vertical edge of a side panel 30."<br><br>See also reference 30 in FIG. 3 of *Hammil*.<br><br><br><br>*Fig. 3* |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and | At column 4, lines 5-15, *Hammil* describes the inter-connection of side panels 30 with the vertical uprights 20.  Particularly, at column 4, lines 5-15 *Hammil* states that "FIG. 3 shows the inter-connection of a side panel 30 with a vertical upright 20.  The groove 21 running down the length of the vertical upright 20 is approximately ½-inch deep and sized to receive a vertical edge of a side panel 30."<br><br>At column 4, lines 5-15, *Hammil* states that "[t]he actual inter-connection of the panel and upright can occur in a variety of ways.  One method can be to provide a notch or downward protrusion in the bottom of the edge of the side panel 30.  This protrusion would be inserted into the upright 20 first until the protrusion reaches the terminus of the groove 21.  The remaining portion of the edge of the panel 30 can then slide into the remaining portion of the groove 21 until the panel 30 is secured therein."<br><br>See also FIG. 4 of *Hammil*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| | <br><br>*Fig. 4*<br><br>Each "notch or downward protrusion" on the "edge of the side panel 30," as described by *Hammil*, comprises "an attachment structure". |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See FIG. 4 of *Hammil*.<br><br><br><br>*Fig. 4* |
| 21.  The baby crib according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | At column 4, lines 5-15, *Hammil* states that "[t]he actual inter-connection of the panel and upright can occur in a variety of ways. One method can be to provide a notch or downward protrusion in the bottom of the edge of the side panel 30.  This protrusion would be inserted into the upright 20 first until the protrusion reaches the terminus of the groove 21.  The remaining portion of the edge of the panel 30 can then slide into the remaining portion of the groove 21 until the panel 30 is secured therein." |
| 27.  The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | At column 4, lines 49-53, *Hammil* describes that "[e]ach side panel 30 is substantially rectangular or square" and "[i]ts sides are generally of plastic and surround a see-through nylon mesh or netting made of standard nylon material." |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | See, at least, FIG. 4 of *Hammil*.<br><br><br><br>*Fig. 4* |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Hammil* |
|---|---|
| | Because *Hammil* illustrates round vertical uprights 20, the vertical uprights 20 are "curved." |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | See, at least, FIG. 4 of *Hammil*.  *Fig. 4* Because *Hammil* illustrates round vertical uprights 20, the vertical uprights 20 are "curved." |

13

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**III.      Under 35 U.S.C. §§ 102(a), (b), and/or (g), the invention defined by Claims 15, 19-21, and 27-29 of the '919 Patent is anticipated by the FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326), as illustrated in production document WL-K2_007667, and was made in the United States before the invention defined by the '919 Patent**

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) |
|---|---|
| 15.  A baby crib comprising: | |
| a plurality of upright tubes defining corners of the baby crib, | As illustrated below, the baby crib includes a plurality of upright corners.<br><br> |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | As illustrated above, each of the upright tubes has an outer wall. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | As illustrated above, the baby crib includes a plurality of side panels surrounding an enclosed space. |
| a plurality of positioning posts provided on the | As illustrated above, the baby crib includes a plurality of positioning posts at locations corresponding to the edge portions of the enclosure member. |

14

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) |
|---|---|
| enclosure member at locations corresponding to the edge portions of the enclosure member, | |
| wherein the positioning posts are lodged inside the upright tubes, | As illustrated above, the positioning posts are lodged inside the upright tubes. |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | As illustrated above, the side panels extend between the upright tubes substantially out of contact with the outside surfaces of the upright tubes, such that the upright tubes are exposed on an outside. |
| 19.  The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | As illustrated above, the enclosure is made of a fabric material. |
| | |
| 20. A baby crib comprising: | |
| a frame structure including a plurality of support tubes, | As illustrated below, the baby crib includes a plurality of upright corners. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) |
|---|---|
| |  |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | As illustrated above, each of the upright tubes has an outer wall. |
| an enclosure member including a plurality of side panels having edge portions; and | As illustrated above, the baby crib includes a plurality of side panels surrounding an enclosed space. |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and | As illustrated above, the baby crib includes an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes. |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each | As illustrated above, the side extend between the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, and the upright tubes are exposed. |

16

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) |
|---|---|
| of the upright tubes is exposed on an outside of the enclosure member. | |
| 21.  The baby crib according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | As illustrated above, the attachment structure clamps the edge portions of the enclosure member inside the support tubes. |
| 27.  The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | As illustrated above, the enclosure member is made of a fabric material. |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | As illustrated above, the upright tubes are curved. |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | As illustrated above, the upright tubes are curved. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**IV.     Under 102(g), the invention defined by Claims 15, 19-21, and 27-29 of the '919 Patent was made in the United States by Damon Oliver Casati Troutman before the invention defined by the '919 Patent, as further outlined by U.S. Patent No. 7,568,242 ("*Troutman*")**

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| 15.  A baby crib comprising: | See production documents KOL000007-12, 13-18, 21-69, 70-74, 94-98, 133-140, 161-168, 187-202, and 304, including evidence of David Troutman's conception and actual reduction to practice of the invention described in *Troutman* beginning at least as early as September 11, 2003.<br><br>See also Abstract and FIG. 1 of *Troutman*. |
| a plurality of upright tubes defining corners of the baby crib, | See production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "upright tubes" at least as early as September 11, 2003.<br><br>See also reference 14 in FIG. 2 of *Troutman* for "a plurality of upright tubes."<br><br><br>*Fig. 2* |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "upright tubes" having outer walls that define an outer contour shape as early as September 11, 2003.<br><br>See also FIG. 14 of *Troutman*.<br><br><br>*Fig. 14* |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | See production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "side panels contiguously connected . . . along edge portions" as early as September 11, 2003.<br><br>See also Abstract and FIG. 1 of *Troutman*.<br><br><br>*Fig. 1* |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the edge portions of the enclosure member, | See production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "a plurality of positioning posts" as early as September 11, 2003.<br><br>See also reference 70 in FIG. 14 of *Troutman*.<br><br><br>*Fig. 14*<br><br>Each corner bead 70 of *Troutman* comprises a "positioning post." |
| wherein the positioning posts are lodged inside the upright tubes, | See reference 70 in FIG. 14 of *Troutman*.<br><br><br>*Fig. 14*<br><br>The corner bead 70 of *Troutman* is "lodged inside" the channel 172 in the post 144. |
| the side panels | See also production documents KOL000007-12, 13-18, and 22-50. |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See also FIGS. 1 and 14 of *Troutman*.<br><br><br><br>*Fig. 1*<br><br>*Fig. 14*<br><br>The enclosure sides 23 of *Troutman* extend between the posts 14/114 substantially out of contact with the outside surfaces of outer walls of the posts 14/114. |
| 19. The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | See production documents KOL000007-12, 13-18, and 22-50.<br><br>At column 4, line 60, *Troutman* describes "a fabric structure including mesh side panels." |
| | |
| 20. A baby crib comprising: | See production documents KOL000007-12, 13-18, 21-69, 70-74, 94-98, 133-140, 161-168, 187-202, and 304, including evidence of David Troutman's conception and actual reduction to practice of the invention described in *Troutman* beginning at least as early as September 11, 2003.<br><br>See also Abstract and FIG. 1 of *Troutman*. |
| a frame structure including a plurality of support tubes, | See production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "a plurality of support tubes" at least as early as September 11, 2003.<br><br>See also reference 14 in FIG. 2 of *Troutman* for "a plurality of support tubes." |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| |  Fig. 2 |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See also production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "support tubes" having outer walls that define an outer contour shape as early as September 11, 2003.<br><br>See also FIG. 14 of *Troutman*.<br><br> Fig. 14 |
| an enclosure member including a plurality of side panels having edge portions; and | See also production documents KOL000007-12, 13-18, and 22-50, including evidence of David Troutman's conception and actual reduction to practice of a baby crib comprising "an enclosure member including a plurality of side panels" as early as September 11, 2003.<br><br>See Abstract and FIG. 1 of *Troutman*.<br><br> Fig. 1 |
| an attachment structure | See reference (70) in FIG. 14 of *Troutman*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and |   *Fig. 14*<br><br>The corner bead 70 of *Troutman* comprises a "an attachment structure." |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See production documents KOL000007-12, 13-18, and 22-50.<br><br>See also FIGS. 1 and 14 of *Troutman*.<br><br>  *Fig. 1*<br><br>The enclosure sides 23 of *Troutman* extend between the posts 14/114 substantially out of contact with the outside surfaces of outer walls of the posts 14/114.<br><br>  *Fig. 14* |
| 21.  The baby crib according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | See production documents KOL000007-12, 13-18, and 22-50.<br><br>See also FIGS. 1 and 14 of *Troutman*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| | <br>*Fig. 1*<br><br>*Fig. 14* |
| 27.  The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | See production documents KOL000007-12, 13-18, and 22-50.<br><br>At column 4, line 60, *Troutman* describes "a fabric structure including mesh side panels." |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | See production documents KOL000007-12, 13-18, and 22-50.<br><br>See also FIG. 13a of *Troutman*.<br><br><br>*Fig. 13a* |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | See production documents KOL000007-12, 13-18, and 22-50.<br><br>See FIG. 13a of *Troutman*. |

23

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Troutman* |
|---|---|
| |  |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**V.      Under 35 U.S.C. § 103(a), Claims 28 and 29 of the '919 Patent are obvious over Australian Patent No. 715,883 to *Bidwell* in view of U.S. Patent No. 6,510,570 to *Hartenstine, et al.* (herein "*Hartenstine*")**

| U.S. Patent No. RE43,919 | *Bidwell* | *Hartenstine* |
|---|---|---|
| 28. The baby crib according to claim 20, | *Bidwell* describes every feature of claim 20, as outlined in section I above. | |
| wherein the upright tubes are curved. | | At column 4, lines 40-50, *Hartenstine* describes that "[b]ecause the legs 26 *bow inwardly*, the side panel portions 12A, 12B, 12C, 12D can be seen in the top view of the playard in FIG. 2, as they *curve inwardly* relative to the support rails 22 (shown in FIG. 2 covered by sleeves 17A, 17B, 17C, 17D)." (Emphasis added.)  FIG.2 Further, at column 4, lines 45-55, *Hartenstine* describes that "FIG. 7 shows another embodiment of the invention, in which the legs 26' *bow outwardly*. As in the embodiment of FIGS. 1-6, the corner panels 14' of this embodiment *isolate the legs* |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *Bidwell* | *Hartenstine* |
|---|---|---|
| | | *26' from the interior space of the playard so that a child will not inadvertently come into contact with the rigid playard legs 26'.*"  (Emphasis added.)<br><br><br><br>Therefore, it would have been obvious to one of ordinary skill in the art at the time which the baby crib defined by the '919 Patent was made to rely upon curved or bowed corner posts in the cot of *Bidwell* as a matter of design choice or to "isolate" the corner posts from "interior space . . . so that a child will not inadvertently come into contact" with the corner posts, as suggested by *Hartenstine*. |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | *Bidwell* describes every feature of claim 15, as outlined in section I above. | See claim 28 above.  It would have been obvious to one of ordinary skill in the art at the time which the baby crib defined by the '919 Patent was made to rely upon curved or bowed corner posts in the cot of *Bidwell* as a matter of design choice or to "isolate" the corner posts from "interior space . . . so that a child will not inadvertently come into contact" with the corner posts, as suggested by *Hartenstine*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**VI.      Under 35 U.S.C. § 103(a), Claims 15, 19-21, and 27-29 of the '919 Patent are obvious over Applicant's Admitted Prior Art (herein "the *AAPA*") or any of U.S. Patent Nos. 6,874,177 to *Hsia*;  6,510,570 to *Hartenstine*;  4,985,948 to *Mariol*;  or 4,538,309 to *Gunter* in view of one or more of U.S. Patent Nos. 1,183,819 to *Keiser*;  5,752,297 to *Ramey*;  5,992,348 to *Harding*;  5,140,718 to *Toth*;  6,701,586 to *Conley, et al.* (herein "*Conley*"), and/or *Bidwell***

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| 15.  A baby crib comprising: | See FIG. 1 and Abstract of *Hsia, Hartenstine, Mariol,* or *Gunter*. | |
| a plurality of upright tubes defining corners of the baby crib, | As the *AAPA*, see FIG. 1 and the upright tubes 81 of the '919 Patent.<br><br>See Abstract and supporting legs (10) in FIG. 1 of *Hsia*.<br><br>See also Abstract and legs 26 in FIG. 3 of *Hartenstine*.<br><br>See also Abstract and vertical support rails 18 in FIG. 1 of *Mariol*.<br><br>See also Abstract and corner posts 18 in FIG. 2 of *Gunter*.<br><br>Accordingly, each of *Hsia, Hartenstine, Mariol,* and *Gunter* describe and illustrate a structure that includes a plurality of upright tubes that define corners of a baby crib. | See FIGS. 1 and 2 of *Keiser*.  *Keiser* describes and illustrates a tube (a).<br><br><br><br>Generally, *Keiser* describes a method for attaching fabric (e) to a supporting member (a).  In this context, at page 1, lines 34-40, *Keiser* describes "a gripping device in which the fabric is also passed around a bar or pole [(c)] by which it is brought into griping engagement with a supporting member [(a)]." At page 2, lines 1-12, *Keiser* suggests a variety of applications for the attachment method including for use in litters, couches, field beds, tents, and sails. At page 2, lines 1-12, *Keiser* also suggests that "[f]rom a hygienic point of view, a great advantage is thereby realized, viz. that the fabric . . . can instantly be detached from the supporting bars, cleaned and replaced |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | | to position . . . ." |

See also FIGS. 1-4 of *Ramey*. *Ramey* describes and illustrates a tube (10).



At column 9, lines 20-23, *Ramey* describes that, "[w]hen the enclosure 80 is to be collapsed . . . the sheeting S [may be] removed from the frame elements 60."

See also FIG. 5 of *Harding*. *Harding* describes and illustrates a tubular element or pipe 12.



Fig. 5

At column 4, lines 45-50, *Harding* describes that the "chew proof feature of bed 10 is achieved by holding fabric support 28 in position from the inside of pipes 12-18 . . . [such that it] is inaccessible to chewing by dogs or other pets instead of having fabric support 28 looped around the outside of frame pipes 12-18."

See also FIG. 3 of *Toth*. *Toth* describes and illustrates a spar 64 that defines an outer wall.

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | |  FIG. 3.<br><br>At column 10, lines 60 and 61, *Toth* describes that the "[d]evice 10 simplifies maintenance and cleaning procedures."<br><br>See also FIG. 3 of *Conley*. *Conley* describes and illustrates an elongate structural member 12 having an outer wall. At column 2, lines 5-15, *Conley* describes and illustrates a sheet gripping assembly 10 comprising an elongate structural member 12 having opposite sides 16, 18 and a gripping member 14 of generally zigzag configuration for securing sheet material 30 in the elongate member.<br><br><br><br>At column 2, lines 60-63, *Conley* describes that "[t]he sheet material is thus gripped and secured by the gripping member by resilient force, and is thus prevented from disengaging from the channel. |

29

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | | See also reference 22 in FIG. 1 of *Bidwell* for an "upright tube."  *Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26." <br><br> At page 1, *Bidwell* describes that "It is therefore an object of the present invention to provide a retaining member for a cot that will assist in retaining a fabric sidewall of the cot under appropriate tension. A further object is to provide a retaining member for a cot which will assist in reducing or covering wrinkles in the fabric sidewall at the corner posts." |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See upright tubes 81 in FIG. 1 of the *AAPA*, supporting legs 10 in FIG. 1 of *Hsia*, legs 26 in FIG. 3 of *Hartenstine*, vertical support rails 18 in FIG. 1 of *Mariol*, and corner posts 18 in FIG. 2 of *Gunter*. <br><br> The upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, and the corner posts 18 of *Gunter* comprise "upright tubes" each having an outer wall that | See tube (a) in FIGS. 1 and 2 of *Keiser*, tube 10 in FIGS. 1-4 of *Ramey*, tubular pipe 12 in FIG. 5 of *Harding*, spar 64 in FIG. 3 of *Toth*, elongate structural member 12 in FIG. 1 of *Conley*, and corner post 20 in FIGS. 1 and 2 of *Bidwell*. <br><br> The tube (a) of *Keiser*, the tube 10 of *Ramey*, the tubular pipe 12 of *Harding*, the spar 64 of *Toth*, the elongate structural member 12 of *Conley*, and the corner post 20 of *Bidwell* each comprise an "upright tube" having an outer wall that |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | defines an outer contour shape. | defines an outer contour shape. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | See enclosure member 9 in FIG. 1 of the *AAPA*. At column 1, lines 20-22, the *AAPA* describes "an enclosure member 9 mounted on the bed frame structure 8 so as to define a receiving space for a baby to sleep or play."<br><br><br><br>F I G. 1<br>PRIOR ART<br><br>See Abstract and the upper play yard cavity of the upper play yard portion 11 in FIG. 1 of *Hsia*.<br><br><br><br>FIG. 1<br><br>See also Abstract and side panel portions 12A, 12B, 12C, and 12D in FIG. 4 of *Hartenstine*. | |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | <br><br>See also Abstract and FIG. 1 of *Mariol*.<br><br><br><br>See also Abstract and the rectangular enclosure 24 in FIG. 1 of *Gunter*.<br><br> | |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the | In view of the teachings of *Keiser*, it would have been obvious to one having ordinary skill in the art at the time which the baby crib defined by the '919 Patent was made to modify the | See FIGS. 1 and 2 of *Keiser*.  *Keiser* describes and illustrates a gripping bar (c).  The gripping bar (c) of *Keiser* comprises a "positioning post" in the attachment method of *Keiser*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| edge portions of the enclosure member, | upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the gripping concepts of *Keiser* for the benefit of hygiene.<br><br>In view of the teachings of *Ramey*, it would have been obvious to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the securing concepts of *Ramey* for the benefit of ease in removal of sheeting.<br><br>In view of the teachings of *Hartenstine*, it would have been obvious to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Harding* for the benefit of chew proofing.<br><br>In view of the teachings of *Toth*, it would have been obvious to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Toth* for the benefit of simplicity in | <br><br>See also FIGS. 1-4 of *Ramey*. *Ramey* describes and illustrates a cylindrical frame element 60. The cylindrical frame element 60 of *Ramey* comprises a "positioning post" in the securing concepts of *Ramey*.<br><br><br><br>See also FIG. 5 of *Harding*. *Harding* describes and illustrates an elongated member 38. The elongated member 38 of *Harding* comprises a "positioning post" in the attachment concepts of *Harding*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | maintenance and cleaning procedures as suggested by *Toth*.<br><br>In view of the teachings of *Conley*, it would have been obvious to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Conley* for the benefit of preventing sheet material from disengaging as suggested by *Conley*.<br><br>In view of the teachings of *Bidwell*, it would have been obvious to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Bidwell* for the benefit of retaining a fabric sidewall under appropriate tension and assisting in reducing or covering wrinkles in the fabric sidewall at the corners as suggested by *Bidwell*. | <br>Fig. 5<br><br>See also FIG. 3 of *Toth*. *Toth* describes and illustrates a cordage member 30. The cordage member 30 of *Toth* comprises a "positioning post" in the attachment concepts of *Toth*.<br><br><br>FIG. 3.<br><br>See also FIG. 3 of *Conley*. At column 2, lines 5-15, *Conley* describes and illustrates a sheet gripping assembly 10 comprising an elongate structural member 12 having opposite sides 16, 18 and a gripping member 14 of generally zigzag configuration for securing sheet material 30 in the elongate member. |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | |  The gripping member 14 of *Conley* comprises a "positioning post" in the attachment concepts of *Conley*.<br><br>See also *Bidwell*.  At page 3, lines 3-8, *Bidwell* describes that "[e]xtending between the corner fitting 16 and foot 18 and securely attached to each of them is a corner post 20.  The fabric sidewall 14 passes over the corner post 20.  This is of a form of cot of known construction.  The corner post 20 is generally somewhat cylindrical and is normally hollow."<br><br>The "corner posts" 20 of *Bidwell* comprise "positioning posts" at corners of the cot of *Bidwell*. |
| wherein the positioning posts are lodged inside the upright tubes, | | As illustrated in FIGS. 1 and 2 of *Keiser*, the gripping bar (c) is "lodged inside" the tube (a).<br><br>As illustrated in FIGS. 1-4 of *Ramey*, the cylindrical frame element 60 is "lodged inside" the tube 10.<br><br>As illustrated in FIG. 5 of *Harding*, the elongated member 38 is "lodged inside" the pipe 12.<br><br>As illustrated in FIG. 3 of *Toth*, the cordage member 30 is "lodged inside" the spar 64.<br><br>As illustrated in FIG. 1 of *Conley*, the |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | | gripping member 14 is "lodged inside" the elongate structural member 12.<br><br>As illustrated in FIG. 2, because *Bidwell* shows (and describes) that the retaining members 22 "engage over" the corner posts 20 and the fabric sidewall 14, the corner posts 20 and the fabric sidewall 14 of *Bidwell* are "lodged inside" the retaining members 22. |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | | According to the square or rectangular structure of each of the enclosures defined by the *AAPA*, *Hsia*, *Hartenstine*, *Mariol*, and *Gunter*, when modified in view of the attachment concepts of one or more of *Keiser*, *Ramey*, *Harding*, *Toth*, *Conley*, and/or *Bidwell*, side panels extend between the upright tubes of the enclosures "substantially out of contact" with the outside surfaces of outer walls of the upright tubes.<br><br>That is, when fabric extends from the slit of the tube (a) of *Keiser*, from the slit of the tube 10 of *Ramey*, from the slit of the tubular pipe 12 of *Harding*, from the slit of the spar 64 of *Toth*, from the slit of the elongate structural member 12 of *Conley*, or from the slot 28 of the retaining member 22 of *Bidwell*, the fabric extends to form a right-angled corner in which the fabric is "substantially out of contact" with the outside surfaces of outer walls of the upright tubes. |
| 19.  The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | The *AAPA* describes that the enclosure 9 may be "stretched" and may "tear".<br><br>*Hsia* describes enclosure "fabric material" at column 3, lines 58- | |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | 60.<br><br>Hartenstine describes enclosure "flexible side panel" at column 1, lines 23-25, and "fabric material" at column 5, line 1.<br><br>Mariol describes enclosure "fabric material" at column 7, line 15.<br><br>Gunter describes enclosure "fabric . . . flexible material" at column 1, line 53. | |
| | | |
| 20. A baby crib comprising: | See FIG. 1 and Abstract of the AAPA, Hsia, Hartenstine, Mariol, or Gunter. | |
| a frame structure including a plurality of support tubes, | As the AAPA, see FIG. 1 and the upright tubes 81 of the '919 Patent.<br><br>See Abstract and supporting legs 10 in FIG. 1 of Hsia.<br><br>See also Abstract and legs 26 in FIG. 3 of Hartenstine.<br><br>See also Abstract and vertical support rails 18 in FIG. 1 of Mariol.<br><br>See also Abstract and corner posts 18 in FIG. 2 of Gunter.<br><br>Accordingly, each of Hsia, Hartenstine, Mariol, and Gunter describe and illustrate a structure that includes a plurality of support tubes. | See FIGS. 1 and 2 of Keiser. Keiser describes and illustrates a tube (a) that comprises a support tube.<br><br><br><br>FIG.1.<br><br><br><br>FIG.2.<br><br>Generally, Keiser describes a method for attaching fabric (e) to a supporting member (a). In this context, at page 1, lines 34-40, Keiser describes "a gripping device in which the fabric is also passed around a bar or pole [(c)] by which it is brought |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | | into griping engagement with a supporting member [(a)]." At page 2, lines 1-12, *Keiser* suggests a variety of applications for the attachment method including for use in litters, couches, field beds, tents, and sails. At page 2, lines 1-12, *Keiser* also suggests that "[f]rom a hygienic point of view, a great advantage is thereby realized, viz. that the fabric . . . can instantly be detached from the supporting bars, cleaned and replaced to position . . . ."<br><br>See also FIGS. 1-4 of *Ramey*. *Ramey* describes and illustrates a tube (10) that comprises a support tube.<br><br><br><br>At column 9, lines 20-23, *Ramey* describes that, "[w]hen the enclosure 80 is to be collapsed . . . the sheeting S [may be] removed from the frame elements 60."<br><br>See also FIG. 5 of *Harding*. *Harding* describes and illustrates a tubular element or pipe 12 that comprises a support tube.<br><br><br>Fig. 5 |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | | At column 4, lines 45-50, *Harding* describes that the "chew proof feature of bed 10 is achieved by holding fabric support 28 in position from the inside of pipes 12-18 . . . [such that it] is inaccessible to chewing by dogs or other pets instead of having fabric support 28 looped around the outside of frame pipes 12-18."<br><br>See also FIG. 3 of *Toth*.  *Toth* describes and illustrates a spar 64 that comprises a support tube.<br><br><br>FIG. 3.<br><br>At column 10, lines 60 and 61, *Toth* describes that the "[d]evice 10 simplifies maintenance and cleaning procedures."<br><br>See also FIG. 3 of *Conley*.  *Conley* describes and illustrates an elongate structural member 12 having an outer wall.  At column 2, lines 5-15, *Conley* describes and illustrates a sheet gripping assembly 10 comprising an elongate structural member 12 having opposite sides 16, 18 and a gripping member 14 of generally zigzag configuration for securing sheet material 30 in the elongate member 12. |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | |  At column 2, lines 60-63, *Conley* describes that "[t]he sheet material is thus gripped and secured by the gripping member by resilient force, and is thus prevented from disengaging from the channel. See also reference 22 in FIG. 1 of *Bidwell* for an "upright tube."  *Bidwell* describes, at page 3, lines 8-13, that "[t]he retaining member 22 has a tube wall 24 and a substantially cylindrical hollow interior 26." At page 1, *Bidwell* describes that "It is therefore an object of the present invention to provide a retaining member for a cot that will assist in retaining a fabric sidewall of the cot under appropriate tension.  A further object is to provide a retaining member for a cot which will assist in reducing or covering wrinkles in the fabric sidewall at the corner posts." |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See upright tubes 81 in FIG. 1 of the *AAPA*, supporting legs 10 in FIG. 1 of *Hsia*, legs 26 in FIG. 3 of *Hartenstine*, vertical support rails 18 in FIG. 1 of *Mariol*, and corner posts 18 in FIG. 2 of *Gunter*.<br><br>The upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, and the corner posts 18 of *Gunter* comprise "support tubes" each having an outer wall that defines an outer contour shape. | See tube (a) in FIGS. 1 and 2 of *Keiser*, tube 10 in FIGS. 1-4 of *Ramey*, tubular pipe 12 in FIG. 5 of *Harding*, spar 64 in FIG. 3 of *Toth*, elongate structural member 12 in FIG. 1 of *Conley*, and corner post 20 of *Bidwell*.<br><br>The tube (a) of *Keiser*, the tube 10 of *Ramey*, the tubular pipe 12 of *Harding*, the spar 64 of *Toth*, the elongate structural member 12 of *Conley*, and the corner post 20 of *Bidwell* each comprise an "upright tube" having an outer wall that defines an outer contour shape. |
| an enclosure member including a plurality of side panels having edge portions; and | See enclosure member 9 in FIG. 1 of the *AAPA*. At column 1, lines 20-22, the *AAPA* describes "an enclosure member 9 mounted on the bed frame structure 8 so as to define a receiving space for a baby to sleep or play."<br><br><br><br>FIG. 1<br>PRIOR ART<br><br>See Abstract and the upper play yard cavity of the upper play yard portion 11 in FIG. 1 of *Hsia*. | |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | FIG. 1<br><br>See also Abstract and side panel portions 12A, 12B, 12C, and 12D in FIG. 4 of *Hartenstine*.<br><br>FIG.4<br><br>See also Abstract and FIG. 1 of *Mariol*.<br><br>FIG. 1<br><br>See also Abstract and the | |

42

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | rectangular enclosure 24 in FIG. 1 of *Gunter*.<br><br> | |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, | In view of the teachings of *Keiser*, it would have been obvious to one having ordinary skill in the art at the time which the baby crib defined by the '919 Patent was made to modify the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the gripping concepts of *Keiser* for the benefit of hygiene.<br><br>In view of the teachings of *Ramey*, it would have been obvious to modify the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the securing concepts of *Ramey* for the benefit of ease in removal of sheeting.<br><br>In view of the teachings of *Hartenstine*, it would have been obvious to modify the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Harding* for the benefit of chew | See FIGS. 1 and 2 of *Keiser*.  *Keiser* describes and illustrates a gripping bar (c).  The gripping bar (c) of *Keiser* comprises an "attachment structure" in the attachment method of *Keiser*.<br><br><br><br>See also FIGS. 1-4 of *Ramey*.  *Ramey* describes and illustrates a cylindrical frame element 60.  The cylindrical frame element 60 of *Ramey* comprises an "attachment structure" in the securing concepts of *Ramey*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | proofing.<br><br>In view of the teachings of *Toth*, it would have been obvious to modify the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Toth* for the benefit of simplicity in maintenance and cleaning procedures as suggested by *Toth*.<br><br>In view of the teachings of *Conley*, it would have been obvious to modify the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Conley* for the benefit of preventing sheet material from disengaging as suggested by *Conley*.<br><br>In view of the teachings of *Bidwell*, it would have been obvious to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the legs 26 of *Hartenstine*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate the attachment concepts of *Bidwell* for the benefit of retaining a fabric sidewall under appropriate tension and assisting in reducing or covering wrinkles in the fabric sidewall at the corners as suggested by *Bidwell*. | <br><br>See also FIG. 5 of *Harding*. *Harding* describes and illustrates an elongated member 38. The elongated member 38 of *Harding* comprises an "attachment structure" in the attachment concepts of *Harding*.<br><br><br>Fig. 5<br><br>See also FIG. 3 of *Toth*. *Toth* describes and illustrates a cordage member 30. The cordage member 30 of *Toth* comprises an "attachment structure" in the attachment concepts of *Toth*. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | | <br><br>FIG. 3.<br><br>See also FIG. 3 of *Conley*. *Conley* describes and illustrates an elongate structural member 12 having an outer wall. At column 2, lines 5-15, *Conley* describes and illustrates a sheet gripping assembly 10 comprising an elongate structural member 12 having opposite sides 16, 18 and a gripping member 14 of generally zigzag configuration for securing sheet material 30 in the elongate member 12.<br><br><br><br>At column 2, lines 60-63, *Conley* describes that "[t]he sheet material is thus gripped and secured by the gripping member by resilient force, and is thus prevented from disengaging from the channel."<br><br>See also *Bidwell*. At page 3, lines 3-8, *Bidwell* describes that "[e]xtending between the corner fitting 16 and foot |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | | 18 and securely attached to each of them is a corner post 20.  The fabric sidewall 14 passes over the corner post 20.  This is of a form of cot of known construction.  The corner post 20 is generally somewhat cylindrical and is normally hollow." <br><br> The "corner posts" 20 of *Bidwell* comprise "positioning posts" at corners of the cot of *Bidwell*. |
| whereby the side panels surround an enclosed space, and | See discussion of "enclosure members" and associated illustrations of the AAPA, *Hsia*, *Hartenstine*, *Mariol*, and *Gunter* above. | |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | | According to the square or rectangular structure of each of the enclosures defined by the *AAPA*, *Hsia*, *Hartenstine*, *Mariol*, and *Gunter*, when modified in view of the attachment concepts of one or more of *Keiser*, *Ramey*, *Harding*, *Toth*, *Conley*, and/or *Bidwell*, side panels extend between the support tubes of the enclosures "substantially out of contact" with the outside surfaces of outer walls of the support tubes and the outside surfaces are exposed. <br><br> That is, when fabric extends from the slit of the tube (a) of *Keiser*, from the slit of the tube 10 of *Ramey*, from the slit of the tubular pipe 12 of *Harding*, from the slit of the spar 64 of *Toth*, from the slit of the elongate structural member 12 of *Conley*, or from the slot 28 of the retaining member 22 of *Bidwell*, the fabric extends to form a right-angled corner in which the fabric is "substantially out of contact" with the outside surfaces of outer walls of the upright tubes. |
| 21.  The baby crib | As modified according to the | *Keiser* describes a method for |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | attachment concepts of one or more of *Keiser*, *Ramey*, *Harding*, *Toth*, *Conley*, and *Bidwell*, the "upright tubes 81" of the *AAPA* claim edge portions of the "enclosure member 9" of the *AAPA*;  the supporting legs 10 of *Hsia* clamp edge portions of the "fabric material" of *Hsia* (column 3, lines 58-60);  the legs 26 of *Hartenstine* clamp the "flexible side panel" of *Hartenstine* (column 1, lines 23-25);  the vertical support rails 18 of *Mariol* clamp the "fabric material" of *Mariol* (column 7, line 15);  or the corner posts 18 of *Gunter* clamp the "fabric . . . flexible material" of *Gunter* (column 1, line 53). | attaching fabric (e) to a supporting member (a).  In this context, at page 1, lines 34-40, *Keiser* describes "a gripping device in which the fabric is also passed around a bar or pole [(c)] by which it is brought into griping engagement with a supporting member [(a)]."<br><br>At the Abstract, *Ramey* describes "securing flexible sheeting material S to a series of interconnected frame elements 60."<br><br>At column 4, lines 45-55, *Harding* describes "holding fabric . . . 28 in a position from the inside of the pipes 12-18" and "fabric 28 is held fast in a flat, taut, horizontal position."<br><br>According to the concepts of *Toth*, the fabric member 12 is held inside the spar 64.<br><br>According to the concepts of *Conley*, the sheet material 30 is held inside the elongate member 12.<br><br>According to the concepts of *Bidwell*, the fabric sidewall 14 is clamped inside the retaining members 22 by the corner posts 20. |
| 27.  The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | The *AAPA* describes that the enclosure 9 may be "stretched" and may "tear".<br><br>*Hsia* describes enclosure "fabric material" at column 3, lines 58-60.<br><br>*Hartenstine* describes enclosure "flexible side panel" at column 1, lines 23-25, and "fabric material" at column 5, line 1. | |

47

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | *Mariol* describes enclosure "fabric material" at column 7, line 15.<br><br>*Gunter* describes enclosure "fabric . . . flexible material" at column 1, line 53. | |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | At column 4, lines 40-50, *Hartenstine* describes that "[b]ecause the legs 26 *bow inwardly*, the side panel portions 12A, 12B, 12C, 12D can be seen in the top view of the playard in FIG. 2, as they *curve inwardly* relative to the support rails 22 (shown in FIG. 2 covered by sleeves 17A, 17B, 17C, 17D)." (Emphasis added.)<br><br><br><br>FIG.2<br><br>Further, at column 4, lines 45-55, *Hartenstine* describes that "FIG. 7 shows another embodiment of the invention, in which the legs 26' *bow outwardly.* As in the embodiment of FIGS. 1-6, the corner panels 14' of this embodiment *isolate the legs 26' from the interior space of the playard so that a child will not* | |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | AAPA, Hsia, Hartenstine, Mariol, Gunter | Keiser, Ramey, Harding, Toth, Conley, Bidwell |
|---|---|---|
| | *inadvertently come into contact with the rigid playard legs 26'."* (Emphasis added.)<br><br><br><br>Thus, *Hartenstine* describes legs 26 that *curve inwardly* and legs 26' that *bow outwardly*.<br><br>Further, it would have been obvious to one of ordinary skill in the art at the time which the baby crib defined by the '919 Patent was made to modify the upright tubes 81 of the *AAPA*, the supporting legs 10 of *Hsia*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate curved or bowed upright tubes as a matter of design choice or to "isolate" the upright tubes from "interior space . . . so that a child will not inadvertently come into contact" with the upright tubes, as suggested by *Hartenstine*. | |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | See claim 28 above. *Hartenstine* describes legs 26 that *curve inwardly* and legs 26' that *bow outwardly*.<br><br>Further, it would have been obvious to one of ordinary skill in the art at the time which the baby crib defined by the '919 Patent was made to modify the upright tubes 81 of the *AAPA*, the | |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | *AAPA, Hsia, Hartenstine, Mariol, Gunter* | *Keiser, Ramey, Harding, Toth, Conley, Bidwell* |
|---|---|---|
| | supporting legs 10 of *Hsia*, the vertical support rails 18 of *Mariol*, or the corner posts 18 of *Gunter* to incorporate curved or bowed upright tubes as a matter of design choice or to "isolate" the upright tubes from "interior space . . . so that a child will not inadvertently come into contact" with the upright tubes, as suggested by *Hartenstine*. | |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**VII.   Under 35 U.S.C. § 103(a), Claims 15, 19-21, and 27-29 of the '919 Patent are obvious over any of the FISHER-PRICE®**
**"Nursery Center" (Model Nos. FP5322, FP5330, and/or FP5326) or U.S. Publication No. 2003/0154547 to Hsia ("Hsia '547");**
**U.S. Patent Nos. 6,067,676 to Carnahan, et al. ("Carnahan"); 3,165,760 to Abajian; 5,845,349 to Tharalson, et. al.**
**("Tharalson"); or 4,899,496 to Chew, II in view of one or more of U.S. Patent Nos. 6,098,217 to Hammil; 548,901 to Welch;**
**3,358,725 to Bussard, et. al. ("Bussard"); 3,875,623 to Johnston; 5,414,873 to Wolf; 7,090,201 to Brucker; 4,103,401 to Conley**
**("Conley '401"); 5,762,403 to Robinson; 6,148,488 to Gristock; 4,878,322 to Ikeda, et. al. ("Ikeda"); 2,790,978 to Tigrett;**
**3,064,277 to Gill; 7,100,625 to Valles; 3,996,650 to Tonn or 2,986,150 to Torian**

**VII.1   Table 1:  Hsia, Carnahan, Abajian, Tharalson, Chew, II**

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| 15.  A baby crib comprising: | See Table III above. | See FIG. 1. | See FIG. 1. | See FIG. 1. | See FIG. 1. | See FIG. 1. |
| a plurality of upright tubes defining corners of the baby crib, | See Table III above. | See FIGS. 1, 2, 5, 6, and 9 which illustrate supporting arms 41 extending from four corner portions of a surrounding frame.  See also paragraphs [0032] and [0035]. | See FIGS. 2-4 which illustrate corner posts 14 upwardly extending from floor 12 of playard 10.  See also column 3, lines 1-4. | See FIG. 1 which illustrates a crib having four vertical corner posts 11.  See also column 2, lines 18-20. | See FIG. 1 which illustrates front vertical rails 53 and back vertical rails 34 joined at lower corners.  See also column 5, lines 66-67. | See FIG. 1 which illustrates each corner of an enclosure 8 having an upright support 18 that directly supports a support tube 24.  See also column 2, lines 35-44. |
| wherein each of the upright tubes has an outer wall that defines an outer contour | See Table III above. | See FIGS. 1, 2, 5, 6, and 9, where supporting arms 41 have outer walls. | See FIGS. 2-4, where corner posts 14 have outer walls. | See FIG. 1, where the corner posts 11 have outer walls.  The upper section of | See FIG. 1, where front vertical rails 53 and back vertical rails 34 have | See FIG. 2, where the upright support 18 and support tube 24 have outer walls. |

51

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| shape of the upright tube; and | | | | the corner post 11 has an outer and an inner wall. See also column 2, lines 27-30. | outer walls. | Both the upright support 18 and the support tube 24 have both inner and outer walls. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | See Table III above. | See FIGS. 1 and 9 which illustrate a boundary shelter 30 with boundary walls 32 connected to one another along edge portions via tubular holding flaps 33, thereby creating an enclosed space. See also paragraph [0036]. | See FIGS. 2 and 3 which illustrate side panels 20 connected to one another along edge portions and surround an enclosed space for child. See also column 3, lines 5-7. | See FIGS. 2, 3, and 9 which illustrate side portions of netting attached to flexible sleeves 23 at each corner. See also column 2, lines 46-53. | See FIG. 1 which illustrates vertical panels 43, 44, and 45 of enclosure connected at corners. See also column 6, lines 30-33. | See FIG. 1 which illustrates a rectangular enclosure having side panels 20 and 22 with adjoining edge portions. See also column 2, lines 26-29, and lines 35-38. |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to | See Table III above. | See FIGS. 1, 2, and 9 which illustrate supporting arms 41 that slide into four tubular holding flaps 33 | See FIGS. 2 and 3 which illustrate corner posts 14 attached to side panels 20 at edge portion of side panels. | See FIG. 1 which illustrates a crib having four vertical corner posts 11. See also column 2, lines 18-20. | See FIG. 1 which illustrates vertical corner rails 34 and 53 inserted into channels stitched on vertical panels | See FIG. 2 which illustrates upright supports 18. |

52

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| the edge portions of the enclosure member, | See Tables VII.2 and VII.3 below. | extended along four corner edges of the boundary shelter 30. See also paragraph [0036]. | | | 43, 44, and 45 at edges. See also column 6, lines 33-36. | |
| wherein the positioning posts are lodged inside the upright tubes, | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See Table III above. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. |
| 19.  The baby | See Table III | See FIGS. 1 and | See FIGS. 2 and | See FIGS. 2, 3, | See FIG. 1 which | See FIG. 1 which |

53

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| crib according to claim 15, wherein the enclosure member is made of a fabric material. | above. | 9 which illustrate a boundary shelter 30 with boundary walls 32. | 3 which illustrate side panels 20. | and 9 which illustrate side portions of netting attached to flexible sleeves 23. | illustrates vertical panels 43, 44, and 45 of enclosure. | illustrates a rectangular enclosure having side panels 20 and 22. |
| 20. A baby crib comprising: | See Table III above. | See FIG. 1. | See FIG. 1. | See FIG. 1. | See FIG. 1. | See FIG. 1. |
| a frame structure including a plurality of support tubes, | See Table III above. | See FIGS. 1, 2, 5, 6, and 9 which illustrate supporting arms 41 extending from four corner portions of a surrounding frame. See also paragraphs [0032] and [0035]. | See FIGS. 2-4 which illustrate corner posts 14 upwardly extending from floor 12 of playyard 10. See also column 3, lines 1-4. | See FIG. 1 which illustrates a crib having four vertical corner posts 11. See also column 2, lines 18-20. | See FIG. 1 which illustrates front vertical rails 53 and back vertical rails 34 joined at lower corners. See also column 5, lines 66-67. | See FIG. 1 which illustrates each corner of an enclosure 8 having an upright support 18 that directly supports a support tube 24. See also column 2, lines 35-44. |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See Table III above. | See FIGS. 1, 2, 5, 6, and 9, where supporting arms 41 have outer walls. | See FIGS. 2-4, where corner posts 14 have outer walls. | See FIG. 1, where the corner posts 11 have outer walls. The upper section of the corner post 11 has an outer | See FIG. 1, where front vertical rails 53 and back vertical rails 34 have outer walls. | See FIG. 2, where the upright support 18 and support tube 24 have outer walls. Both the upright support 18 and |

54

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| | | | | and an inner wall. See also column 2, lines 27-30. | | the support tube 24 have both inner and outer walls. |
| an enclosure member including a plurality of side panels having edge portions; and | See Table III above. | See FIGS. 1 and 9 which illustrate a boundary shelter 30 with boundary walls 32 connected to one another along edge portions via tubular holding flaps 33, thereby creating an enclosed space. See also paragraph [0036]. | See FIGS. 2 and 3 which illustrate side panels 20 connected to one another along edge portions and surround an enclosed space for child. See also column 3, lines 5-7. | See FIGS. 2, 3, and 9 which illustrate side portions of netting attached to flexible sleeves 23 at each corner. See also column 2, lines 46-53. | See FIG. 1 which illustrates vertical panels 43, 44, and 45 of enclosure connected at corners. See also column 6, lines 30-33. | See FIG. 1 which illustrates a rectangular enclosure having side panels 20 and 22 with adjoining edge portions. See also column 2, lines 26-29, and lines 35-38. |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. |

55

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| panels surround an enclosed space, and | | | | | | |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. |
| 21.  The baby crib according to claim 20, wherein the attachment structure clamps the edge portions | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. | See Tables VII.2 and VII.3 below. |

56

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | FISHER-PRICE® "Nursery Center" | Hsia | Carnahan | Abajian | Tharalson | Chew, II |
|---|---|---|---|---|---|---|
| of the enclosure member inside the support tubes. | | | | | | |
| 27. The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | See Table III above. | See FIGS. 1 and 9 which illustrate a boundary shelter 30 with boundary walls 32. | See FIGS. 2 and 3 which illustrate side panels 20. | See FIGS. 2, 3, and 9 which illustrate side portions of netting attached to flexible sleeves 23. | See FIG. 1 which illustrates vertical panels 43, 44, and 45 of enclosure. | See FIG. 1 which illustrates a rectangular enclosure having side panels 20 and 22. |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | See Table III above. | See FIGS. 1, 2, 5, 6, and 9, where supporting arms 41 have curved outer walls. | See FIGS. 2-4, where corner posts 14 have curved outer walls. | See FIG. 1, where the corner posts 11 have curved outer walls. | See FIG. 1, where front vertical rails 53 and back vertical rails 34 have curved outer walls. | See FIG. 2, where the upright support 18 and support tube 24 have curved outer walls. |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | See Table III above. | See FIGS. 1, 2, 5, 6, and 9, where supporting arms 41 have curved outer walls. | See FIGS. 2-4, where corner posts 14 have curved outer walls. | See FIG. 1, where the corner posts 11 have curved outer walls. | See FIG. 1, where front vertical rails 53 and back vertical rails 34 have curved outer walls. | See FIG. 2, where the upright support 18 and support tube 24 have curved outer walls. |

57

Document

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**VII.2   Table 2:  Hammil, Welch, Bussard, Johnston, Wolf, Brucker**

| U.S. Patent No. RE43,919 | Hammil | Welch | Bussard | Johnston | Wolf | Brucker |
|---|---|---|---|---|---|---|
| 15.  A baby crib comprising: | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a plurality of upright tubes defining corners of the baby crib, | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Hammil | Welch | Bussard | Johnston | Wolf | Brucker |
|---|---|---|---|---|---|---|
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the edge portions of the enclosure member, | See FIGS. 1, 3, and 4 which illustrate a notch or protrusion in the bottom of the edge of the side panel 30. | See FIGS. 2, 4, and 5 which illustrate a positioning post F. | See FIGS. 8 and 9 which illustrate a positioning post 14. | See FIG. 1 which illustrates a positioning post 2. | See FIG. 4 which illustrates a positioning post 72. | See FIG. 3 which illustrates a positioning post 26. |
| wherein the positioning posts are lodged inside the upright tubes, | See FIGS. 1, 3, and 4 where the notch or protrusion is lodged inside tube 20. | See FIGS. 2, 4, and 5 where the positioning post F is lodged inside tube A. | See FIGS. 8 and 9 where the positioning post 14 is lodged inside tube 17. | See FIG. 1 where the positioning post 2 is lodged inside tube 1. | See FIG. 4 where the positioning post 72 is lodged inside tube 50. | See FIG. 3 where the positioning post 26 is lodged inside tube 14. |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright | See FIGS. 1 and 4 where side panel 30 extends substantially out of contact with an outside surface of the tube 20. | See FIG. 4 where side panel F' extends substantially out of contact with an outside surface of the tube A. | See FIGS. 8 and 9 where side panel 11' extends substantially out of contact with an outside surface of the tube 17. | See FIG. 1 where side panel 4 extends substantially out of contact with an outside surface of the tube 1. | See FIG. 4 where side panel 14 extends substantially out of contact with an outside surface of the tube 50. | See FIG. 3 where side panel 16 extends substantially out of contact with an outside surface of the tube 14. |

59

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | Hammil | Welch | Bussard | Johnston | Wolf | Brucker |
|---|---|---|---|---|---|---|
| tubes is exposed on an outside of the enclosure member. | | | | | | |
| 19.  The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 20. A baby crib comprising: | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a frame structure including a plurality of support tubes, | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an enclosure member including a plurality of side panels having | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |

60

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Hammil | Welch | Bussard | Johnston | Wolf | Brucker |
|---|---|---|---|---|---|---|
| edge portions; and | | | | | | |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and | See FIGS. 1, 3, and 4 which illustrate a notch or protrusion in the bottom of the edge of the side panel 30. | See FIGS. 2, 4, and 5 which illustrate an attachment structure F. | See FIG. 8 and 9 which illustrate an attachment structure 14. | See FIG. 1 which illustrates an attachment structure 2. | See FIG. 4 which illustrates an attachment structure 72. | See FIG. 3 which illustrates an attachment structure 26. |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer walls thereof, such that the outwardly facing surface of each | See FIGS. 1 and 4 where side panel 30 extends substantially out of contact with an outside surface of the tube 20. | See FIG. 4 where side panel F' extends substantially out of contact with an outside surface of tube A. | See FIGS. 8 and 9 where side panel 11' extends substantially out of contact with an outside surface of tube 17. | See FIG. 1 where side panel 4 extends substantially out of contact with an outside surface of tube 1. | See FIG. 4 where side panel 14 extends substantially out of contact with an outside surface of tube 50. | See FIG. 3 where side panel 16 extends substantially out of contact with an outside surface of tube 14. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Hammil | Welch | Bussard | Johnston | Wolf | Brucker |
|---|---|---|---|---|---|---|
| of the upright tubes is exposed on an outside of the enclosure member. | | | | | | |
| 21.  The baby crib according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | See FIGS. 1 and 4 which illustrate a notch or protrusion that clamps edge portions of the side panels 30 within tube 20. | See FIGS. 2, 4, and 5 which illustrate an attachment structure F that clamps edge portions within tube A. | See FIG. 8 and 9 which illustrate an attachment structure 14 that clamps edge portions within tube 17. | See FIG. 1 which illustrates an attachment structure 2 that clamps edge portions within tube 1. | See FIG. 4 which illustrates an attachment structure 72 that clamps edge portions within tube 50. | See FIG. 3 which illustrates an attachment structure 26 that clamps edge portions within tube 14. |
| 27.  The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 28.  The baby crib according to claim 20, wherein the upright tubes are curved. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |

62

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Hammil | Welch | Bussard | Johnston | Wolf | Brucker |
|---|---|---|---|---|---|---|
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

**VII.3   Table 3:  Conley '401, Robinson, Gristock, Ikeda, Tigrett**

| U.S. Patent No. RE43,919 | Conley '401 | Robinson | Gristock | Ikeda | Tigrett |
|---|---|---|---|---|---|
| 15.  A baby crib comprising: | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a plurality of upright tubes defining corners of the baby crib, | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the | See FIGS. 2-4 which illustrate a positioning post 30. | See FIG. 2 which illustrates a positioning post 15. | See FIG. 3 which illustrates a positioning post 30. | See FIG. 4 which illustrates a positioning post 110. | See FIG. 5 which illustrates a positioning post 15. |

64

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | Conley '401 | Robinson | Gristock | Ikeda | Tigrett |
|---|---|---|---|---|---|
| edge portions of the enclosure member, | | | | | |
| wherein the positioning posts are lodged inside the upright tubes, | See FIGS. 2-4 where the positioning post 30 is lodged inside tube 24. | See FIG. 2 where the positioning post 15 is lodged inside tube 10. | See FIG. 3 where the positioning post 30 is lodged inside tube 12. | See FIG. 4 where the positioning post 110 is lodged inside tube 68. | See FIG. 5 where the positioning post 15 is lodged inside tube 60. |
| the side panels extending between the upright tubes substantially out of contact with the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See FIGS. 2-4 where side panel 22 extends substantially out of contact with an outside surface of the tube 24. | See FIG. 2 where side panel S extends substantially out of contact with an outside surface of the tube 10. | See FIG. 3 where side panel 20 extends substantially out of contact with an outside surface of the tube 12. | See FIG. 4 where side panel 115 extends substantially out of contact with an outside surface of the tube 68. | See FIG. 5 where side panel 52 extends substantially out of contact with an outside surface of the tube 60. |
| 19. The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 20. A baby crib comprising: | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a frame structure | See Table VII.1 | See Table VII.1 | See Table VII.1 | See Table VII.1 | See Table VII.1 |

65

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | Conley '401 | Robinson | Gristock | Ikeda | Tigrett |
|---|---|---|---|---|---|
| including a plurality of support tubes, | above. | above. | above. | above. | above. |
| wherein each of the support tubes has an outer wall that defines an outer contour shape of the upright tube; | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an enclosure member including a plurality of side panels having edge portions; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and | See FIGS. 2-4 which illustrate an attachment structure 30. | See FIG. 2 which illustrates an attachment structure 15. | See FIG. 3 which illustrates an attachment structure 30. | See FIG. 4 which illustrates an attachment structure 110. | See FIG. 5 which illustrates an attachment structure 15. |
| each of the side panels extends generally between two of the support tubes substantially out of contact with outwardly facing surfaces of the outer | See FIGS. 2-4 where side panel 22 extends substantially out of contact with an outside surface of the tube 24. | See FIG. 2 where side panel S extends substantially out of contact with an outside surface of the tube 10. | See FIG. 3 where side panel 20 extends substantially out of contact with an outside surface of the tube 12. | See FIG. 4 where side panel 115 extends substantially out of contact with an outside surface of the tube 68. | See FIG. 5 where side panel 52 extends substantially out of contact with an outside surface of the tube 60. |

Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
Invalidity Chart for U.S. Patent No. RE43,919

| U.S. Patent No. RE43,919 | Conley '401 | Robinson | Gristock | Ikeda | Tigrett |
|---|---|---|---|---|---|
| walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | | | | | |
| 21. The baby crib according to claim 20, wherein the attachment structure clamps the edge portions of the enclosure member inside the support tubes. | See FIGS. 2-4 which illustrate an attachment structure 30 that clamps the edge portions within tube 24. | See FIG. 2 which illustrates an attachment structure 15 that clamps edge portions within tube 10. | See FIG. 3 which illustrates an attachment structure 30 that clamps edge portions within tube 12. | See FIG. 4 which illustrates an attachment structure 110 that clamps edge portions within tube 68. | See FIG. 5 which illustrates an attachment structure 15 that clamps edge portions within tube 60. |
| 27. The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 29. The baby crib according to claim 15, wherein the upright tubes are | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Conley '401 | Robinson | Gristock | Ikeda | Tigrett |
|---|---|---|---|---|---|
| curved. | | | | | |

68

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

**VI.4    Table 4:  *Gill, Valles, Tonn, Torian***

| U.S. Patent No. RE43,919 | *Gill* | *Valles* | *Tonn* | *Torian* |
|---|---|---|---|---|
| 15.  A baby crib comprising: | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a plurality of upright tubes defining corners of the baby crib, | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| wherein each of the upright tubes has an outer wall that defines an outer contour shape of the upright tube; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an enclosure member including a plurality of side panels contiguously connected to one another along edge portions and surrounding an enclosed space adapted for receiving a baby therein; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a plurality of positioning posts provided on the enclosure member at locations corresponding to the edge portions of the enclosure member, | See FIGS. 11, 13, and 14 which illustrate a positioning posts 64 and 79. | See FIGS. 2 and 3 which illustrate a positioning post 63. | See FIG. 3 which illustrates a positioning post 16. | See FIG. 2 which illustrates a positioning post 12. |
| wherein the positioning posts are lodged inside | See FIGS. 11, 13, and 14 where the | See FIGS. 2 and 3 where the positioning | See FIG. 3 where the positioning post 16 is | See FIG. 2 where the positioning post 12 is |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Gill | Valles | Tonn | Torian |
|---|---|---|---|---|
| the upright tubes, | positioning posts 64 and 79 are lodged inside tubes 71 and 83. | post 63 is lodged inside tube 56. | lodged inside the tube 20, 21. | lodged inside the tube 13. |
| the side panels extending between the outside surfaces of outer walls of the upright tubes, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See FIGS. 11, 13, and 14 where the side panel 60 extends substantially out of contact with an outside surface of the tubes 71 and 83. | See FIGS. 2 and 3 where the side panel 26 extends substantially out of contact with an outside surface of the tube 56. | See FIG. 3 where the side panel 15 extends substantially out of contact with an outside surface of the tube 20, 21. | See FIG. 2 where the side panel 10 extends substantially out of contact with an outside surface of the tube 13. |
| 19. The baby crib according to claim 15, wherein the enclosure member is made of a fabric material. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 20. A baby crib comprising: | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| a frame structure including a plurality of support tubes, | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| wherein each of the support tubes has an outer wall that defines an outer contour shape | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |

70

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Gill | Vales | Tonn | Torian |
|---|---|---|---|---|
| of the upright tube; | | | | |
| an enclosure member including a plurality of side panels having edge portions; and | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| an attachment structure configured to mount and secure the edge portions of the enclosure member along the support tubes, whereby the side panels surround an enclosed space, and | See FIGS. 11, 13, and 14 which illustrate attachment structures 64 and 79. | See FIGS. 2 and 3 which illustrate an attachment structure 63. | See FIG. 3 which illustrates an attachment structure 16. | See FIG. 2 which illustrates an attachment structure 12. |
| each of the side panels extends generally between two of the support tubes substantially out of contact with an outside surface of the outer walls thereof, such that the outwardly facing surface of each of the upright tubes is exposed on an outside of the enclosure member. | See FIGS. 11, 13, and 14 where the side panel 60 extends substantially out of contact with an outside surface of the tubes 71 and 83. | See FIGS. 2 and 3 where the side panel 26 extends substantially out of contact with an outside surface of the tube 56. | See FIG. 3 where the side panel 15 extends substantially out of contact with an outside surface of the tube 20, 21. | See FIG. 2 where the side panel 10 extends substantially out of contact with an outside surface of the tube 13. |
| 21.  The baby crib according to claim 20, wherein the attachment | See FIGS. 11, 13, and 14 which illustrate attachment structures | See FIGS. 2 and 3 which illustrate an attachment structure 63 | See FIG. 3 which illustrate an attachment structure 16 that clamps | See FIG. 2 which illustrate an attachment structure 12 that clamps |

*Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.*
*Invalidity Chart for U.S. Patent No. RE43,919*

| U.S. Patent No. RE43,919 | Gill | Valles | Tonn | Torian |
|---|---|---|---|---|
| structure clamps the edge portions of the enclosure member inside the support tubes. | 64 and 79 that clamps edge portions inside tubes 71 and 83. | that clamps edge portions inside tube 56. | edge portions inside tubes 20, 21. | edge portions inside tubes 13. |
| 27. The baby crib according to claim 20, wherein the enclosure member is made of a fabric material. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 28. The baby crib according to claim 20, wherein the upright tubes are curved. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |
| 29. The baby crib according to claim 15, wherein the upright tubes are curved. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. | See Table VII.1 above. |