Exhibit 6

Exhibit 6

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 3 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015                                    Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WONDERLAND NURSERYGOODS CO., )
LTD.,                        )
                             )
        Plaintiff,           )
                             )
v.                           )   No. 1:13-CV-1114-TWT
                             )
KIDS II, INC.,               )
                             )
        Defendant.           )
                             )

VIDEOTAPE DEPOSITION OF JERRY DROBINSKI, VOL. II

Tucson, Arizona
March 27, 2015
9:03 a.m.

REPORTED BY:
Thomas A. Woppert, RPR
AZ CCR No. 50476

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015                                  Page 2

```
 1           DEPOSITION OF JERRY DROBINSKI, VOL. II, taken on
 2   March 27, 2014, commencing at 9:03 a.m., at the OMNI TUCSON
 3   RESORT, 2727 West Club Drive, Tucson, Arizona, 85742, before
 4   THOMAS A. WOPPERT, RPR, a Certified Court Reporter in the
 5   State of Arizona.
 6
 7   COUNSEL APPEARING:
 8   On Behalf of the Plaintiff:
         BAKER & McKENZIE
 9       By Mr. David I. Roche
         300 East Randolph Street, Suite 5000
10       Chicago, Illinois   60601
         (312)861-8608
11       david.roche@bakermckenzie.com

12       FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
         By Mr. Roger D. Taylor
13       3500 Suntrust Plaza
         303 Peachtree Street, NE
14       Atlanta, Georgia   30308
         (404)653-6480
15       roger.taylor@finnegan.com

16   On Behalf of the Defendants
         THOMAS HORSTEMEYER
17       By Mr. Scott P. Amy -and -
         Mr. Jason M. Perilla
18       400 Interstate North Pkwy, Suite 1500
         Atlanta Georgia   30339
19       (770)933-9500
         scott.amy@thomashorstemeyer.com
20       jason.perilla@thomashorstemeyer.com
         KIDS 11
21       By Mr. Joseph W. Staley
         3333 Piedmont Road, Suite 1800
22       Atlanta, Georgia   30305
         (770)751-0442
23       joe.staley@kidsii.com

24   Also Present:
         Mr. William Singhose, Ph.D.
25       Mr. John Maniscalco, Videographer
```

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 5 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015                                    Page 3

```
 1                        I N D E X

 2

 3    WITNESS                                              PAGE

 4    JERRY DROBINSKI

 5    Examination by Mr. Amy (Cont'd)                         4

 6    Examination by Mr. Roche                              110

 7    Further Examination by Mr. Amy                        112

 8

 9                       E X H I B I T S

10

11    EXHIBITS      DESCRIPTION                            PAGE

12    Exhibit 24    Opening claim construction brief          5

13    Exhibit 25    Color photographs                         9

14    Exhibit 26    Document Bates stamped KIDSW0035253      25

15    Exhibit 27    Patent No. 914309                        70

16    Exhibit 28    Patent No. 5,722,477                     77

17    Exhibit 29    Patent No. 5,615,427                     84

18    Exhibit 30    Patent No. 2,899,693                     99

19    Exhibit 31    Patent No. 6,098,217                     99

20    Exhibit 32    Patent No. 715,883                      106

21

22

23

24

25
```

```
1        (Deposition Exhibits 24-25 marked for identification)
2              THE VIDEOGRAPHER:  This is the beginning of media
3    number one, volume two, in the continuation of the
4    deposition of Jerry Drobinski in the matter of Wonderland
5    Nurserygoods Company, Limited, versus Kids II, Inc., case
6    number 113-CV-01114-TWT.
7              Today's date is March 27th, 2015, and the time on
8    the monitor is 9:03.
9              My name is John Maniscalco and I am the
10   videographer.
11             The court reporter is Tom Woppert.
12             We are here with Huseby Global Litigation.
13             Counsel will be noted on the stenographic record.
14             You may proceed.
15
16                  E X A M I N A T I O N (Cont'd)
17
18   BY MR. AMY:
19       Q.    Okay.  Mr. Drobinski, you understand that you're
20   still under oath today?
21       A.    Yes.
22       Q.    Okay.  Yesterday we discussed claim 21 of the 919
23   patent that includes the clamp limitation.
24             Do you recall that testimony?
25       A.    Yes.
```

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 7 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015                          Page 106

```
 1       Q.    All right.  You can put Hammil aside for a few
 2   minutes.
 3             (Deposition Exhibit 32 marked for identification)
 4   BY MR. AMY:
 5       Q.    Mr. Drobinski, you've just been handed what we
 6   have marked as Exhibit 32.  This is a copy of Australian
 7   patent number 715883.
 8             Have you seen this patent before today?
 9       A.    Yes.
10       Q.    And is this one of the patents that Dr. Singhose
11   cites as prior art to the 919 patent?
12       A.    Yes.
13       Q.    Do you agree with me that the Bidwell patent
14   shows a playpen?
15       A.    It's called out as a cot.
16       Q.    Do you understand that in Australia, when they
17   refer to a cot, it means a playpen?
18       A.    Apparently.
19       Q.    All right.  Turn to figure 1, please.
20       A.    (Indicating).
21       Q.    Do you see the part labeled 14 in figure 1?
22       A.    Yes.
23       Q.    Do you consider that to be a fabric sidewall?
24       A.    Yes, in combination with what I believe is called
25   out as 12 and 10.
```

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 8 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015
Page 107

```
 1        Q.    And what's your understanding of what 12 and 10
 2   is?
 3        A.    Seem like to be the top rail covers and the part
 4   that extends down underneath to become the floor.  It seems
 5   that way.
 6        Q.    All right.  Fair enough.
 7              Looking at figure 2, do you understand what's
 8   shown in that figure?
 9              It's on the top of figure 1.
10        A.    Oh, I'm sorry.
11              Yes.
12        Q.    What's shown in that figure?
13        A.    What's shown is part number 20, which is a
14   vertical upright, and what seems to be the fabric -- a
15   fabric tunnel, 14 I believe it is, yes, that goes around the
16   structural upright, and then there's a snap-on accessory
17   that hides the fabric.
18        Q.    The fabric sidewalls, 14, would you consider them
19   to be contiguously connected?
20        A.    They seem to be.
21        Q.    All right.  Let's talk about the part that's
22   labeled 22.  I don't believe that one's actually labeled in
23   figure 2, so we'll have to turn back to figure 1.
24              What is the part labeled 22?
25        A.    It's a snap-on cover that has no structural
```

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 9 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015
Page 108

```
 1   reason to be except to be a decorative piece.
 2        Q.   Do you agree that that part is a tube?
 3        A.   It could be called a tube, yes, flexible tube.
 4        Q.   In your opinion, do you believe it's a tube?
 5        A.   It could be, yes, a segment of a tube.
 6        Q.   And I think you mentioned part 20 before.  You
 7   said that was an upright?
 8        A.   It's a vertical upright, I believe, yes.
 9        Q.   Or a post?
10        A.   Post.
11        Q.   And in this product, is the fabric secured to the
12   post labeled 20?
13        A.   It seems to be.  Again, it's very difficult to
14   tell from that sketch, but it seems to be that 14, which is
15   the outside, is the boundary as well as -- as this mesh side
16   panel, if you want to call it that.  It seems to be that
17   that is sewn with a tunnel that completely surrounds the
18   upright tube or post.
19        Q.   And then the part that is labeled 22, which is a
20   tube, fits over that; correct?
21        A.   It's a snap-on tube-shaped accessory.
22        Q.   Do you know what the purpose of the part labeled
23   22 when it's snapped in place is in this product?
24        A.   Just to cover the fabric.
25        Q.   Turn to page three of Bidwell, please.
```

Case 1:13-cv-01114-ELR Document 158-7 Filed 07/16/15 Page 10 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015
Page 109

```
 1      A.    (Indicating).
 2      Q.    I want to focus on the paragraph at the very
 3  bottom of the page that reads, as such, the retaining
 4  member, 22, forces the fabric sidewall, 14, around the
 5  corner post, 20, and thus holds it tightly in relation to
 6  the corner post, 20.
 7            Do you see that?
 8      A.    Yes.
 9      Q.    Do you agree that the retaining number 22 is
10  providing support for the fabric sidewall by holding it
11  tightly?
12      A.    I don't think it has to be there to hold it
13  tightly if the product is made properly.  Tightly is -- you
14  know, cosmetically there may be some wrinkles, but that
15  doesn't mean it's not tight.
16      Q.    Do you remember the -- the background to the
17  Bidwell patent?
18      A.    Do I remember the background?
19      Q.    Yeah.  And it's -- it's described in this patent.
20      A.    I'd probably want to reread it.
21      Q.    Before we turn to that, just given the time
22  that's left, do you believe that holding something tightly
23  is the same as providing support?
24      A.    I believe you can provide support by holding
25  something tightly.
```

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 11 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015                                    Page 110

```
 1      Q.    If you maintain something under tension, are you
 2  providing support?
 3      A.    Could be, yes.
 4      Q.    Do you agree?
 5      A.    Yes.
 6      Q.    In looking back at figure 1, when this product's
 7  fully assembled, is there any contact between the fabric
 8  sidewall, 14, and the outwardly facing surface of that
 9  retaining member, 22?
10      A.    Is the retaining member called that in the patent
11  or is it just a cover?
12      Q.    It's called a retaining member.  I'll represent
13  that to you.
14      A.    Is there any?  No.
15      Q.    There's no contact?
16      A.    No.
17      Q.    Okay.  Thank you for your time.
18            MR. ROCHE:  I just have two questions for
19  Mr. Drobinski.
20
21                    E X A M I N A T I O N
22
23  BY MR. ROCHE:
24      Q.    Earlier today I think you testified in discussing
25  the Huang patent that because they were -- the two corner
```

Case 1:13-cv-01114-ELR   Document 158-7   Filed 07/16/15   Page 12 of 12

WONDERLAND NURSERYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/27/2015                                    Page 116

```
 1   STATE OF ARIZONA    )
                         ) ss.
 2   COUNTY OF PIMA      )

 3              BE IT KNOWN that the foregoing transcript was

 4   taken before me, THOMAS A. WOPPERT, RPR; that I was then and

 5   there a Certified Reporter, Certificate No. 50476, in the

 6   State of Arizona; that the witness before testifying was

 7   duly sworn by me to testify to the whole truth; that the

 8   foregoing pages are a true and correct transcript of all

 9   proceedings; and that preparation, production and

10   distribution of the transcript and copies comply with law

11   and code as required by ACJA 7-206(F)(3).

12              I FURTHER CERTIFY that I have acted in compliance

13   with ACJA 7-206(J)(1)(g)(1).

14              (X) Pursuant to request, notification was provided

15   that the deposition transcript is available for review and

16   signature.

17              ( ) Deposition transcript review and signature was

18   not requested.

19              WITNESS MY HAND this 6th day of April 2015.

20
                                    _____
21
                                    Thomas A. Woppert, RPR
22                                  AZ CCR No. 50476

23

24

25
```