IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WONDERLAND
NURSERYGOODS CO. LTD.

     Plaintiff,

v.

KIDS II, INC.

     Defendant.

CIVIL ACTION NO:

1:13-cv-01114-ELR

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL CERTAIN MOTION FOR SUMMARY JUDGMENT FILINGS

This matter is before the Court on *Plaintiff Wonderland Nurserygoods Co. Ltd.'s Motion to Seal Certain Motion for Summary Judgment Filings* (Doc. No. 148) pursuant to the Protective Order (Doc. No. 21) entered in this matter on June 28, 2013. The Court having read and considered the Plaintiff's Motion**, IT IS HEREBY ORDERED** that the following documents be sealed and not publicly accessible on ECF:

1.    The unredacted versions of *Wonderland Nurserygoods Co. Ltd.'s Memorandum in Support of its Motion for Summary Judgment of no Invalidity Under 35 U.S.C. § 102(g) Based on an Alleged Prior Invention by Damon Troutman, Wonderland Nurserygoods Co. Ltd.'s Statement of Material Facts in*

*Support of its Motion for Summary Judgment of no Invalidity Under 35 U.S.C. §*

*102(g) Based on an Alleged Prior Invention by Damon Troutman* and Exhibits 2

and 4-12 thereto;

    2.    Exhibits C and H to *Wonderland Nurserygoods Co., Ltd.'s Motion for*

*Summary Judgment of Infringement of U.S. Patent No. RE43,919 (*Doc. 152)*; and*

    3.    Exhibits B, C, D and E to *Wonderland's Motion for Summary*

*Judgment of Infringement of U.S. Patent No. 6,954,949* (Doc. 155).

      **SO ORDERED**, this 14th day of August, 2015

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE