# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

## WONDERLAND NURSERYGOODS CO. LTD.'S STATEMENT OF ADDITIONAL MATERIAL FACTS RELATING TO KIDS II INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 1 OF U.S. PATENT NO. 6,954,949 FOR INDEFINITENESS

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1(B)(2)(b), Plaintiff, Wonderland Nurserygoods Co. Ltd. ("Wonderland") submits this Statement of Additional Material Facts in Opposition to Kids II Inc.'s Motion for Partial Summary Judgment of invalidity of the Asserted Claims of U.S. Patent 6,954,949 For Indefiniteness.

Proposed Fact No. 1.    The annotations to Figure 2 of Patent 6,954,949 as shown below accurately identify two of the plurality of first columns and two of the plurality of second columns as they are referred to in claim 1 of the '949 patent, and as they are referred to in the Opinion and Order (Dkt. No. 58) dated May 20, 2015.



Fig. 2

The '949 patent (Kids II Exhibit 3) at Col. 3 (passim) and Figures 3-4, and Exhibit C, p. 18 and p. 21.

Proposed Fact No. 2.    In the following annotated version of Figure 2 of the '949 patent, if "measurement dimension" as indicated were to be used as a basis to make a measurement of the distance between the labeled columns 15 and 16 and the corresponding columns diagonally opposite them (as indicated), the distance between the two outside ("second") columns would be greater than the distance between the two inside ("first") columns.



Fig. 2

The '949 patent (Kids II Exhibit 3) at Col. 3 (passim) and Figures 3-4, and Exhibit C, p. 18 and p. 21

August 17, 2015

Shattuck Ely
GA Bar No. 246944
tely@fellab.com
225 Peachtree Street, NE
Suite 2300, South Tower
Atlanta, Georgia 30303
Phone: (404) 586-9200
Fax: (404) 586-9201

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)
David.Roche@bakermckenzie.com
Shima S. Roy (admitted *pro hac vice*)
Shima.Roy@bakermckenzie.com
Daniel A. Tallitsch (admitted *pro hac vice*)
Daniel.Tallitsch@bakermckenzie.com
Baker & McKenzie LLP
300 E. Randolph Street, Suite 5000
Chicago, IL 60601
Phone: (312) 861-8000
Fax: (312) 861-2899

*Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1D

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

Signed: August 17, 2015

<div style="margin-left: 40%;">

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)
David.Roche@bakermckenzie.com
Baker & McKenzie LLP
*Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.*

</div>

## CERTIFICATE OF SERVICE

This is to certify that on this day, August 17, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorneys of record:

    N. Andrew Crain, Esq.
    Scott P. Amy, Esq.
    Thomas Horstemeyer LLP
    400 Interstate North Parkway SE
    Suite 1500
    Atlanta, GA 30339

I further certify that I have this day served a true and correct copy of the foregoing by email to:

    Joseph W. Staley, Esq.
    Kids II, Inc.
    3333 Piedmont Road, NE, #1800
    Atlanta, GA 30305
    email: joe.staley@kidsii.com

    /s/ David I. Roche
    David I. Roche (admitted *pro hac vice*)
    *Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.*