**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., | |
| Plaintiff, | Civil Action No: |
| v. | 1:13-CV-1114-ELR |
| KIDS II, INC., | |
| Defendant. | |

**KIDS II'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN
OPPOSITION TO WONDERLAND'S MOTION FOR SUMMARY
JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C § 102(g) BASED ON
<u>PRIOR INVENTION BY DAMON TROUTMAN</u>**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule

56.1(B)(2), Defendant Kids II, Inc. ("Kids II") files this Statement of Additional

Material Facts in Opposition to Wonderland's Motion for Summary Judgment of

No Invalidity Under 35 U.S.C. § 102(g) Based on Prior Invention by Damon

Troutman (Dkt. No. 151):

   1.     U.S. Patent No. RE43,919 ("the '919 Patent") was filed on October

26, 2006 as a reissue of U.S. Patent No. 6,859,957, is titled "Baby Crib," lists Mr.

Chen as its sole inventor, and was issued on January 15, 2013. (Ex. 1, p. 1,

Bibliographic Data (10, 22, 64, 54, 45, 12)).

2.      Among Claims 15, 19-21, and 27-29 ("the Asserted Claims") of

the '919 Patent, Claims 15 and 20 are the two independent claims. (Ex. 1, 5:6-

6:41).

3.      Claim 15 of the '919 patent states:

> 15. A baby crib comprising:
> a plurality of upright tubes defining corners of the baby
>    crib, wherein each of the upright tubes has an outer wall
>    that defines an outer contour shape of the upright tube;
>    and
> an enclosure member including a plurality of side panels
>    contiguously connected to one another along edge por-
>    tions and surrounding an enclosed space adapted for
>    receiving a baby therein; and
> a plurality of positioning posts provided on the enclosure
>    member at locations corresponding to the edge portions
>    of the enclosure member, wherein the positioning posts
>    are lodged inside the upright tubes, the side panels
>    extending between the upright tubes substantially out of
>    contact with the outside surfaces of outer walls of the
>    upright tubes, such that the outwardly facing surface of
>    each of the upright tubes is exposed on an outside of the
>    enclosure member.

(Ex. 1, 5:6-24).

4.      Claim 20 of the '919 patent states:

*20. A baby crib comprising:*
*a frame structure including a plurality of support tubes,*
*   wherein each of the support tubes has an outer wall that*
*   defines an outer contour shape of the upright tube;*
*an enclosure member including a plurality of side panels*
*   having edge portions; and*
*an attachment structure configured to mount and secure*
*   the edge portions of the enclosure member along the*
*   support tubes,*
*whereby the side panels surround an enclosed space, and*
*   each of the side panels extends generally between two of*
*   the support tubes substantially out of contact with out-*
*   wardly facing surfaces of the outer walls thereof, such*
*   that the outwardly facing surface of each of the upright*
*   tubes is exposed on an outside of the enclosure member.*

(Ex. 1, 5:37-6:8).



6.    Mr. Troutman is listed as the sole inventor of U.S. Patent No.

7,568,242 ("the '242 Patent"), titled "Play Yards and Methods of Operating the

Same" and originally assigned to Kolcraft. (Ex. 3, p. 1, Bibliographic Data (12, 10

54, 73)).







9.    Figure 14 of the '242 Patent is reproduced below:



(Ex. 3, Figure 14).

10.    Figure 5 of the '919 Patent is reproduced below:



FIG. 5 (Amended)

(Ex. 1, Figure 5).



















█████████████

▆  ██████████████████



███████████

▆  ███████████████████████████████

█████████████████████████████████████

██████████████████████████████

▆  ██████████████████













48.    Dr. Singhose does not find any requirement that either of the terms "upright tubes" in Claim 15 or "support tubes" in Claim 20 require any particular limitation of structure or being structural. (Ex. 11, ¶ 261, 286).

49.    When asked during his deposition "what's your definition of a tube," Wonderland's expert, Mr. Drobinski, replied "[m]y definition of a tube is a potentially cylindrical, but it could be any cross-sectional shape, generally hollow inside, open inside." (Ex. 13, 124:9-12).













64.    The Abstract of the '919 Patent states:

A baby crib includes a bed frame structure, a fabric member mounted on the bed frame structure to define a surrounding wall around the bed frame structure, and a plurality of positioning posts mounted on the fabric member.  The bed frame structure includes a plurality of upright tubes, each of which has a tube wall defining a receiving hole and having a slit that extends along the length of the tube wall and that is in spatial communication with the receiving hole.   The positioning posts are inserted respectively into the receiving holes in the upright tubes.   The fabric member is clamped between each upright tube and a corresponding positioning post, and extends through the slit in each upright tube.

(Ex. 1, p. 1, Bibliographic Data (57)).



Respectfully submitted this 17th day of August, 2015.

*/s/ Scott P. Amy*

N. Andrew Crain
Georgia Bar No. 193081
Dan R. Gresham
Georgia Bar No. 310280
Eric Maurer
Georgia Bar No. 478199
Scott P. Amy
Georgia Bar No. 141416
Jason Perilla
Georgia Bar No. 676557
THOMAS | HORSTEMEYER LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, Georgia 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
scott.amy@thomashorstemeyer.com
jason.perilla@thomashorstemeyer.com

Joseph W. Staley
Georgia Bar No. 142571
KIDS II, INC.
3333 Piedmont Road NE #1800
Atlanta, GA 30305
Phone: (770) 751-0442
Fax: (770) 751-0543
joe.staley@kidsii.com

*Attorneys for Defendant Kids II, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WONDERLAND
NURSERYGOODS CO., LTD.

     Plaintiff,

v.

KIDS II, INC.

     Defendant.

CIVIL ACTION NO:

1:13-CV-1114-ELR

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Statement of Additional Material Facts in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity Under 35 U.S.C. § 102(g) Based on Prior Invention by Damon Troutman (Dkt. No. 151) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 17th day of August, 2015.

*/s/ Scott P. Amy*

Scott P. Amy
*Attorney for Defendant Kids II, Inc.*

31