**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

**DECLARATION OF SCOTT P. AMY IN SUPPORT OF
KIDS II'S BRIEF IN OPPOSITION TO WONDERLAND'S MOTION FOR
SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C § 102(g)
BASED ON PRIOR INVENTION BY DAMON TROUTMAN**

I, SCOTT P. AMY, declare as follows:

1. I am an attorney at the law firm of Thomas Horstemeyer LLP, counsel for Defendants Kids II, Inc. in the above-captioned case. I have knowledge of the facts stated in this declaration, and make this declaration in support of Kids II's Statement of Additional Material Facts in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity Under 35 U.S.C. § 102(g) Based on Prior Invention by Damon Troutman.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. RE43,919.

3. Filed under seal as Exhibit 2 is a true and correct copy of portions of Damon Troutman's deposition transcript taken on August 7, 2014.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,568,242.

5. Filed under seal as Exhibit 4 is a true and correct copy of Exhibit 2 to Damon Troutman's deposition.

6. Filed under seal as Exhibit 5 is a true and correct copy of Exhibit 6 to Damon Troutman's deposition.

7. Filed under seal as Exhibit 6 is a true and correct copy of Exhibit 7 to Damon Troutman's deposition.

8. Filed under seal as Exhibit 7 is a true and correct copy of Exhibit 10 to Damon Troutman's deposition.

9. Filed under seal as Exhibit 8 is a true and correct copy of Exhibit 11 to Damon Troutman's deposition.

10. Filed under seal as Exhibit 9 is a true and correct copy of Exhibit 8 to Damon Troutman's deposition.

11. Filed under seal as Exhibit 10 is a true and correct copy of portions of the Initial Invalidity Report of Dr. Singhose.

12. Filed under seal as Exhibit 11 is a true and correct copy of portions of the Invalidity Rebuttal Report of Dr. Singhose.

13. Filed under seal as Exhibit 12 is a true and correct copy of portions of Wonderland's Responses to Kids II's Second Set of Interrogatories.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of Mr. Jerry Drobinski's March 26, 2014 Deposition Transcripts.

15. Filed under seal as Exhibit 14 is a true and correct copy of a Certified Translation of Exhibit 17 to Renee Wang's Deposition.

16. Filed under seal as Exhibit 15 is a true and correct copy of excerpts of Mr. Curtis Hartenstine's July 25, 2014 Deposition.

17. Filed under seal as Exhibit 16 is a true and correct copy of Exhibit 8 to Curtis Hartenstine's Deposition.

18. Filed under seal as Exhibit 17 is a true and correct copy of Exhibit 3 to Renee Wang's December 18, 2014 Rule 30(b)(6) Deposition, Kids II's Notice of Rule 30(b)(6) deposition.

19. Filed under seal as Exhibit 18 is a true and correct copy of excerpts of Ms. Renee Wang's December 18, 2014 Rule 30(b)(6) Deposition.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this 17th day of August, 2015 in Atlanta, Georgia.


Dated: August 17, 2015              /s/ Scott P. Amy
                                    Scott P. Amy