Exhibit 13

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 2 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                              Page 1

```
              IN THE UNITED STATES DISTRICT COURT

             FOR THE NORTHERN DISTRICT OF GEORGIA

                      ATLANTA DIVISION

                  No. 1:13-CV-1114-TWT


WONDERLAND NURSERYGOODS CO., LTD.,)
                                  )
                                  )
                                  )
         Plaintiffs,              )
                                  )
vs.                               )
                                  )
KIDS II, INC.,                    )
                                  )
         Defendant.               )


          VIDEOTAPE DEPOSITION OF JERRY DROBINSKI

                     March 26, 2015

                     Tucson, Arizona

. . . . . . . . . . . . . . . . . . . . . . . . . .




          Transcript Prepared by Nancy P. Richmond

             Certified Reporter No. 50864
```

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 3 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 2

```
 1                A P P E A R A N C E S

 2                     * * * * *

 3  For the Plaintiff:

 4      Baker & McKenzie LLP

 5      300 East Randolph Street

 6      Suite 5000

 7      Chicago, IL  60601

 8      By David I. Roche, Esq.

 9      (312) 861-8608

10      david.roche@bakermckenzie.com

11

12  For the Plaintiff:

13      Finnegan, Henderson, Farabow, Garrett & Dunner,

14      LLP

15      303 Peachtree Street, NE

16      Atlanta, GA  30308-3263

17      By Roger D. Taylor, Esq.

18      (404) 653-6400

19      roger.taylor@finnegan.com

20

21

22

23

24

25
```

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 4 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 3

```
 1   For the Defendant:
 2       Thomas Horstemeyer
 3       400 Interstate North Parkway SE
 4       Suite 1500
 5       Atlanta, GA  30339
 6       By Scott P. Amy, Esq., and Jason M. Padilla,
 7       Esq.
 8       (770) 933-9500
 9       scott.amy@thomashorstemeyer.com
10
11   For the Defendant:
12       Kids II
13       3333 Piedmont Road
14       Suite 1800
15       Atlanta, Georgia 30305
16       By Joseph W. Staley, Esq.
17       (770) 751-0442
18       joe.staley@kidsii.com
19
20   Also Present:
21       William Singhose
22
23
24
25
```

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 5 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 4

```
 1              BE IT REMEMBERED that pursuant to notice,
 2   the deposition of JERRY DROBINSKI was taken at the
 3   Omni Tucson Resort in the City of Tucson, County of
 4   Pima, State of Arizona, before Nancy P. Richmond, a
 5   Certified Court Reporter, in and for the State of
 6   Arizona, on the 26th day of March, 2015, commencing
 7   at the hour of 9:06 a.m. on said day, in a certain
 8   cause now pending before the U.S. District Court,
 9   District of Georgia, Atlanta Division.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 6 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 124

```
 1  indicates that it's a tube?
 2       A.   Well, in the upper -- in the right-hand
 3  corner or the right-hand side, if you will, of that
 4  tube, there is a double -- it's shown as a two
 5  lines, which would indicate a wall, as opposed to a
 6  solid construction.  If you remove that, if you want
 7  to just show it as a solid construction, you
 8  wouldn't show that inner line.
 9       Q.   So what's your definition of a tube?
10       A.   My definition of a tube is a potentially
11  cylindrical, but it could be any cross-sectional
12  shape, generally hollow inside, open inside.
13       Q.   You said potentially cylindrical.  Does it
14  have to be cylindrical?
15       A.   It could be any cross-sectional shape.
16       Q.   What's your understanding of something
17  that's cylindrical?
18       A.   Long, longer than it is wide, and
19  generally the general understanding in my mind is
20  that it's a round shape or a shape that is more
21  generally round than -- than rectangular.  But,
22  again, the shape of the cross-section could be
23  anything.
24       Q.   Can a cylinder or cylindrical object be
25  something other than round?
```

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 7 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 125

 1    A.    Likely not.  Likely not, but a tube can.
 2    Q.    What are some of the different shaped
 3 tubes you've seen in your experience?
 4    A.    Oval, square.  There's some that are
 5 rectangular and -- and have an interior wall, double
 6 channels in them that are either square or round.
 7 Could be a figure eight in cross-section.  It could
 8 be anything that is needed for the purpose of the
 9 product.
10    Q.    When you say a tube has to be hollow
11 inside, what do you mean?
12    A.    Well, the general -- general accepted
13 definition is able to convey a fluid of some kind,
14 open space in the center.
15    Q.    Do the tubes that are used in play yards,
16 do they have to be capable of conveying a fluid?
17    A.    No.  No.
18    Q.    So are you using a different definition
19 other than the general understanding?
20    A.    Well, again, the general understanding, if
21 that's the way it's described, then as being able to
22 conduct a fluid.  But you can always drill a hole,
23 cut a slot, do anything you want, and it will
24 conduct a fluid up to a certain point, and then the
25 fluid will leak out.

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 8 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015
Page 266

```
 1                    MR. ROCHE:  That's fine.
 2                    MR. AMY:  Okay.  Let's go off the
 3    record.
 4              (The deposition adjourned at 5:29 p.m.)
 5                    ------------------------
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:13-cv-01114-ELR   Document 167-16   Filed 08/17/15   Page 9 of 9

WONDERLAND NURSEYGOODS CO., LTD. vs. KIDS II, INC.
Jerry Drobinski on 03/26/2015                                    Page 267

```
 1              C E R T I F I C A T I O N

 2                     *   *   *   *   *

 3

 4           BE IT KNOWN that the foregoing deposition

 5   was taken before me, Nancy P. Richmond, Certified

 6   Court Reporter No. 50864 for the State of Arizona,

 7   and by virtue thereof authorized to administer an

 8   oath; that the witness, JERRY DROBINSKI, before

 9   testifying was first duly sworn by me; that the

10   questions propounded by counsel and the answers of

11   the witness thereto were taken down by me in

12   shorthand and thereafter transcribed under my

13   direction; that a review of the transcript by the

14   witness was reserved; that the foregoing pages

15   contain a full, true, and accurate transcript of all

16   proceedings and testimony had, all to the best of my

17   skill and ability.

18           I FURTHER CERTIFY that I am not related to

19   nor employed by any of the parties hereto and have

20   no interest in the outcome thereof.

21           DATED at Tucson, Arizona, this 6th day of

22   April, 2015.

23                   [signature: Nancy A. Richmond]

24   _____

25              NANCY P. RICHMOND
         CERTIFIED COURT REPORTER NO. 50864
```