IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> KIDS II, INC., <br><br> Defendant. | Civil Action No.: <br><br> 1:13-CV-1114-TWT |

**DEFENDANT KIDS II, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF KIDS II'S OPPOSITIONS TO WONDERLAND'S MOTIONS FOR SUMMARY JUDGMENT**

Defendant Kids II, Inc. ("Kids II") hereby moves this Court, pursuant to Section III.A of Appendix H (Standing Order In Re: Electronic Case Filing Standing Order No. 04-01 and Administrative Procedures), for leave to file the following documents:

1. An unredacted copy of Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity of U.S. Patent RE43,919 Under 35 U.S.C § 102(g), the Statement of Additional Material facts in support of that brief, and the Response to Wonderland's Statement of Undisputed Material facts.

As discussed in more detail below, Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity of U.S. Patent

RE43,919 Under 35 U.S.C § 102(g), Statement of Additional Material Facts in support of that brief, and Response to Wonderland's Statement of Undisputed Facts in support of that brief, all reference the below exhibits, which contain confidential and/or proprietary information of a third party and have been designated confidential by third-party Kolcraft Enterprises, Inc., or Wonderland. For the same good cause that support the filing of the below exhibits under seal, there exists good cause to file unredacted copies of the above filings under seal.

2. The following exhibits are in support of Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity of U.S. Patent RE43,919 Under 35 U.S.C § 102(g):

   a. Ex. 2  (Troutman Deposition Excerpts)
   b. Ex. 4 (Exhibit 2 to Troutman's Deposition)
   c. Ex. 5 (Exhibit 6 to Troutman's Deposition)
   d. Ex. 6 (Exhibit 7 to Troutman's Deposition)
   e. Ex. 7 (Exhibit 10 to Troutman's Deposition)
   f. Ex. 8 (Exhibit 11 to Troutman's Deposition)
   g. Ex. 9 (Exhibit 8 to Troutman's Deposition)

The deposition testimony and associated exhibits contain confidential and/or proprietary information of third party and have been designated confidential by Kolcraft Enterprises, Inc.,.  The documents generally discuss confidential product design and development procedures of the third party, including prototype development procedures of the third party.  Accordingly, the third-party would be

harmed if these documents were publically available, and the documents are being submitted under seal.

    3. Ex. 10 (Excerpts from the Initial Invalidity Report of Kids II's expert referencing the aforementioned testimony and exhibits)

    4. Ex. 11 (Excerpts from the Invalidity Rebuttal Report of Kids II's expert referencing the aforementioned testimony and exhibits)

The Initial and Rebuttal Invalidity Reports from Kids II's expert reference the confidential deposition testimony from Mr. Troutman and the exhibits to that testimony. For the same reason that the deposition and exhibits are being submitted under seal, the report are also being submitted under seal.

    5. Ex. 12 (Wonderland's Responses to Kids II's Second Set of Interrogatories)

    6. Ex. 14 (Certified Translation of Exhibit 17 to Renee Wang's Deposition)

    7. Ex. 17 (Exhibit 3 to Deposition of Renee Wang)

    8. Ex. 18 (Excerpts from the deposition of Renee Wang)

All of the above exhibits have been designated confidential by Wonderland and generally reference Wonderland's proprietary business information. Out of an abundance of caution, the exhibits are being submitted under seal. If an additional showing of good cause is deemed necessary, Kids II anticipates that Wonderland will provide additional good cause for filing the above exhibits under seal.

    9. Ex. 15 (Excerpts from the deposition of Curtis Hartenstine)

10. Ex. 16 (Exhibit 8 to Hartenstein's Deposition)

This deposition was designated highly confidential by third-party Iron Mountains, LLC.  In the deposition, certain proprietary product development information is discussed.  While the submitted excerpts do not reference any such information, the exhibit is being submitted under seal out of an abundance of caution.

11. Exhibit I to Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of Infringement of U.S. Patent No. 6,954,949 (excerpts from the deposition of Curtis Hartenstine).

This deposition was designated highly confidential by third-party Iron Mountains, LLC.  In the deposition, certain proprietary product development information is discussed.  While the submitted excerpts do not reference any such information, the exhibit is being submitted under seal out of an abundance of caution.

Accordingly, Kids II moves the Court to permit Kids II to file the above identified documents under seal.  For the aforementioned reasons and for good cause shown, Kids II respectfully requests that the Court grant its Motion to Seal. A Proposed Order is attached hereto for the Court's convenience.

This 17th day of August, 2015.

    Respectfully submitted,

    */s/ Scott P. Amy*

    N. Andrew Crain
    Georgia Bar No. 193081
    Eric Maurer
    Georgia Bar No. 478199
    Scott P. Amy
    Georgia Bar No. 141416
    Jason Perilla
    Georgia Bar No. 676557
    THOMAS | HORSTEMEYER LLP
    400 Interstate North Parkway SE
    Suite 1500
    Atlanta, Georgia 30339
    Phone: (770) 933-9500
    Fax: (770) 951-0933
    andrew.crain@thomashorstemeyer.com
    eric.maurer@thomashorstemyer.com
    scott.amy@thomashorstemeyer.com
    jason.perilla@thomashorstemeyer.com

    Joseph W. Staley
    Georgia Bar No. 142571
    KIDS II, INC.
    3333 Piedmont Road NE #1800
    Atlanta, GA 30305
    Phone: (770) 751-0442
    Fax: (770) 751-0543
    joe.staley@kidsii.com

    *Attorneys for Defendant Kids II, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served the foregoing DEFENDANT KIDS II, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF KIDS II'S OPPOSITIONS TO WONDERLAND'S MOTIONS FOR SUMMARY JUDGMENT via electronic mail on the following counsel of record:

| | |
|---|---|
| Shattuck Ely | *tely@fellab.com* |
| David I. Roche | *david.roche@bakermckenzie.com* |
| Daniel A. Tallitsch | *daniel.tallitsch@bakermckenzie.com* |
| Shima S. Roy | *shima.roy@bakermckenzie.com* |
| Omar D. Galaria | *omar.galaria@bakermckenzie.com* |
| Roger D. Taylor | *roger.taylor@finnegan.com* |
| Joseph J. Krasovec , III | *jkrasovec@schiffhardin.com* |

Dated this 17th day of August, 2015.

*/s/ Eric G. Maurer*
Eric G. Maurer