**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

## KIDS II, INC.'S NOTICE OF MANUAL FILING

KIDS II, INC. hereby gives notice of the manual filing under seal of the following documents:

1. An unredacted copy of Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity of U.S. Patent RE43,919 Under 35 U.S.C § 102(g), the Statement of Additional Material facts in support of that brief, and the Response to Wonderland's Statement of Undisputed Material facts;

2. The following exhibits in support of Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of No Invalidity of U.S. Patent RE43,919 Under 35 U.S.C § 102(g):

    a. Ex. 2  (Troutman Deposition Excerpts);

    b. Ex. 4 (Exhibit 2 to Troutman's Deposition);

    c. Ex. 5 (Exhibit 6 to Troutman's Deposition);

    d. Ex. 6 (Exhibit 7 to Troutman's Deposition);

    e. Ex. 7 (Exhibit 10 to Troutman's Deposition);

    f. Ex. 8 (Exhibit 11 to Troutman's Deposition); and

    g. Ex. 9 (Exhibit 8 to Troutman's Deposition);

    h. Ex. 10 (Excerpts from the Initial Invalidity Report of Kids II's expert referencing the aforementioned testimony and exhibits);

    i. Ex. 11 (Excerpts from the Invalidity Rebuttal Report of Kids II's expert referencing the aforementioned testimony and exhibits);

    j. Ex. 12 (Wonderland's Responses to Kids II's Second Set of Interrogatories);

    k. Ex. 14 (Certified Translation of Exhibit 17 to Renee Wang's Deposition);

    l. Ex. 15 (Excerpts from the deposition of Curtis Hartenstine);

    m. Ex. 16 (Exhibit 8 to Hartenstein's Deposition);

    n. Ex. 17 (Exhibit 3 to Deposition of Renee Wang);

    o. Ex. 18 (Excerpts from the deposition of Renee Wang); and

3. Exhibit I to Kids II's Brief in Opposition to Wonderland's Motion for Summary Judgment of Infringement of U.S. Patent No. 6,954,949 (excerpts from the deposition of Curtis Hartenstine).

This 17th day of August, 2015.

        Respectfully submitted,

        */s/ Scott P. Amy*

        Scott P. Amy
        Georgia Bar No. 141416
        Jason Perilla
        Georgia Bar No. 676557
        N. Andrew Crain
        Georgia Bar No. 193081
        Eric Maurer
        Georgia Bar No. 478199

        THOMAS | HORSTEMEYER LLP
        400 Interstate North Parkway SE
        Suite 1500
        Atlanta, Georgia 30339
        Phone: (770) 933-9500
        Fax: (770) 951-0933
        scott.amy@thomashorstemeyer.com
        jason.perilla@thomashorstemeyer.com
        andrew.crain@thomashorstemeyer.com
        eric.maurer@thomashorstemeyer.com

        Joseph W. Staley
        Georgia Bar No. 142571
        KIDS II, INC.
        3333 Piedmont Road NE #1800
        Atlanta, GA 30305
        Phone: (770) 751-0442
        Fax: (770) 751-0543
        joe.staley@kidsii.com

        *Attorneys for Defendant Kids II, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>       Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>       Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Kids II, Inc.'s Notice of Manual Filing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 17th day of August, 2015.

/s/ Eric G. Maurer
Eric G. Maurer

*Attorney for Defendant Kids II, Inc.*

4