IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

**WONDERLAND NURSERYGOODS CO., LTD.'S**
**<u>NOTICE OF MANUAL FILING OF ELECTRONIC MEDIA</u>**

Plaintiff hereby files manually with the Court a compact disc containing Exhibit P to *Reply Memorandum of Wonderland Nurserygoods Co., Ltd in Support of its Motion for Summary Judgment of Infringement of Patent No. 6,954,949*.

Dated: September 3, 2015               Respectfully submitted,

                                                                 s/Shattuck Ely

| | |
|---|---|
| Roger D. Taylor | David I. Roche (admitted pro hac vice) |
| roger.taylor@finnegan.com | david.roche@bakermckenzie.com |
| Georgia Bar No. 342927 | Shima S. Roy (admitted pro hac vice) |
| FINNEGAN, HENDERSON, FARABOW, | shima.roy@bakermckenzie.com |
|   GARRETT & DUNNER, LLP | Daniel A. Tallitsch (admitted pro hac vice) |
| | daniel.tallitsch@bakermckenzie.com |
| 3500 SunTrust Plaza | Baker & McKenzie LLP |
| 303 Peachtree Street, N.E. | 300 E. Randolph Street, Suite 5000 |
| Atlanta, GA 30308-3263 | Chicago, IL 60601 |
| Phone: (404) 653-6400 | Phone: (312) 861-8000 |

Gary C. Ma
(admitted *pro hac vice*)
gary.ma@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Phone: (650) 849-6600
Fax: (650) 849-6666

Shattuck Ely
Georgia Bar No. 246944
tely@fellab.com
225 Peachtree Street, NE
Suite 2300, South Tower
Atlanta, Georgia 30303
Phone: (404) 586-9200
Fax: (404) 586-9201

*Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that on this day, September 3, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorneys of record:

N. Andrew Crain, Esq.
Scott P. Amy, Esq.
Thomas Horstemeyer LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339

Joseph W. Staley, Esq.
Kids II, Inc.
3333 Piedmont Road, NE, #1800
Atlanta, GA 30305
email: joe.staley@kidsii.com

/s/ Shattuck Ely