IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

**MOTION TO SEAL CERTAIN REPLY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT FILINGS**

Plaintiff Wonderland Nurserygoods Co. Ltd. ("Wonderland"), pursuant to the Protective Order [Doc. 21] entered in this matter on June 28, 2013, respectfully moves this Court to seal the following:

1. *Reply Memorandum of Wonderland Nurserygoods Co. Ltd. in Support of its Motion for Summary Judgment of No Invalidity Under 35 U.S.C. § 102(g) Based on an Alleged Prior Invention of Damon Troutman;* and

2. *Wonderland's Responses and Objections to Kids II's Statement of Additional Material Facts in Opposition to Wonderland Nurserygoods Co. Ltd. in Support of its Motion for Summary*

*Judgment of No Invalidity Under 35 U.S.C. § 102(g) Based on an Alleged Prior Invention of Damon Troutman*.

Wonderland shows the Court that the reply and the response contain information that has been designated as confidential by non-party Kolcraft, Inc. because the information relates to development of its products.

Dated: September 3, 2015

Respectfully submitted,

s/Shattuck Ely

| | |
|---|---|
| Roger D. Taylor | David I. Roche (admitted *pro hac vice*) |
| roger.taylor@finnegan.com | david.roche@bakermckenzie.com |
| Georgia Bar No. 342927 | Shima S. Roy (admitted *pro hac vice*) |
| FINNEGAN, HENDERSON, FARABOW, | shima.roy@bakermckenzie.com |
|   GARRETT & DUNNER, LLP | Daniel A. Tallitsch (admitted *pro hac vice*) |
| 3500 SunTrust Plaza | daniel.tallitsch@bakermckenzie.com |
| 303 Peachtree Street, N.E. | Baker & McKenzie LLP |
| Atlanta, GA 30308-3263 | 300 E. Randolph Street, Suite 5000 |
| Phone: (404) 653-6400 | Chicago, IL 60601 |
| Fax:  (404) 653-6444 | Phone: (312) 861-8000 |
| | Fax: (312) 861-2899 |
| Gary C. Ma | Shattuck Ely |
| (admitted *pro hac vice*) | Georgia Bar No. 246944 |
| gary.ma@finnegan.com | tely@fellab.com |
| FINNEGAN, HENDERSON, FARABOW, | 225 Peachtree Street, NE |
|   GARRETT & DUNNER, LLP | Suite 2300, South Tower |
| 3300 Hillview Avenue | Atlanta, Georgia 30303 |
| Palo Alto, CA 94304-1203 | Phone: (404) 586-9200 |
| Phone: (650) 849-6600 | Fax: (404) 586-9201 |
| Fax: (650) 849-6666 | |
| | *Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.* |

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1D

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

Signed: September 3, 2015

                                              /s/Shattuck Ely

## CERTIFICATE OF SERVICE

 This is to certify that on this day, September 3, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorneys of record:

N. Andrew Crain, Esq.
Scott P. Amy, Esq.
Thomas Horstemeyer LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339

Joseph W. Staley, Esq.
Kids II, Inc.
3333 Piedmont Road, NE, #1800
Atlanta, GA 30305
email: joe.staley@kidsii.com

              /s/ Shattuck Ely