## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WONDERLAND
NURSERYGOODS CO., LTD.,

     Plaintiff,

v.

KIDS II, INC.,

     Defendant.

Civil Action No.:

1:13-CV-1114-TWT

## DEFENDANT KIDS II, INC.'S MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Defendant Kids II, Inc. ("Kids II") hereby moves this Court, pursuant to

Section III.A of Appendix H (Standing Order In Re: Electronic Case Filing

Standing Order No. 04-01 and Administrative Procedures), for leave to file the

following documents under seal: an unredacted copy of Kids II Inc.'s Reply Brief

in Support of its Motion for Partial Summary Judgment of Invalidity of the

Asserted Claims of U.S. Patent No. RE43,919 Under 35 U.S.C § 251, an

unredacted copy of its Response to Wonderland's Statement of Additional Material

Facts in Support of its Motion for Partial Summary Judgment of Invalidity of  the

Asserted Claims of U.S. Patent No. RE43,919 Under U.S.C. § 251, and Exhibit D thereto.

Exhibit D contains excerpts from testimony of the inventor U.S. Patent No. RE43,919.  While the excerpts contain only a minimal amount of sensitive information, the transcript references confidential Wonderland product development design and development.  Wonderland therefore designed the testimony as confidential.

Kids II's Brief and Response to Wonderland's Statement of Additional material Facts contains references to the testimony provided in Exhibit D.  In an abundance of caution, Kids II files all of the above under seal, and has filed a redacted copy, if appropriate, publically.  To the extent that the Court requires any additional showings to maintain the documents under seal, Kids II expects that Wonderland will make the necessary showing.

Accordingly, Kids II moves the Court to permit Kids II to file the above identified documents under seal.  For the aforementioned reasons and for good cause shown, Kids II respectfully requests that the Court grant its Motion to Seal.

A Proposed Order is attached hereto for the Court's convenience.

This 3rd day of September, 2015.

Respectfully submitted,

/s/ Scott P. Amy

N. Andrew Crain
Georgia Bar No. 193081
Eric Maurer
Georgia Bar No. 478199
Scott P. Amy
Georgia Bar No. 141416
Jason Perilla
Georgia Bar No. 676557
THOMAS | HORSTEMEYER LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, Georgia 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
eric.maurer@thomashorstemyer.com
scott.amy@thomashorstemeyer.com
jason.perilla@thomashorstemeyer.com

Joseph W. Staley
Georgia Bar No. 142571
KIDS II, INC.
3333 Piedmont Road NE #1800
Atlanta, GA 30305
Phone: (770) 751-0442
Fax: (770) 751-0543
joe.staley@kidsii.com

*Attorneys for Defendant Kids II, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WONDERLAND
NURSERYGOODS CO., LTD.

      Plaintiff,

v.

KIDS II, INC.

      Defendant.

CIVIL ACTION NO:

1:13-CV-1114-TWT

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this day served the foregoing DEFENDANT KIDS II, INC.'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL via electronic mail on the following counsel of record:

| | |
|---|---|
| Shattuck Ely | *tely@fellab.com* |
| David I. Roche | *david.roche@bakermckenzie.com* |
| Daniel A. Tallitsch | *daniel.tallitsch@bakermckenzie.com* |
| Shima S. Roy | *shima.roy@bakermckenzie.com* |
| Omar D. Galaria | *omar.galaria@bakermckenzie.com* |
| Roger D. Taylor | *roger.taylor@finnegan.com* |
| Joseph J. Krasovec , III | *jkrasovec@schiffhardin.com* |

Dated this 3rd day of September, 2015.

                              */s/ Scott P. Amy*
                              Scott P. Amy