IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>          Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>          Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

**DECLARATION OF DAVID ROCHE
IN SUPPORT OF WONDERLAND'S REPLY ON ITS MOTION
FOR SUMMARY JUDGMENT OF INFRINGEMENT
OF U.S. PAT. NO. 6,954,949**

I, David I. Roche, declare as follows:

I am an attorney admitted to practice law in the State of Illinois.  I am also admitted *pro hac vice* representing Wonderland Nurserygoods Co. Ltd. in this case.  I am making this declaration in support of Wonderland's Reply on its Motion for Summary Judgment that claim 1 of U.S. Pat. No. 6,954,949 is infringed by the accused EXO Frame playards in the captioned matter.  The matters set forth in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

Exhibit O is a true and correct copy of the Instruction Manual for Kids II's Model 60587-NA EXO Frame playard.

Exhibit P is a true and correct copy of a Kids II Marketing Video for its Emerson Washable Playard.  NOTE: This Exhibit was filed MANUALLY as a compact disc.

Exhibit Q is a true and correct copy of a Declaration signed by Steve Burns (Kids II's 3(b)(6) witness and Kids II's Vice President of Product Development) on March 8, 2011, and submitted to the USPTO by Kids II, Inc. in connection with the filing of US Published Patent Application 2012/0216346 (Serial No. 13/034,313, Kids II's Attorney Docket No. 049663/401969), which was part of the publicly available prosecution history of said published application.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2015, in Chicago, Illinois.


/s/ David I. Roche_____
David I. Roche (admitted *pro hac vice*)