IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO. LTD.<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-cv-01114-ELR |

**DECLARATION OF DAVID ROCHE IN SUPPORT OF
REPLY MEMORANDUM
OF WONDERLAND NURSERYGOODS CO. LTD.'S
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
OF NO INVALIDITY UNDER 35 U.S.C. § 102(g) BASED ON
AN ALLEGED PRIOR INVENTION BY DAMON TROUTMAN**

I, David I. Roche, declare as follows:

I am an attorney admitted to practice law in the State of Illinois. I am also admitted *pro hac vice* representing Wonderland Nurserygoods Co. Ltd. in this case. I am making this declaration in support of Wonderland's Reply on its Motion for Summary Judgment that the claims of US Patent RE 43, 919 are not invalid under 35 U.S.C. § 102(g) based on an alleged prior invention by Damon Troutman. The matters set forth in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto..

-2-

Exhibit 16 is a true and correct copy of an excerpt (p. 56) of the deposition of Curtis Hartenstine taken July 25, 2015. The transcript was marked as confidential for attorney eyes only, but the page submitted contains no sensitive information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2015, in Chicago, Illinois.

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)