# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

- - - - - - - - - - - - - - - - -x

WONDERLAND NURSERYGOODS CO., LTD, :
Plaintiff, :
:CIVIL ACTION NO.
vs. :1:13-CV-1114-TWT
:
KIDS II, INC., :
:
Defendant. :

- - - - - - - - - - - - - - - - -x

~~CONFIDENTIAL~~
~~HIGHLY CONFIDENTIAL~~
~~ATTORNEYS' EYES ONLY~~

Videotaped Deposition of CURTIS HARTENSTINE, taken on Friday, July 25, 2014, held at the Sheraton Great Valley Hotel, 707 East Lancaster Avenue, Frazer, Pennsylvania, commencing at 8:36 a.m. before Jamie I. Moskowitz, a Shorthand Reporter and Notary Public

* * *

A P P E A R A N C E S:

BAKER & McKENZIE
BY: DAVID I. ROCHE, ESQUIRE
300 East Randolph Street - Suite 5000
Chicago, Illinois 60601, USA
312.861.8608
david.roche@bakermckenzie.com
Counsel for Curtis Hartenstine and the Plaintiff

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
BY: ROGER D. TAYLOR
3500 Suntrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3263
404.653.6400
roger.taylor@finnegan.com
Counsel for the Plaintiff

THOMAS | HORSTEMEYER LLP
BY: SCOTT P. AMY, ESQUIRE
400 Interstate North Parkway SE
Atlanta, Georgia 30339
770.933.9500
scott.amy@thomashorstenmeyer.com
Counsel for the Defendant

JOSEPH W. STALEY, ESQUIRE
Vice President of Legal for Kids II
3333 Piedmont Road - Suite 1800
Atlanta, Georgia 30305
770.751.0442
joe.staley@kidsii.com
Counsel for the Defendant

ALSO PRESENT:

LARRY MOSKOWITZ
Legal Video Specialist

# I N D E X

Testimony of: CURTIS HARTENSTINE

By Mr. Staley................6

## INDEX OF EXHIBITS



| EXHIBIT NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Subpoena and Deposition of C. Hartenstine | 23 |
| Exhibit 2 | United States Patent 6,954,949 | 35 |
| Exhibit 3 | United States Patent Reissued 43,919 | 40 |
| Exhibit 4 | Confidentiality Agreement | 47 |
| Exhibit 5 | E-mail Chain | 56 |
| Exhibit 6 | E-mail Chain with attached Project Summary | 58 |
| Exhibit 7 | E-mail Chain | 75 |
| Exhibit 8 | E-mail Chain with attachment | 83 |
| Exhibit 9 | E-mail Chain with Potato Chip Frame pictures | 98 |
| Exhibit 10 | Summary of Video Conference 11-4-03 | 106 |
| Exhibit 11 | E-mail dated 11-11-03 from R. Wang to multiple people | 115 |
| Exhibit 12 | E-mail dated 11-11-03 from F. Liao to A. Chen with picture attachment | 120 |

INDEX OF EXHIBITS


| EXHIBIT NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 13 | Non-Competition Agreement | 123 |
| Exhibit 14 | United States Patent 5,867,851 | 124 |
| Exhibit 15 | Notice of Subpoena and Deposition of Iron Mountains, LLC | 130 |

THE VIDEOGRAPHER: Good morning. We're now on the record. This begins media number one in the deposition of Curt Hartenstine in the matter Wonderland Nurserygoods Co., LTD versus Kids II, Inc.

Today's date is July 25th, 2014 and the time is 8:36 a.m. My name is Larry Moskowitz and I'm the videographer. The court reporter is Jamie Moskowitz, and we are with Huseby Global Litigation.

Will counsel please introduce themselves for the record.

MR. STALEY: For defendant Kids II, I'm Joe Staley, and with me today is Scott Amy with Thomas Horstemeyer, also with Kids II.

MR. ROCHE: David Roche of Baker McKenzie representing Mr. Hartenstine, Iron Mountains and Wonderland, and with me is Roger Taylor representing Wonderland.

* * *

CURTIS HARTENSTINE, after having been first duly sworn, was examined and testified as follows:

* * *

Q Do you know if that design was adopted?
A Parts of it. I don't know if it was specifically adopted, but the general shape, as much as it could be reproduced in manufacturing.
Q Did that drawing include vertical tubes that were exposed?
A They represented an exposed tube, yes.
Q Whose idea was it to have tubes that were exposed?
A Wonderlands.
Q Who at Wonderland's idea was it?
A I don't know exactly. That was part of the project as I entered into the project.
Q Do you know what prompted the Pack 'n Play merchandising project?
A No.
Q Do you know what the purpose of the project was?
A In general, to create a new Playard with certain accessories or features.
Q Any other purposes that you can recall?
A No.
Q And was this Pack 'n Play