# Exhibit 16

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION
    - - - - - - - - - - - - - - - - -x
 3  WONDERLAND                        :
    NURSERYGOODS CO., LTD,            :
 4       Plaintiff,                   :
                                      :CIVIL ACTION NO.
 5       vs.                          :1:13-CV-1114-TWT
                                      :
 6  KIDS II, INC.,                    :
                                      :
 7       Defendant.                   :
    - - - - - - - - - - - - - - - - -x
 8

 9

10                    ~~CONFIDENTIAL~~
                   ~~HIGHLY CONFIDENTIAL~~
11                ~~ATTORNEYS' EYES ONLY~~

12

13         Videotaped Deposition of CURTIS

14  HARTENSTINE, taken on Friday, July 25, 2014, held at

15  the Sheraton Great Valley Hotel, 707 East Lancaster

16  Avenue, Frazer, Pennsylvania, commencing at

17  8:36 a.m. before Jamie I.  Moskowitz, a Shorthand

18  Reporter and Notary Public

19                       *    *    *

20

21

22

23

24

25
```

```
 1    A P P E A R A N C E S:

 2
      BAKER & McKENZIE
 3    BY:   DAVID I. ROCHE, ESQUIRE
      300 East Randolph Street - Suite 5000
 4    Chicago, Illinois 60601, USA
      312.861.8608
 5    david.roche@bakermckenzie.com
      Counsel for Curtis Hartenstine and the Plaintiff
 6

 7    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
      BY:   ROGER D. TAYLOR
 8    3500 Suntrust Plaza
      303 Peachtree Street, NE
 9    Atlanta, Georgia   30308-3263
      404.653.6400
10    roger.taylor@finnegan.com
      Counsel for the Plaintiff
11

12    THOMAS | HORSTEMEYER LLP
      BY:   SCOTT P. AMY, ESQUIRE
13    400 Interstate North Parkway SE
      Atlanta, Georgia 30339
14    770.933.9500
      scott.amy@thomashorstenmeyer.com
15    Counsel for the Defendant

16
      JOSEPH W. STALEY, ESQUIRE
17    Vice President of Legal for Kids II
      3333 Piedmont Road - Suite 1800
18    Atlanta, Georgia   30305
      770.751.0442
19    joe.staley@kidsii.com
      Counsel for the Defendant
20

21    ALSO PRESENT:

22    LARRY MOSKOWITZ
      Legal Video Specialist
23

24

25
```

```
 1                    I N D E X

 2   Testimony of:  CURTIS HARTENSTINE

 3

 4   By Mr. Staley...............6

 5

 6                 INDEX OF EXHIBITS

 7   EXHIBIT NUMBER     DESCRIPTION                   PAGE

 8   Exhibit 1          Notice of Subpoena and         23
                        Deposition of C. Hartenstine
 9
     Exhibit 2          United States Patent           35
10                      6,954,949

11   Exhibit 3          United States Patent           40
                        Reissued 43,919
12
     Exhibit 4          Confidentiality Agreement      47
13
     Exhibit 5          E-mail Chain                   56
14
     Exhibit 6          E-mail Chain with attached     58
15                      Project Summary

16   Exhibit 7          E-mail Chain                   75

17   Exhibit 8          E-mail Chain with              83
                        attachment
18
     Exhibit 9          E-mail Chain with              98
19                      Potato Chip Frame
                        pictures
20
     Exhibit 10         Summary of Video              106
21                      Conference 11-4-03

22   Exhibit 11         E-mail dated 11-11-03 from    115
                        R. Wang to multiple people
23              `
     Exhibit 12         E-mail dated 11-11-03 from    120
24                      F. Liao to A. Chen with
                        picture attachment
25
```

```
 1                     INDEX OF EXHIBITS

 2    EXHIBIT NUMBER      DESCRIPTION                     PAGE

 3    Exhibit 13          Non-Competition                  123
                          Agreement
 4
      Exhibit 14          United States Patent             124
 5                        5,867,851

 6    Exhibit 15          Notice of Subpoena and           130
                          Deposition of Iron
 7                        Mountains, LLC

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                THE VIDEOGRAPHER:  Good morning.
 2   We're now on the record.  This begins media
 3   number one in the deposition of Curt
 4   Hartenstine in the matter Wonderland
 5   Nurserygoods Co., LTD versus Kids II, Inc.
 6                Today's date is July 25th, 2014 and
 7   the time is 8:36 a.m.  My name is Larry
 8   Moskowitz and I'm the videographer.  The court
 9   reporter is Jamie Moskowitz, and we are with
10   Huseby Global Litigation.
11                Will counsel please introduce
12   themselves for the record.
13                MR. STALEY:  For defendant Kids II,
14   I'm Joe Staley, and with me today is Scott Amy
15   with Thomas Horstemeyer, also with Kids II.
16                MR. ROCHE:  David Roche of Baker
17   McKenzie representing Mr. Hartenstine, Iron
18   Mountains and Wonderland, and with me is Roger
19   Taylor representing Wonderland.
20                       *   *   *
21           CURTIS HARTENSTINE, after having been
22   first duly sworn, was examined and testified as
23   follows:
24                       *   *   *
25
```

```
 1      Q      Do you know if that design was
 2  adopted?
 3      A      Parts of it.  I don't know if it was
 4  specifically adopted, but the general shape, as much
 5  as it could be reproduced in manufacturing.
 6      Q      Did that drawing include vertical
 7  tubes that were exposed?
 8      A      They represented an exposed tube, yes.
 9      Q      Whose idea was it to have tubes that
10  were exposed?
11      A      Wonderlands.
12      Q      Who at Wonderland's idea was it?
13      A      I don't know exactly.  That was part
14  of the project as I entered into the project.
15      Q      Do you know what prompted the
16  Pack 'n Play merchandising project?
17      A      No.
18      Q      Do you know what the purpose of the
19  project was?
20      A      In general, to create a new Playard
21  with certain accessories or features.
22      Q      Any other purposes that you can
23  recall?
24      A      No.
25      Q      And was this Pack 'n Play
```