Exhibit B

NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**ANTARES PHARMA INC.,**

*Plaintiff - Appellant*

**v.**

**MEDAC PHARMA INC., MEDAC GMBH,**

*Defendants - Appellees*

_____

14-1648

_____

Appeal from the United States District Court for the
District of Delaware in No. 1:14-cv-00270-SLR,
Judge Sue L. Robinson.

_____

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

_____

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK,
MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN,
and HUGHES, *Circuit Judges*.

**O R D E R**

Appellant Antares Pharma Inc. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Appellees Medac Pharma Inc., et al. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The joint motion for extension of time for appellees to file the response requested by the court is moot.

The mandate of this court will issue on March 6, 2015.


                                    FOR THE COURT


February 27, 2015              /s/ Daniel E. O'Toole
                               Daniel E. O'Toole
                               Clerk of Court