IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> KIDS II, INC., <br><br> Defendant. | Civil Action No.: <br><br> 1:13-CV-1114-ELR |

## DEFENDANT KIDS II, INC.'S NOTICE OF MANUAL FILING

Defendant Kids II, Inc. ("Kids II") hereby gives notice that it is filing manually with the Court a copy of Exhibit L to Kids II's Reply in Support of Its Notice of Objection and Motion to Exclude Wonderland's Supplemental Infringement Contentions served on July 27, 2015 (Dkt. No. 196).

Respectfully submitted this 21st day of September, 2015.

/s/ Scott P. Amy
N. Andrew Crain
Georgia Bar No. 193081
Dan R. Gresham
Georgia Bar No. 310280
Eric Maurer
Georgia Bar No. 478199
Scott P. Amy
Georgia Bar No. 141416
Jason Perilla
Georgia Bar No. 676557
THOMAS | HORSTEMEYER LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, Georgia 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
eric.maurer@thomashorstemyer.com
scott.amy@thomashorstemeyer.com
jason.perilla@thomashorstemeyer.com

Joseph W. Staley
Georgia Bar No. 142571
KIDS II, INC.
3333 Piedmont Road NE #1800
Atlanta, GA 30305
Phone: (770) 751-0442
Fax: (770) 751-0543
joe.staley@kidsii.com

*Attorneys for Defendant Kids II, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed the foregoing DEFENDANT KIDS II, INC.'S NOTICE OF MANUAL FILING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 21st day of September, 2015.

                                               /s/ Scott P. Amy
                                               Scott P. Amy