IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>KIDS II, INC.,<br><br>      Defendant. | Civil Action No.:<br><br>1:13-CV-1114-ELR |

### DEFENDANT KIDS II, INC.'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendant Kids II, Inc. ("Kids II") hereby moves this Court, pursuant to Section III.A of Appendix H (Standing Order In Re: Electronic Case Filing Standing Order No. 04-01 and Administrative Procedures), for leave to file the following document under seal in support of its Reply in Support of Its Notice of Objection and Motion to Exclude Wonderland's Supplemental Infringement Contentions served on July 27, 2015 (Dkt. No. 196):

- Exhibit L – KIDSW0047768.00001 – KIDSW0047768.00003

Exhibit L contains highly confidential design and development information on a number of Kids II's playards, including detailed financial data and other non-

public information on Kids II's suppliers and manufacturers. As such, the information contained in Exhibit L has been designated by Kids II as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case.

Accordingly, Kids II moves the Court to permit Kids II to file Exhibit L under seal. For the aforementioned reasons and for good cause shown, Kids II respectfully requests that the Court grant its Motion to Seal. A Proposed Order is attached hereto for the Court's convenience.

Respectfully submitted this 21st day of September, 2015.

/s/ Scott P. Amy
N. Andrew Crain
Georgia Bar No. 193081
Dan R. Gresham
Georgia Bar No. 310280
Eric Maurer
Georgia Bar No. 478199
Scott P. Amy
Georgia Bar No. 141416
Jason Perilla
Georgia Bar No. 676557
THOMAS | HORSTEMEYER LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, Georgia 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
eric.maurer@thomashorstemyer.com
scott.amy@thomashorstemeyer.com
jason.perilla@thomashorstemeyer.com

Joseph W. Staley
Georgia Bar No. 142571
KIDS II, INC.
3333 Piedmont Road NE #1800
Atlanta, GA 30305
Phone: (770) 751-0442
Fax: (770) 751-0543
joe.staley@kidsii.com

*Attorneys for Defendant Kids II, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served the foregoing DEFENDANT KIDS II, INC.'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL via electronic mail on the following counsel of record:

| | |
|---|---|
| Shattuck Ely | *tely@fellab.com* |
| David I. Roche | *david.roche@bakermckenzie.com* |
| Daniel A. Tallitsch | *daniel.tallitsch@bakermckenzie.com* |
| Shima S. Roy | *shima.roy@bakermckenzie.com* |
| Roger D. Taylor | *roger.taylor@finnegan.com* |

Dated this 21st day of September, 2015.

                                              */s/ Scott P. Amy*
                                              Scott P. Amy