**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:13-CV-01114-ELR |
| KIDS II, INC., | * * * | |
| Defendant. | * * | |

_____

**O R D E R**
_____

This matter comes before the Court on its own initiative. Pursuant to Federal Rule of Civil Procedure 53(a), the Court may appoint a special master to "hold trial proceedings and make or recommend findings of fact on issues to be decided without a jury if appointment is warranted by . . . some exceptional condition" or to "perform duties consented to by the parties."

In this case, the Court believes that the issues presented in the nine (9) pending partial motions for summary judgment and related filings may constitute exceptional circumstances warranting the appointment of a special master. Given the complexities of the issues and the Court's extensive caseload, a special master

would have the expertise and time that this Court lacks to handle such a complex and time-intensive endeavor.

In light of the apparent complexities of this case, the Court puts the parties on notice that the Court will likely request, pursuant to Fed. R. Civ. P. 53, that a special master be appointed to consider the summary judgment motions, and to preside over any hearing held on those motions, if necessary. The special master will then make recommendations to the Court for its consideration. Accordingly, the parties should begin thinking about the selection of a special master to conduct summary judgment proceedings. Additionally, the Parties are **DIRECTED** to submit briefs to the Court no later than October 13, 2015, discussing what objections, if any, they may have to the appointment of a special master.

**SO ORDERED**, this 29th day of September, 2015.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE