IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS, CO., LTD.<br>    Plaintiff,<br>vs.<br>KIDS II, Inc.<br>    Defendant. | CIVIL ACTION NO.<br>1:13-cv-01114-TWT |

**PLAINTIFF, WONDERLAND NURSERYGOODS CO., LTD.'S BRIEF REGARDING APPOINTMENT OF A SPECIAL MASTER**

Plaintiff, Wonderland Nurserygoods Co., Ltd. ("Wonderland"), submits this Brief in response to the Court's September 29, 2015 Order directing the parties to discuss what objections, if any, they may have to the appointment of a special master to consider the summary judgment motions, and to preside over any hearing held on those motions. ECF 199.

Wonderland does not object to the appointment of a special master to consider the parties' respective summary judgment motions and to preside over any hearing(s) related to those motions.

If the Court determines that it will appoint a special master and determines that it would be helpful for the parties to jointly submit a short list of special masters who have been cleared of conflicts and propose any other suggestions to facilitate a prompt resolution of the motions, Wonderland will confer with counsel for Kids II, Inc. and submit such a list and proposals for the Court's consideration.

Dated: October 13, 2015

Shattuck Ely
GA Bar No. 246944
tely@fellab.com
225 Peachtree Street, NE
Suite 2300, South Tower
Atlanta, Georgia 30303
Phone: (404) 586-9200
Fax: (404) 586-9201

/s/ David I. Roche
David I. Roche (admitted *pro hac vice*)
David.Roche@bakermckenzie.com
Baker & McKenzie LLP
300 E. Randolph Street, Suite 5000
Chicago, IL 60601
Phone: (312) 861-8608
Fax: (312) 698-2363

Roger Taylor
roger.taylor@finnegan.com
Georgia Bar No. 342927
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Phone: (404) 653-6400
Fax:  (404) 653-6444

*Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that on this day, October 13, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which automatically will send email notification of such filing to the following attorneys of record:

N. Andrew Crain, Esq.
Scott P. Amy, Esq.
Dan Robert Gresham, Esq.
Eric Gregory Maurer, Esq.
Jason M. Perilla, Esq.
Thomas Horstemeyer LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339

Joseph W. Staley, Esq.
Kids II, Inc.
3333 Piedmont Road, NE, #1800
Atlanta, GA 30305
email: joe.staley@kidsii.com

/s/ Shattuck Ely