# Exhibit D

| | |
|---|---|
| **From:** | John Higgins <jhiggins@ahpapatent.com> |
| **Sent:** | Monday, July 11, 2016 11:29 AM |
| **To:** | Amy, Scott P.; 'Roche, David I'; 'Taylor, Roger' |
| **Cc:** | 'Jean Moore' |
| **Subject:** | FW: Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other) - Status of Recommendations |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

In view of the recent PTAB IPR decisions and the notice below, I wanted to let you know that I expect to file my recommendations no later than August 1.

If this August 1 date changes or affects your future steps and you believe it would be appropriate to provide joint comments on the date or schedule, please do so.

If you need to advise the Court of the August 1 date in connection with any filing regarding your future steps, you should feel free to do so.

John Higgins
Additon, Higgins & Pendleton, P.A.
10706 Sikes Pl, Suite 350
Charlotte, NC  28277-8202
(704) 945-6704 Phone
(704) 945-6735 Fax
jhiggins@ahpapatent.com


**From:** ganddb_efile_notice@gand.uscourts.gov [mailto:ganddb_efile_notice@gand.uscourts.gov]
**Sent:** Wednesday, July 06, 2016 4:09 PM
**To:** CourtMail@gand.uscourts.gov
**Subject:** Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other)


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Georgia**

1

**Notice of Electronic Filing**

The following transaction was entered by Amy, Scott on 7/6/2016 at 4:09 PM EDT and filed on 7/6/2016
**Case Name:**         Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
**Case Number:**       1:13-cv-01114-ELR
**Filer:**             Kids II, Inc.
**WARNING: CASE CLOSED on 03/16/2016**
**Document Number:** 229

**Docket Text:**
**NOTICE by Kids II, Inc. re [228] Notice (Other)** *(Amended Joint Notice re Patent Trial and Appeal Board Decisions)* **(Attachments: # (1) Exhibit A, # (2) Exhibit B)(Amy, Scott)**

**1:13-cv-01114-ELR Notice has been electronically mailed to:**

Dan Robert Gresham        Dan.Gresham@thomashorstemeyer.com, docketing@thomashorstemeyer.com, sanaa.jivani@thomashorstemeyer.com

Daniel A. Tallitsch       Daniel.a.tallitsch@bakernet.com

David I. Roche        David.I.Roche@Bakernet.com, chicago.docketdepartment@bakernet.com, Edward.Runyan@bakermckenzie.com, Shima.Roy@bakermckenzie.com

Eric Gregory Maurer       eric.maurer@thomashorstemeyer.com, docketing@thomashorstemeyer.com, sanaa.jivani@thomashorstemeyer.com

Gary C. Ma        gary.ma@finnegan.com

Jason M. Perilla      jason.perilla@thomashorstemeyer.com, brandi.walzer@thomashorstemeyer.com

John C. Amabile       JAmabile@schiffhardin.com, edocket@schiffhardin.com, hgant@schiffhardin.com, jkrasovec@schiffhardin.com

John P. Higgins       jhiggins@ahpapatent.com, jjernigan@ahpapatent.com, jmoore@ahpapatent.com

Joseph J. Krasovec , III      jkrasovec@schiffhardin.com

Joseph Wendell Staley      joestaley@gmail.com, emma.bickford@kidsii.com, joe.staley@kidsii.com

Norman Andrew Crain       Andrew.Crain@thomashorstemeyer.com, docketing@thomashorstemeyer.com, michael.marable@thomashorstemeyer.com

Roger Dale Taylor         roger.taylor@finnegan.com, donna.stockton@finnegan.com, valencia.daniel@finnegan.com

Scott P. Amy      scott.amy@thomashorstemeyer.com, joe.staley@kidsii.com, michael.marable@thomashorstemeyer.com

Shattuck Ely      tely@fellab.com, acharles@fellab.com, crowe@fellab.com, kconklin@fellab.com,

nspotz@fellab.com, sdennis@fellab.com

Shima S. Roy     shima.roy@bakermckenzie.com

**1:13-cv-01114-ELR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/6/2016] [FileNumber=7903505-0]
[96d072885fedd9274b7c2c16a05ef964c64b0f4da136887e12dd63ea77478d4c734b
215cae105fffe4e59448da3b6b19f3a6ea5aa3156e0ab8c4f65bcb5e854b]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/6/2016] [FileNumber=7903505-1]
[4c6691a211263e87a69221ee793b73b246325ad17d43fed0e36dfb24f6c999788f06
b36b4b92624e49967468051ea12848dbe1e7dad93b99cf4f33def9877f44]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/6/2016] [FileNumber=7903505-2]
[442caebed78242923f5fbe5b06dbbeab9d143773d9387645bacde2c22b4cfc611f14
874e08e9a359c2d74ce55bd390b241a24e6af8d1d496c1de6758d611d99c]]