# Exhibit F

| | |
|---|---|
| **From:** | John Higgins <jhiggins@ahpapatent.com> |
| **Sent:** | Wednesday, August 03, 2016 4:31 PM |
| **To:** | Amy, Scott P.; 'Roche, David I' |
| **Cc:** | 'Jean Moore'; Gresham, Dan; 'Roy, Shima S'; Crain, Andrew; Gresham, Dan; Maurer, Eric G.; Perilla, Jason; joe.staley@kidsii.com; 'Ma, Gary'; 'Roger D. Taylor'; 'Justin A. Jernigan' |
| **Subject:** | RE: Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other) - Status of Recommendations |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Counsel,

I acknowledge receipt of the parties' July 15 email and Mr. Amy's email below.

Based on the Court's order of referral (Doc. No. 206 - corrected), I believe that I need to be careful commenting on the parties' dispute over whether to proceed with providing recommendations and a report on the '919 patent.

The order provides that the parties and I may communicate on an ex-parte basis only to discuss administrative and scheduling matters.

The issue raised in the parties' July 15 email seems to go to beyond administrative and scheduling matters.  Respectfully,

John Higgins
Additon, Higgins & Pendleton, P.A.
10706 Sikes Pl, Suite 350
Charlotte, NC  28277-8202
(704) 945-6704 Phone
(704) 945-6735 Fax
jhiggins@ahpapatent.com


The information contained in this electronic message is legally privileged and confidential. It is intended for the use of only an above-named individual or entity. If you are the reader of this message and are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this electronic message is prohibited. If you have received this electronic message in error, please immediately delete the original message.

**From:** Amy, Scott P. [mailto:Scott.Amy@thomashorstemeyer.com]
**Sent:** Tuesday, August 02, 2016 2:24 PM
**To:** John Higgins <jhiggins@ahpapatent.com>
**Cc:** 'Jean Moore' <jmoore@ahpapatent.com>; Gresham, Dan <Dan.Gresham@thomashorstemeyer.com>; 'Roche, David I' <David.Roche@bakermckenzie.com>; Roy, Shima S <Shima.Roy@bakermckenzie.com>; Crain, Andrew <Andrew.Crain@thomashorstemeyer.com>; Gresham, Dan <Dan.Gresham@thomashorstemeyer.com>; Maurer, Eric G. <Eric.Maurer@thomashorstemeyer.com>; Perilla, Jason <Jason.Perilla@thomashorstemeyer.com>; joe.staley@kidsii.com; 'Ma, Gary' <Gary.Ma@finnegan.com>; Roger D. Taylor (roger.taylor@finnegan.com) <roger.taylor@finnegan.com>
**Subject:** RE: Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other) - Status of Recommendations

1

Dear Special Master Higgins:

In light of your email yesterday, Kids II respectfully requests that you please confirm receipt of the email below regarding the parties' dispute over whether any additional work on the recommendations relating to the '919 Patent should proceed. We would appreciate any comments you may have on the parties' competing positions on this issue.

Regards,
Scott


Scott P. Amy

Thomas | Horstemeyer
INTELLECTUAL PROPERTY ATTORNEYS

400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339-5029
Phone: (770) 933-9500
Direct: (678) 996-2552
Fax: (770) 951-0933
thomashorstemeyer.com

---

**From:** Amy, Scott P.
**Sent:** Friday, July 15, 2016 11:38 AM
**To:** 'John Higgins' <jhiggins@ahpapatent.com>
**Cc:** 'Jean Moore' <jmoore@ahpapatent.com>; Gresham, Dan <Dan.Gresham@thomashorstemeyer.com>; 'Roche, David I' <David.Roche@bakermckenzie.com>; Roy, Shima S <Shima.Roy@bakermckenzie.com>; Crain, Andrew <Andrew.Crain@thomashorstemeyer.com>; Gresham, Dan <Dan.Gresham@thomashorstemeyer.com>; Maurer, Eric G. <Eric.Maurer@thomashorstemeyer.com>; Perilla, Jason <Jason.Perilla@thomashorstemeyer.com>; joe.staley@kidsii.com; 'Ma, Gary' <Gary.Ma@finnegan.com>
**Subject:** RE: Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other) - Status of Recommendations

Dear Special Master Higgins:

The parties are in receipt of your email below dated Monday, July 11, 2016 regarding the recent decisions in the IPRs and the schedule for completing your recommendations. Because the parties have a dispute over whether any additional work on the recommendations relating to the '919 Patent should proceed, the parties offer the following comments for your review and consideration:

**Kids II's Comments:**

Kids II believes that the Special Master should complete his recommendations regarding the motions directed to the '949 patent as per his email. In view of the PTAB's final written decision cancelling all asserted claims of the '919 patent, however, Kids II requests that the Special Master immediately cease all work on the motions directed to the '919 patent.

The Federal Circuit has made clear that cancellation of patent claims in the patent office has a binding effect on pending district court litigation, and renders moot pending litigation directed to the cancelled claims. See ePlus, Inc. v. Lawson Software, Inc., 760 F.3d 1350, 1355-57 (Fed. Cir. 2014) (vacating permanent injunction and damage award after patent office canceled infringed claim); Fresenius USA, Inc. v. Baxter Intl., Inc., 721 F.3d

2

1330, 1340 (Fed. Cir. 2013) ("[W]hen a claim is cancelled, the patentee loses any cause of action based upon that claim, and any pending litigation in which the claims are asserted becomes moot.").

While a certificate of cancellation will not formally issue until the permitted review process is completed, Wonderland has not committed to whether or how it will seek to challenge the PTAB's decision.  Moreover, even if Wonderland files a request for reconsideration in the PTAB and/or an appeal to the Federal Circuit, it is unlikely that the PTAB's invalidity finding will be changed.  Under these circumstances, Kids II respectfully submits that the Special Master should expend no further time on the motions directed to the '919 patent, as such would in all probability amount to wasted effort and expense to the parties.

**Wonderland's Comments:**

Wonderland believes that the Special Master should complete his work on all pending motions, as he indicated was his intent in his communication with the parties.  The parties should have the benefit of the Special Master's extensive work in this case, particularly because the Special Master had stated that his work will be complete in just two more weeks.  Much effort has been expended by the parties and the Special Master in briefing, arguing, and considering the pending motions.  It would be judicially wasteful to set all that work aside because of a ruling from the PTO which may never become effective.  The report and recommendation of the Special Master will certainly have impact on the parties' future actions in this litigation, any stay request, and any appeals therefrom.  Wonderland is still evaluating its options for review of the IPR decisions, but will likely seek review at either or both the PTO and the Federal Circuit. Thus, the IPR decision is not, and will not be final for many months, if not years.  Until the time for appeal has expired or any appeal proceeding has terminated, the decision of the Board is not final and the effected claims are not cancelled but instead remain in effect.  See 35 USC 316.

Kids II overstates the situation and incorrectly characterizes the IPR proceedings as "cancelling all asserted claims of the '919 patent".  That is simply incorrect, and until re-hearing and appeal the PTAB's decision have been completed, the claims are not "cancelled."  The decisions in these IPRs are relatively unusual in that one of the three Administrative Patent Judges wrote a dissenting opinion in each case.

The cases that Kids II cites are all readily distinguishable.  Both the Fresenius case and the ePlus case involved a final ruling by the PTO that had been addressed and ruled upon by the Federal Circuit. In other words, the cases relied upon by Kids II actually support Wonderland's position that the IPR decisions do not effect the claims at issue until all appeals are complete.  The PTO's decisions in the IPRs in this case are not final judgments.  The ePlus case, which relies on Fresenius, is also distinguishable because the court in that case was vacating an injunction.  There is no injunction in place here.

Thus, in view of the fact that the Special Master has been working extensively on all ten motions and will complete his work shortly, Wonderland urges that all of the motions be the subject of a Report and Recommendation to Judge Ross.  The parties can then take whatever actions they deem appropriate in view of the Report and Recommendation, whether it be a stay motion, an appeal, or other appropriate action.

| For Kids II: | For Wonderland: |
|---|---|
| Scott P. Amy<br>THOMAS \| HORSTEMEYER LLP<br>400 Interstate North Parkway SE<br>Suite 1500<br>Atlanta, GA 30339-5029<br>Phone: (770) 933-9500<br>Direct: (678) 996-2552 | David I . Roche<br>Baker & McKenzie LLP<br>300 East Randolph Street<br>Suite 5000<br>Chicago, IL 60601<br>Phone: (312) 861-8000<br>Direct: (312) 861-8608 |

**From:** John Higgins [mailto:jhiggins@ahpapatent.com]
**Sent:** Monday, July 11, 2016 11:29 AM
**To:** Amy, Scott P. <Scott.Amy@thomashorstemeyer.com>; 'Roche, David I' <David.Roche@bakermckenzie.com>; 'Taylor, Roger' <roger.taylor@finnegan.com>
**Cc:** 'Jean Moore' <jmoore@ahpapatent.com>
**Subject:** FW: Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other) - Status of Recommendations

Counsel,

In view of the recent PTAB IPR decisions and the notice below, I wanted to let you know that I expect to file my recommendations no later than August 1.

If this August 1 date changes or affects your future steps and you believe it would be appropriate to provide joint comments on the date or schedule, please do so.

If you need to advise the Court of the August 1 date in connection with any filing regarding your future steps, you should feel free to do so.

John Higgins
Additon, Higgins & Pendleton, P.A.
10706 Sikes Pl, Suite 350
Charlotte, NC  28277-8202
(704) 945-6704 Phone
(704) 945-6735 Fax
jhiggins@ahpapatent.com


**From:** ganddb_efile_notice@gand.uscourts.gov [mailto:ganddb_efile_notice@gand.uscourts.gov]
**Sent:** Wednesday, July 06, 2016 4:09 PM
**To:** CourtMail@gand.uscourts.gov
**Subject:** Activity in Case 1:13-cv-01114-ELR Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc. Notice (Other)


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered by Amy, Scott on 7/6/2016 at 4:09 PM EDT and filed on 7/6/2016
**Case Name:**          Wonderland Nurserygoods Co., Ltd. v. Kids II, Inc.
**Case Number:**        1:13-cv-01114-ELR
**Filer:**              Kids II, Inc.
**WARNING: CASE CLOSED on 03/16/2016**
**Document Number:** 229

**Docket Text:**
**NOTICE by Kids II, Inc. re [228] Notice (Other)** *(Amended Joint Notice re Patent Trial and Appeal Board Decisions)* **(Attachments: # (1) Exhibit A, # (2) Exhibit B)(Amy, Scott)**


**1:13-cv-01114-ELR Notice has been electronically mailed to:**

Dan Robert Gresham      Dan.Gresham@thomashorstemeyer.com, docketing@thomashorstemeyer.com, sanaa.jivani@thomashorstemeyer.com

Daniel A. Tallitsch      Daniel.a.tallitsch@bakernet.com

David I. Roche     David.I.Roche@Bakernet.com, chicago.docketdepartment@bakernet.com, Edward.Runyan@bakermckenzie.com, Shima.Roy@bakermckenzie.com

Eric Gregory Maurer      eric.maurer@thomashorstemeyer.com, docketing@thomashorstemeyer.com, sanaa.jivani@thomashorstemeyer.com

Gary C. Ma     gary.ma@finnegan.com

Jason M. Perilla     jason.perilla@thomashorstemeyer.com, brandi.walzer@thomashorstemeyer.com

John C. Amabile      JAmabile@schiffhardin.com, edocket@schiffhardin.com, hgant@schiffhardin.com, jkrasovec@schiffhardin.com

John P. Higgins     jhiggins@ahpapatent.com, jjernigan@ahpapatent.com, jmoore@ahpapatent.com

Joseph J. Krasovec , III     jkrasovec@schiffhardin.com

Joseph Wendell Staley      joestaley@gmail.com, emma.bickford@kidsii.com, joe.staley@kidsii.com

Norman Andrew Crain      Andrew.Crain@thomashorstemeyer.com, docketing@thomashorstemeyer.com, michael.marable@thomashorstemeyer.com

Roger Dale Taylor      roger.taylor@finnegan.com, donna.stockton@finnegan.com, valencia.daniel@finnegan.com

Scott P. Amy     scott.amy@thomashorstemeyer.com, joe.staley@kidsii.com, michael.marable@thomashorstemeyer.com

Shattuck Ely     tely@fellab.com, acharles@fellab.com, crowe@fellab.com, kconklin@fellab.com,

nspotz@fellab.com, sdennis@fellab.com

Shima S. Roy     shima.roy@bakermckenzie.com

**1:13-cv-01114-ELR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/6/2016] [FileNumber=7903505-0]
[96d072885fedd9274b7c2c16a05ef964c64b0f4da136887e12dd63ea77478d4c734b
215cae105fffe4e59448da3b6b19f3a6ea5aa3156e0ab8c4f65bcb5e854b]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/6/2016] [FileNumber=7903505-1]
[4c6691a211263e87a69221ee793b73b246325ad17d43fed0e36dfb24f6c999788f06
b36b4b92624e49967468051ea12848dbe1e7dad93b99cf4f33def9877f44]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/6/2016] [FileNumber=7903505-2]
[442caebed78242923f5fbe5b06dbbeab9d143773d9387645bacde2c22b4cfc611f14
874e08e9a359c2d74ce55bd390b241a24e6af8d1d496c1de6758d611d99c]]