IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>KIDS II, INC.<br><br>    Defendant. | CIVIL ACTION NO:<br><br>1:13-CV-1114-ELR |

### DECLARATION OF LORNA STREET IN SUPPORT OF KIDS II'S MOTION TO STAY THE CASE PENDING WONDERLAND'S APPEALS OF IPR DECISIONS

I, LORNA STREET, declare as follows:

1.  I am the Chief Financial Officer of Defendant Kids II, Inc. in the above-captioned case. I have knowledge of the facts stated in this declaration, and make this declaration in support of Kids II's Motion to Stay the Case Pending Wonderland's Appeals of IPR Decisions.

2.  As part of their normal product life cycle, Kids II has discontinued all sales in the United States of the playards accused of infringement in this lawsuit. Specifically, Kids II has discontinued all sales in the United States of Model Nos. 7066, 60020, 60072, 60282, and 60286.

3. In addition, while not presently in the case, Kids II has discontinued sales in the United States of Model No. 60242.

4. Model No. 60587 is not made, used, offered for sale, sold, or imported into the United States by Kids II, Inc. However, sales of that model have been discontinued by Kids II Far East, Ltd.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this 12th day of December, 2016 in Atlanta, Georgia.

Dated: December 12, 2016

*Lorna Street* (DocuSigned)
772DF5EA8860420...
Lorna Street
Chief Financial Officer
Kids II, Inc.

4835-6261-0749, v. 1