# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD. ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:13-CV-1114-ELR |
| ) ) | |
| v. ) ) | |
| KIDS II, INC. ) ) | |
| Defendant. ) | |

## JOINT NOTICE

Pursuant to the Court's Order of January 4, 2017, Plaintiff Wonderland Nurserygoods Co., Ltd. ("Wonderland") and Defendant Kids II, Inc. ("Kids II") jointly submit this Notice of an intervening event that might alter the status of the case. Specifically, the U. S. Court of Appeals for the Federal Circuit issued an opinion on April 19, 2018, in the appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board ("PTAB"), in *Inter Partes* Review Nos. IPR2015-00841 and IPR2015-00842. In its opinion, the Federal Circuit reversed the rejections of the claims which had been found to be invalid

below by the PTAB in the IPR proceedings, including all claims asserted in this litigation.  A copy of the Federal Circuit opinion is attached as Exhibit 1.

The Appellees/Petitioners in the IPR proceedings have the opportunity to file requests for rehearing with the Federal Circuit or petitions for writ of certiorari with the United States Supreme Court.  After issuance of the Federal Circuit's mandate, the parties will meet and confer to discuss the appropriate time to request that the stay be lifted.

Dated: May 10, 2018

| | |
|---|---|
| /s/ Roger D. Taylor | /s/ Scott P. Amy |
| Roger D. Taylor | N. Andrew Crain |
| roger@taylorfirm.law | Georgia Bar No. 193081 |
| Georgia Bar No. 342927 | Dan R. Gresham |
| THE LAW OFFICE OF | Georgia Bar No. 310280 |
| ROGER TAYLOR, LLC | Eric Maurer |
| 531 Roselane St., NW, Suite 200 | Georgia Bar No. 478199 |
| Marietta, GA 30060 | Scott P. Amy |
| Phone: (770) 331-8733 | Georgia Bar No. 141416 |
| | Jason Perilla |
| Shima S. Roy (admitted *pro hac vice*) | Georgia Bar No. 676557 |
| shima.roy@bakermckenzie.com | THOMAS \| HORSTEMEYER LLP |
| BAKER & McKENZIE LLP | 3200 Windy Hill Road SE |
| 300 E. Randolph Street, Suite 5000 | Suite 1600E |
| Chicago, IL 60601 | Atlanta, Georgia 30339 |
| Phone: (312) 861-8000 | Phone: (770) 933-9500 |
| Fax: (312) 861-2899 | Fax: (770) 951-0933 |
| | andrew.crain@thomashorstemeyer.com |
| Gary C. Ma (admitted *pro hac vice*) | dan.gresham@thomashorstemeyer.com |
| gary.ma@finnegan.com | eric.maurer@thomashorstemyer.com |
| FINNEGAN, HENDERSON, FARABOW,   GARRETT & DUNNER, LLP | scott.amy@thomashorstemeyer.com |
| 3300 Hillview Avenue | jason.perilla@thomashorstemeyer.com |
| Palo Alto, CA 94304-1203 | |
| Phone: (650) 849-6600 | *Attorneys for Defendant Kids II, Inc.* |
| Fax: (650) 849-6666 | |
| | |
| Shattuck Ely | |
| Georgia Bar No. 246944 | |
| tely@fellab.com | |
| 225 Peachtree Street, NE | |
| Suite 2300, South Tower | |
| Atlanta, Georgia 30303 | |
| Phone: (404) 586-9200 | |
| Fax: (404) 586-9201 | |
| *Attorneys for Plaintiff Wonderland Nurserygoods Co., Ltd.* | |

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, May 10, 2018, I electronically filed the foregoing using the CM-ECF system, which will automatically send email notifications of such filing to all registered counsel of record.

>*/s/ Roger D. Taylor*
>Roger D. Taylor
>Georgia Bar No. 342927